B1 (Official Form 1) (4/10)

UNITED STATES BANKRUPTCY COURT

**VOLUNTARY PETITION**

| Name of Debtor (if individual, enter Last, First, Middle):<br>Ritz Interactive, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>33-0842124 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>2010 Main Street, Suite 550<br>Irvine, CA<br>ZIP CODE 92614 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Orange | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in<br>11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7     ☐ Chapter 15 Petition for<br>☐ Chapter 9         Recognition of a Foreign<br>☑ Chapter 11       Main Proceeding<br>☐ Chapter 12     ☐ Chapter 15 Petition for<br>☐ Chapter 13       Recognition of a Foreign<br>                           Nonmain Proceeding |
| | Tax-Exempt Entity<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box.)<br>☐ Debts are primarily consumer     ☑ Debts are primarily<br>debts, defined in 11 U.S.C.           business debts.<br>§ 101(8) as "incurred by an<br>individual primarily for a<br>personal, family, or house-<br>hold purpose." |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach<br>signed application for the court's consideration certifying that the debtor is<br>unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☑ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to<br>insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment<br>on 4/01/13 and every three years thereafter*).<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes<br>of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | | | | | | | | | THIS SPACE IS FOR<br>COURT USE ONLY |
|---|---|---|---|---|---|---|---|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for<br>distribution to unsecured creditors. | | | | | | | | | |

Estimated Number of Creditors

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(4/10)                                                                                      Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): Ritz Interactive, Inc. |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) |||
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) |||
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐  Exhibit A is attached and made a part of this petition. | X _____ Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐    Yes, and Exhibit C is attached and made a part of this petition.

☑    No.

**Exhibit D**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐    Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐    Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐    Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form) 1 (4/10)                                                                                          Page 3

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): Hitz Interactive, Inc. |
|---|---|

| **Signatures** | |
|---|---|

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

   _____
   Telephone Number (if not represented by attorney)

   _____
   Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
   (Signature of Foreign Representative)

   _____
   (Printed Name of Foreign Representative)

   _____
   Date

---

| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|

X   /s/ Scott F. Gautier
   _____
   Signature of Attorney for Debtor(s)
   Scott F. Gautier (Bar No. 211742)
   Printed Name of Attorney for Debtor(s)
   Peitzman Weg & Kempinsky LLP
   Firm Name
   2029 Century Park East, Suite 3100
   Los Angeles, CA 90067
   Address
   310 552-3100
   Telephone Number
   August 19, 2011
   Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

---

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Authorized Individual
   Fred H. Lerner
   Printed Name of Authorized Individual
   President & CEO
   Title of Authorized Individual
   8/19/2011
   Date

_____
Address
X _____

   _____
   Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Scott F. Gautier (State Bar No. 211742)<br>Peltzman, Weg & Kempinsky LLP, 2029 Century Park East, Suite 3100<br>Los Angeles, CA  90067<br>Tel: 310-552-3100 Fax: 310-552-3101<br><br>☒ *Attorney for:* Proposed Attorney for Debtor | |

<div align="center">

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

</div>

| In re: RITZ INTERACTIVE, INC. | CASE NO.: |
|---|---|
| | CHAPTER: 11<br>Small Business Case |
| Debtor(s). | ADV. NO.: |

<div align="center">

### ELECTRONIC FILING DECLARATION
### (CORPORATION/PARTNERSHIP)

</div>

| | | |
|---|---|---|
| ☒ | Petition, statement of affairs, schedules or lists | Date Filed: _____ |
| ☐ | Amendments to the petition, statement of affairs, schedules or lists | Date Filed: _____ |
| ☐ | Other: _____ | Date Filed: _____ |

## PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

_____   August / 9 2011
*Signature of Authorized Signatory of Filing Party*     Date

Fred H. Lerner
*Printed Name of Authorized Signatory of Filing Party*

President & CEO
*Title of Authorized Signatory of Filing Party*

## PART II - DECLARATION OF ATTORNEY FOR FILING PARTY

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

/s/ Scott F. Gautier     August 19, 2011
*Signature of Attorney for Filing Party*     Date

Scott F. Gautier
*Printed Name of Attorney for Filing Party*

## WRITTEN CONSENT OF EXECUTIVE COMMITTEE
## OF THE BOARD OF DIRECTORS OF
## RITZ INTERACTIVE, INC.

The undersigned sole member of the Executive Committee of the Board of Directors (the "Executive Committee") of Ritz Interactive, Inc. (the "Company"), hereby adopts the following resolutions, as authorized by applicable law and the By-Laws of the Company:

**WHEREAS**, the Executive Committee has determined that it is in the best interests of the Company, its creditors, stockholders and other interested parties for the Company to file a voluntary petition for relief, under chapter 11 of title 11, United States Code (the "Bankruptcy Code"); therefore, it is

**RESOLVED**, that the Company be, and hereby is, authorized to file a voluntary petition for relief under chapter 11 of the Bankruptcy Code; and it is

**RESOLVED**, that Fred H. Lerner, in his capacity as President of the Company, be and hereby is authorized to:

a.    Execute and verify or certify on behalf of the Company and any and all of its subsidiaries petitions under chapter 11 and to cause the same to be filed in the appropriate United States Bankruptcy Court at such time as [he/she] shall determine is appropriate; and

b.    Execute and file, or cause to be executed and filed, all petitions, schedules, lists, statements and other papers, and to take or direct any and all action that he deems necessary, proper, or desirable in connection with the chapter 11 case for the Company or any of its subsidiaries with view toward the successful completion of the case or cases; and

c.    Take or direct all actions, including, without limitation, the retention of counsel, accountants and such other professional persons on such terms and conditions as may be necessary or appropriate, and to exercise all rights, claims, remedies, privileges, and to perform, or cause to be performed, all duties and obligations, as the Company or any of its subsidiaries may have as a debtor under chapter 11 of the Bankruptcy Code and related rules, and to execute and deliver, or cause to be executed and delivered, all instruments, petitions, agreements, certificates and documents in connection therewith, in the name of and on behalf of the Company or any of its subsidiaries, as in [his/her] judgment may be necessary or appropriate to carry out the intent and to accomplish the purpose of these resolutions; and it is

**RESOLVED**, that the Company be, and hereby is, authorized to employ the law firm of Peitzman, Weg & Kempinsky LLP, or such other firm as may be appropriate, to represent the Company as bankruptcy counsel in the chapter 11 case for the Company and its subsidiaries.

Dated: _8/19/2011_

By: _____
Print name: Fred H. Lerner

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Scott F. Gautier (State Bar No. 211742)<br>Peitzman Weg & Kempinsky, LLP<br>2029 Century Park East, Suite 3100<br>Los Angeles, CA 90067<br>Tel: 310 552-3100 Fax: 310 552-3101<br>☑ *Attorney for:* Proposed Counsel for Debtors | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re: RITZ INTERACTIVE, INC.<br><br><br>Debtor(s), | CASE NO.:<br><br>ADV. NO.:<br><br>CHAPTER: 11<br>Small Business Case |
|---|---|

## Corporate Ownership Statement Pursuant to
## FRBP 1007(a)(1) and 7007.1, and LBR 1007-4

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, Fred H. Lerner _____, the undersigned in the above-captioned case, hereby declare

   *(Print Name of Attorney or Declarant)*

under penalty of perjury under the laws of the United States of America that the following is true and correct:

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.    I have personal knowledge of the matters set forth in this Statement because:

     ☑ I am the president or other officer or an authorized agent of the debtor corporation

     ☐ I am a party to an adversary proceeding

     ☐ I am a party to a contested matter

     ☐ I am the attorney for the debtor corporation

2. a.   ☑ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

     *[For additional names, attach an addendum to this form.]*

     See attached sheet

 b.   ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

_____    8/19/2011
Signature of Attorney or Declarant      Date

Fred H. Lerner
Printed Name of Attorney or Declarant

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2009                                         **F 1007-4**

# RITZ INTERACTIVE, INC.

## List of Equity Security Holders

## Pursuant to Local Bankruptcy Rule 1007-4

| Name and last known address or place of business of holder | Security Class | Interest |
|---|---|---|
| David Ritz | | 18.55% |
| The Fred H. Lerner & Carol A. Lerner Family Trust | | 18.19% |
| Wade R. Mayberry & Pam E. Mayberry Joint Trust | | 14.44% |
| Ritz Camera & Imaging, LLC | | 11.00% |

1 | Scott F. Gautier (State Bar No. 211742)
   | *sgautier@pwkllp.com*
2 | Lauren Gans (State Bar No. 247542)
   | *lgans@pwkllp.com*
3 | PEITZMAN, WEG & KEMPINSKY LLP
   | 2029 Century Park East, Suite 3100
4 | Los Angeles, CA  90067
   | Telephone: (310) 552-3100
5 | Telecopier: (310) 552-3101

6
7 | Proposed Attorneys for the Debtor and Debtor in Possession

8 | UNITED STATES BANKRUPTCY COURT
9 | CENTRAL DISTRICT OF CALIFORNIA
   | SANTA ANA DIVISION

| In re: | Case No.: |
|---|---|
| | Chapter 11 |
| RITZ INTERACTIVE, INC., | Small Business Case |
| Debtor and Debtor in Possession | **LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 1007(d); DECLARATION OF FRED H. LERNER** |

        The above-captioned debtor (the "Debtor") hereby submits the attached List of Creditors

Holding 20 Largest Unsecured Claims (the "List") pursuant to Federal Rule of Bankruptcy Procedure

1007(d).  The List does not include (1) persons who come within the definition of "insider" set forth in

11 U.S.C. § 101(31), or (2) secured creditors, unless the value of the collateral is such that the

unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.


Dated: August  19, 2011                    PEITZMAN, WEG & KEMPINSKY LLP


                              By:    /s/ Scott F. Gautier
                                   Scott F. Gautier
                                   Proposed Counsel for Ritz Interactive, Inc.
                                   .

1

## DECLARATION OF FRED H. LERNER

2      I, Fred H. Lerner, declare as follows:

3      1.    I am the President, Chief Executive Officer and Authorized Representative of the

4   Debtor in the above-captioned matter. The attached List of Creditors Holding 20 Largest Unsecured

5   Claims (the "List") is true and correct to the best of my knowledge, information and belief based

6   upon my review of the Debtor's books and records. If additional information becomes known as a

7   result of an ongoing review of the Debtor's books and records, the List will be promptly amended.

8      I declare under penalty of perjury under the laws of the United States of America that the

9   foregoing is true and correct.

10     Executed this _19th_ of August, 2011 at Irvine, California.

11

12

13                                               Fred H. Lerner
                                                 President and Authorized Representative of
14                                               Ritz Interactive, Inc

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Ritz Interactive, Inc.

| (1)<br>Name of creditor & mailing address | (2)<br>Name, telephone & address of contact | (3)<br>Nature of claim | (4)<br>Contingent, unliquidated, disputed, subject to set off | (5)<br>Amount |
|---|---|---|---|---|
| American Express<br>1 Night Star<br>Irvine, CA 92603 | Brian MacDonald | Trade | | $434,079.92 |
| Notions Marketing Corporation<br>1500 Buchanan SW<br>Grand Rapids, MI 49507 | | Trade | | $104,957.50 |
| Federal Express<br>PO Box 7221<br>Pasadena, CA 91109-7321 | | Trade | | $103,598.43 |
| Almo Corporation<br>Box 510783<br>Philadelphia, PA 19175-0783 | | Trade | | $100,000.00 |
| Google<br>Dept. 33654<br>PO Box 39000<br>San Francisco, CA 94139-3181 | | Trade | | $45,375.00 |
| Commission Junction<br>#774140<br>4140 Solutions Center<br>Chicago, IL 60677-4001 | | Trade | | $39,787.85 |

Ritz Interactive, Inc.

| (1)<br>Name of creditor & mailing address | (2)<br>Name, telephone & address of contact | (3)<br>Nature of claim | (4)<br>Contingent, unliquidated, disputed, subject to set off | (5)<br>Amount |
|---|---|---|---|---|
| Taylor Made<br>Aftermarket Division<br>P.O. Box 847128<br>Boston, MA 02284-7128 | | | | |
| Melton Tackle<br>1375 S. State College Blvd.<br>Anaheim, CA 92806 | | Trade | | $35,699.48 |
| CWR Electronics Corporation<br>18 Butler Ave.<br>Bayville, NJ 08721 | | Trade | | $35,426.99 |
| D&H Distributing Co.<br>P.O. Box 56731<br>Los Angeles, CA 90074 | | Trade | | $27,011.43 |
| Customer Focus<br>137 N Larchmont #431<br>Los Angeles, CA 90004 | | Trade | | $22,608.74 |
| Petra Industries<br>PO BOX 960130<br>Oklahoma City, OK 73196-0130 | | Trade | | $22,572.68 |
| | | Trade | | $20,948.94 |

Ritz Interactive, Inc.

| (1)<br>Name of creditor & mailing<br>address | (2)<br>Name, telephone & address of<br>contact | (3)<br>Nature of<br>claim | (4)<br>Contingent,<br>unliquidated,<br>disputed,<br>subject to set<br>off | (5)<br>Amount |
|---|---|---|---|---|
| Scott Douglas & McConnico, LLP<br>600 Congress Avenue, 15th Floor<br>Austin, TX 78701-2589 | | Professional<br>fees | | $18,640.22 |
| Wynit, Inc.<br>P.O. Box 711719<br>Cincinnati, OH 45271-1719 | | Trade | | $15,971.69 |
| Ingram Micro, Inc.<br>PO Box 90350<br>Chicago, IL 60696-0350 | | Trade | | $15,914.69 |
| Vcommerce<br>PO Box 534778<br>Atlanta, GA 30353-4778 | | Trade | | $15,359.38 |
| Aetna<br>P.O. Box 894938<br>Los Angeles, CA 90189-4938 | | Trade | | $15,222.00 |
| Shorenstein<br>SRI Nine Main Plaza LLC<br>File # 749176<br>Los Angeles, CA 90074-9176 | | Trade | | $14,935.10 |
| Shopping.com<br>Dept. 9354<br>Los Angeles, CA 90084-9354 | | Trade | | $14,731.29 |

Ritz Interactive, Inc.

| (1)<br>Name of creditor & mailing address | (2)<br>Name, telephone & address of contact | (3)<br>Nature of claim | (4)<br>Contingent, unliquidated, disputed, subject to set off | (5)<br>Amount |
|---|---|---|---|---|
| Delaware Secretary of State<br>Divisions of Corporation<br>Po Box 74072<br>Baltimore, MD 21274-4072 | | | | $13,200.00 |

1 | Scott F. Gautier (State Bar No. 211742)
*sgautier@pwkllp.com*
2 | Lauren Gans (State Bar No. 247542)
*lgans@pwkllp.com*
3 | PEITZMAN, WEG & KEMPINSKY LLP
2029 Century Park East, Suite 3100
4 | Los Angeles, CA  90067
Telephone: (310) 552-3100
5 | Telecopier: (310) 552-3101

6 |
7 | Proposed Attorneys for the Debtor and Debtor in Possession

8 | **UNITED STATES BANKRUPTCY COURT**
9 | **CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**
10 | In re:
11 | RITZ INTERACTIVE, INC.,
12 |
13 |                 Debtor and Debtor in Possession

Case No.:

Chapter 11

**LIST OF EQUITY SECURITY HOLDERS
PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 1007(a)(3);
DECLARATION OF FRED H. LERNER**

16 |         The above captioned debtor hereby submits the attached List of Equity Security Holders
17 | pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(3).
18 |
19 |
20 | Dated: August 19, 2011                 PEITZMAN, WEG & KEMPINSKY LLP
21 |
22 |                         By:    /s/ Scott F. Gautier
Scott F. Gautier
23 |                                Proposed Counsel for Ritz Interactive, Inc.
                                .
24 |
25 |
26 |
27 |
28 |

1

## **DECLARATION OF FRED H. LERNER**

2    I, Fred H. Lerner, declare as follows:

3    1.    I am the President and Authorized Representative of the Debtor in the above-

4 captioned matter.  The attached List of Equity Security Holders is true and correct to the best of my

5 knowledge, information and belief based upon my review of the Debtor's books and records

6    I declare under penalty of perjury under the laws of the United States of America that the

7 foregoing is true and correct.

8    Executed this _19th_ of August, 2011 at Irvine, California.

9

10

11    Fred H. Lerner
    President and Authorized Representative of
12    Ritz Interactive, Inc.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

# RITZ INTERACTIVE, INC.

## List of Equity Security Holders

| Name | # of Shares | % of O/S |
|---|---|---|
| | | |
| **Common Stock** | | |
| David Ritz<br>9210 Fox Meadow Lane<br>Potomac, MD 20854 | 5,100,000 | 18.55% |
| The Fred H. Lerner & Carol A. Lerner Family Trust, originally Dated 3/20/79<br>3311 Easter Cr<br>Huntington Beach, CA 92649 | 5,000,000 | 18.19% |
| Linda Dolphin<br>9939 Bentcross Drive<br>Potomac, MD 20854 | 1,828,750 | 6.65% |
| Jonathan Speert<br>9939 Bentcross Drive<br>Potomac, MD 20854 | 498,750 | 1.81% |
| Heather Speert<br>9939 Bentcross Drive<br>Potomac, MD 20854 | 498,750 | 1.81% |
| Jason P. Dolphin<br>9939 Bentcross Drive<br>Potomac, MD 20854 | 498,750 | 1.81% |
| Wade R. Mayberry and Pam E. Mayberry Joint Trust<br>250 West Joyce Lane<br>Arnold, MD 21012 | 3,970,000 | 14.44% |
| FPL Holdings, Inc.<br>200 Summit Lake Drive<br>Valhalla, NY 10595 | 1,225,000 | 4.46% |
| Ritz Camera & Imaging<br>6711 Ritz Way<br>Beltsville, MD 20705 | 3,024,175 | 11.00% |
| Cove Point Limited Partnership<br>6711 Ritz Way<br>Beltsville, MD 20705 | 1,400,000 | 5.09% |
| | | |
| **Tier A Stock** | | |
| Rich Tranchida<br>1556 Widows Mite Road<br>Edgewater, MD 21037 | 500,000 | 1.82% |

| | | |
|---|---:|---:|
| Bob Elton<br>824 Coach Way<br>Annapolis, MD 21401 | 250,000 | 0.91% |
| Bob O'Hern<br>1127 Priscilla Lane<br>Alexandria, VA 22308 | 250,000 | 0.91% |
| Bob DeVita<br>311 Amberfield Lane<br>Gaithersburg, MD 21401 | 125,000 | 0.45% |
| Rick Hancock (RI Employee)<br>306 Majorie Lane<br>Herndon, VA 20170 | 125,000 | 0.45% |
| Mike Gruber<br>149 Chippewa Trail<br>Medford Lakes, NJ 08055 | 100,000 | 0.36% |
| Ben Moore<br>140 Steeplechase Road<br>Rocky Mount, NC 27804 | 187,500 | 0.68% |
| Jay Jolly<br>222 Finnegan Drive<br>Millersville, MD 21108 | 125,000 | 0.45% |
| The Camera Shops, Inc.<br>29 Springton Pointe Drive<br>Newton Square, PA 19073 | 83,325 | 0.30% |
| | | |
| **Tier B Stock** | | |
| Eric T. Moseson<br>7180 Springhouse Lane<br>Curtis Bay, MD 21226 | 100,000 | 0.36% |
| Juan and Carol Mendez<br>10541 Country Club Drive<br>Richland, MI 49083 | 7,500 | 0.03% |
| Jenny and Mark Nelson<br>PO Box 274<br>Dowell, MD 20629 | 7,500 | 0.03% |
| David B. Dimont<br>106 Malier Drive<br>Arnold, MD 21012 | 10,000 | 0.04% |
| Steven W. Caudill<br>2024 NE Monroe Street<br>Topeka, KS 66608 | 7,500 | 0.03% |
| Charles W. Pusey<br>9608 Goldenstraw Lane<br>Columbia, MD 21045 | 7,500 | 0.03% |
| James T. Barnes<br>5929 Beth Drive<br>Plano, TX 75093 | 10,000 | 0.04% |
| Ronald W. Inkley<br>1899 27th Street<br>Ogden, UT 84403 | 7,500 | 0.03% |
| Lori A. Stewart<br>15804 Kerr Road<br>Laurel, MD 20707 | 2,500 | 0.01% |

| | | |
|---|---|---|
| Robert W. Fruit<br>8127 Hillcrest Drive<br>Manassas, VA 20111 | 2,500 | 0.01% |
| Allen A. McDonald<br>6400 Heathcliff Lane<br>Traceys Landing, MD 20779 | 2,500 | 0.01% |
| William A. Gast<br>1730 Truro Road<br>Crofton, MD 21114 | 2,000 | 0.01% |
| James D. Gentry, Jr.<br>5929 Beth Drive<br>Plano TX 75093 | 5,000 | 0.02% |
| Douglas D. Vanderveer<br>201 Apple Lane<br>Preston, MD 21655 | 7,500 | 0.03% |
| Jeffrey H. Sturman<br>21317 Ridgecroft Dr<br>Brookeville, MD 20833 | 7,500 | 0.03% |
| Ivan Sussman<br>913 Burnt Crest Lane<br>Silver Spring, MD 20903 | 2,000 | 0.01% |
| Steven and Marcy Webster<br>7010 Folded Palm<br>Columbia, MD 21045 | 2,000 | 0.01% |
| Richard E. Williams<br>221 Whitmoor Terrace<br>Silber Spring, MD 20901 | 2,500 | 0.01% |
| Robert Klimkiewcz, Jr.<br>6170 Downs Ridge Ct<br>Elkridge,MD 21075 | 2,500 | 0.01% |
| Karen E. Lovas<br>7887 Mayfield Avenue<br>Elkridge, MD 21075 | 2,000 | 0.01% |
| Michael K. Doyle<br>1013 Tred Avon Court<br>Arnold, MD 21012 | 2,000 | 0.01% |
| David McLain<br>5100 Williams Wharf Rd<br>St. Leonard, MD 20685 | 5,000 | 0.02% |
| Stephen J. Kopko<br>17021 Sage Drive<br>Yorba Linda, CA 92886 | 5,000 | 0.02% |
| **Stock Options Exercised** | | |
| Andrea Noble<br>3511 NE 148th Ave<br>Vancouver, WA 98625 | 5,000 | 0.02% |
| Miriam (Herrera) Wilkinson<br>2905 Via San Jacinto<br>San Clemente, CA 92672 | 5,000 | 0.02% |
| Miriam (Herrera) Wilkinson<br>2905 Via San Jacinto<br>San Clemente, CA 92672 | 5,000 | 0.02% |

| | | |
|---|---|---|
| Eric Hohl<br>1963 Port Chelsea<br>Newport Beach, CA 92660 | 10,000 | 0.04% |
| Roy S. Pung Revocable Living Trust U/A/D September 17, 1975,<br>Wachovia Bank, N.A., Trustee | 50,000 | 0.18% |
| Sue Goldsmith<br>11961 Kensington Road<br>Rossmoor, CA 90720 | 62,500 | 0.23% |
| Brian Comeau<br>1451 Spectrum<br>Irvine, CA 92618 | 10,000 | 0.04% |
| Brian Comeau<br>1451 Spectrum<br>Irvine, CA 92618 | 5,000 | 0.02% |
| Michael Harper | 5,000 | 0.02% |
| Michael Harper | 5,000 | 0.02% |
| **Restricted Stock Repurchase Agreements** | | |
| Randi Albertson<br>PO BOX 612<br>Prinville, OR 97754 | 150,000 | 0.55% |
| The Trust of P. and T. Tahmin Revocable Trust dated February 16, 2000<br>9452 Coastland Dr<br>Huntington Beach, CA 92646 | 882,353 | 3.21% |
| Brysha Trust<br>120 Via Trieste<br>Newport Beacg, CA 92663 | 588,236 | 2.14% |
| David Evans<br>106 Surreyhill Point<br>Hendersonville, TN 37075 | 200,000 | 0.73% |
| Vance Brown<br>25151 Darlington<br>Mission Viejo, CA 92692 | 125,000 | 0.45% |
| Charles, Kane & Dye<br>1920 Main Street #1070<br>Irvine, CA 92614 | 147,059 | 0.53% |
| Gary Kramer<br>200 Summit Lake Drive<br>Vahalla, NY 10595 | 62,500 | 0.23% |
| **Common Stock Purchases** | | |
| Stephen Kane and Rebecca Kane<br>1920 Main Street #1070<br>Irvine, CA 926886 | 19,118 | 0.07% |
| Stephen M. Kane SEP IRA, UBS as Custodian for<br>1920 Main Street #1070<br>Irvince, CA 92614 | 10,294 | 0.04% |
| David Krinsky<br>1212 Temple Terrace<br>Laguna Beach, CA 92651 | 29,412 | 0.11% |

| | | |
|---|---:|---:|
| Joseph J. Herron<br>114 Pacifica #100<br>Irvine, CA 92618-3318 | 14,706 | 0.05% |
| eAngler (in trust)<br>1963 Port Chelsea<br>Newport Beach, CA 92660 | 100,000 | 0.36% |
| **Common Stock Total** | 28,958,089 | |
| **Preferred Shares** | | |
| AOL/Time Warner Cable[1]<br>One Warner Center<br>New York, NY 10019 | 1,495,294 | |

---

[1] **This interest was converted to a Note Payable in 2005.  The Debtor believes that it is appropriate to classify this converted interest as an "equity interest" in the context of the Debtor's chapter 11.**

| | |
|---|---|
| Party Name, Address and Telephone Number  *(CA State Bar No. If Applicable)*<br><br>Scott F. Gautier (State Bar No. 211742)<br>Peitzman, Weg & Kempinsky LLP<br>2029 Century Park East, Suite 3100<br>Los Angeles, CA 90067<br>phone: (310) 552-3100<br>fax:  (310) 552-3101 | FOR COURT USE ONLY |
| **UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA** | |
| In re: RITZ INTERACTIVE, INC. | CHAPTER 11<br> Small Business Case<br>CASE NUMBER |
| Debtor. | (No Hearing Required) |

# VENUE DISCLOSURE FORM
## FOR CORPORATIONS FILING CHAPTER 11
### *(Required by General Order 97-02)*

*\*Attach additional sheets as necessary and indicate so in each section\**

1.    Specify the address of the principal office of the Debtor currently on file with the California Secretary of State (*from Form S0100, S0200, or S0300*):

2010 Main Street, Suite 550
Irvine, CA 92614

2.    Specify the address of the principal office of the Debtor listed on the Debtor's most recent federal tax return:

2010 Main Street, Suite 550
Irvine, CA 92614

3.    Disclose the current business address(es) for all corporate officers:

2010 Main Street, Suite 550
Irvine, CA 92614

4.    Disclose the current business address(es) where the Debtor's books and records are located:

2010 Main Street, Suite 550
Irvine, CA 92614

---

*Rev. 12/99* This form is required pursuant to General Order 97-02.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.                                         **VEN-C**

Case 8:11-bk-21690-ES    Doc 1    Filed 08/19/11    Entered 08/19/11 17:17:00    Desc
Main Document    Page 22 of 143

| Venue Disclosure Form for Corporations Filing Chapter 11 - *Page 2* | **VEN-C** |
|---|---|
| In re Ritz Interactive, Inc. | CHAPTER 11 |
| Debtor. | CASE NUMBER |

5. List the address(es) where the majority of the Debtor's assets are located based on a book value determination as set forth on the Debtor's most recent balance sheet:

   2010 Main Street, Suite 550
   Irvine, CA 92614

6. Disclose any different address(es) to those listed above within six months prior to the filing of this petition and state the reasons for the change in address(es):

7. State the name and address of the officer signing this Statement and the relationship of such person to the Debtor *(specify)*:

   Fred H. Lerner
   2010 Main Street, Suite 550
   Irvine, CA 92614

8. Total number of attached pages of supporting documentation: 0

9. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on the ___19th___ day of __August__ , 20_11_ , at __Irvine__ , California.

Fred H. Lerner
_____
*Type Name of Officer*

Signature of Declarant

President and CEO
_____
*Position or Title of Officer*

*Rev. 12/99* This form is required pursuant to General Order 97-02. It has been approved for use by the United States Bankruptcy Court for the Central District of California.    **VEN-C**

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    None

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    N/A

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    N/A

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    N/A

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _Irvine_ _____, California.

Dated _____ 8/19/2011 _____

/S/  Fred H. Lerner
_____
Debtor

_____
Joint Debtor

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009

**F 1015-2.1**

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

## Central District of California

In re  Ritz Interactive, Inc. _____,
                    Debtor

Case No. _____

Chapter  11 _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 0 | | |
| B - Personal Property | Yes | 6 | $809,192.15 | | |
| C - Property Claimed as Exempt | N/A | | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 3,687,766.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 4 | | $ 171,793.10 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 13 | | $ 3,352,904.22 | |
| G - Executory Contracts and Unexpired Leases | Yes | 10 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | | | | | $ |
| J - Current Expenditures of Individual Debtors(s) | | | | | $ |
| TOTAL | | 36 | $ 809,192.15 | $7,212,463.32 | |

B6A (Official Form 6A) (12/07)

In re   Ritz Interactive, Inc.                                    ,          Case No. _____
                 **Debtor**                                                              **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule.  **List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D.  If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | Total➤ | $0 | |

(Report also on Summary of Schedules.)

B 6B (Official Form 6B) (12/07)

In re  Ritz Interactive, Inc.                                      ,        Case No. _____
                    **Debtor**                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None."  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.  If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other finan- cial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and home- stead associations, or credit unions, brokerage houses, or cooperatives. | | CNB Amazon Deposit Acct 1697 $5,493.04 CNB Checking Acct 1697- $559,999.54 CNB Deposit Acct 0041  - $32,597.63 CNB Deposit Incoming Wire 0068 $0 | | $598,090.21 |
| 3.  Security deposits with public util- ities, telephone companies, land- lords, and others. | | See attached re deposits and PWK retainer | | $132,665.92 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photo- graphic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. §529(b)(1). Give particulars. (File separately the record(s) of any such interest(s).  11 U.S.C. § 521(c).) | X | | | |

B 6B (Official Form 6B) (12/07) -- Cont.

In re  Ritz Interactive, Inc.                    ,          Case No. _____
                    **Debtor**                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Debtor owns 3.79% of Ritz Camera & Image LLC | | Unknown |
| 14. Interests in partnerships or joint ventures.  Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | See attached | | 37,714.02 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds.  Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | | 2010 tax return not filed yet | | |

B 6B (Official Form 6B) (12/07) – Cont.

In re Ritz Interactive, Inc. _____ ,        Case No. _____
                        **Debtor**                                                      **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles.  Give particulars. | | See attached | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | customer email lists for Photoalley, Inc., Cameraworld.com, eAngler.com, Cameraworld.com, ritzinteractive.com, ritzcamera.com, wolfcamera.com, boatersworld.com | | 0 |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Office equipment and computers | | $40,722.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

_____ 3 _ continuation sheets attached     Total➤     $  809,192.15

(Include amounts from any continuation
sheets attached.  Report total also on
Summary of Schedules.)

ATTACHMENT TO SCHEDULE B

No. 3 - TOTAL DEPOSITS

| | |
|---|---|
| GA Sales tax | 4,875.63 |
| Office Deposit | 7,357.85 |
| Office Deposit | 4,371.84 |
| Office Deposit | 11,729.69 |
| Office Deposit | 4,330.91 |
| Peitzman Weg & Kempinsky LLP | 100,000.00 |
| Total | **132,665.92** |

No. 23 – Licenses, franchises and other general intangibles.

RII has an exclusive, worldwide, nontransferable license to use and reproduce certain names, trademarks, service marks and/or trade names owned by Ritz Camera & Image, L.L.C.

ATTACHMENT TO SCHEDULE B NO. 16

RITZ INTERACTIVE  A/R

|  | Current |
|---|---|
| PITNEY BOWES C/O CEVA | $ 699.80 |
| QUALEX, INC. | 3,390.00 |
| TOTAL | 4,089.80 |

Ritz Interactive
Other Receivables  A/C 1205
As of July 31, 2011
Adjusted

| FFS | $24,800.22 |
|---|---|
| Casio MDF | 6,000.00 |
| New Tech Data | 2,200.00 |
| Winbuyer | 624.00 |
| TOTAL: | $33,624.22 |

B 6D (Official Form 6D) (12/07)

In re  Ritz Interactive, Inc. _____ ,        Case No. _____

             **Debtor**                                                   **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Ritz Camera & Image LLC<br>6711 Ritz Way<br>Beltsville, MD  20705 | | | 12/20/2010<br><br>All collateral<br><br><br>VALUE $ Unknown | | | | $3,550,000.00 | |
| ACCOUNT NO.<br><br>U.S. Bancorp Business<br>Equipment Fin. Group<br>1310 Madrid St., Ste 105<br>Marshall, MN 56258 | | | Equipment<br><br><br>VALUE $ Unknown | | | | $68,883.00 | |
| ACCOUNT NO.<br><br>Western Finance & Lease Inc.<br>PO Box 640<br>Devils Lake, ND 58301 | | | 5/11/11<br>Equipment and proceeds; inventory<br>VALUE $ Unknown | | | | $68,883.00 | |

| | | |
|---|---|---|
| __0__ continuation sheets attached | Subtotal<br>(Total of this page) | $ 3,687,766.00 | $ |
| | Total ▶<br>(Use only on last page) | $ 3,687,766.00 | $ |
| | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B 6E (Official Form 6E) (04/10)

In re  Ritz Interactive, Inc._____ ,                    Case No._____
            Debtor                                                                                    *(if known)*

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided.  Only holders of unsecured claims entitled to priority should be listed in this schedule.  In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.  Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors.  If a joint petition  is filed, state whether the  husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet.  Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule.  Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet.  Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule.  Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

  Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☒ **Wages, salaries, and commissions**

  Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

  Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

    *\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B 6E (Official Form 6E) (04/10) – Cont.

In re  Ritz Interactive, Inc._____,      Case No._____
                        Debtor                                              *(if known)*

☐ **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

   Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

*\* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

              2
         _____ continuation sheets attached

B 6E (Official Form 6E) (04/10) – Cont.

In re   Ritz Interactive, Inc.                                    ,          Case No. _____
                    **Debtor**                                                                      **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.  SEE ATTACHED | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet no. __1__ of __2__ continuation  sheets attached to Schedule
of Creditors Holding Priority Claims

Subtotals► | $ | $ |
(Totals of this page)

Total► | $ |
(Use only on last page of the completed
Schedule E.  Report also on the Summary
of Schedules.)

Totals► | | $ | $ |
(Use only on last page of the completed
Schedule E.  If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)

| As of 8/19/11 | | ACCRUED | | |
| Employee | Accrued Payroll | Vacation $ | Personal Time-Off (PTO) $ | Total |
|---|---|---|---|---|
| Employee 1 | 591.56 | $ 180.60 | $ 60.60 | $ 832.76 |
| Employee 2 | 1,263.60 | $ 1,352.05 | $ 132.68 | $ 2,748.33 |
| Employee 3 | 3,698.00 | $ 2,632.86 | $ 5,093.77 | $ 11,424.64 |
| Employee 4 | 0.00 | $ 1,209.23 | $ 6,020.79 | $ 7,230.02 |
| Employee 5 | 470.26 | $ 435.30 | $ 381.46 | $ 1,287.01 |
| Employee 6 | 1,490.04 | $ 685.07 | $ 2,377.55 | $ 4,552.66 |
| Employee 7 | 1,090.44 | $ 4,685.03 | $ 569.71 | $ 6,345.17 |
| Employee 8 | 2,307.84 | $ 334.62 | $ 4,494.23 | $ 7,136.69 |
| Employee 9 | 1,480.80 | $ 3,154.04 | $ 468.39 | $ 5,103.23 |
| Employee 10 | 1,375.41 | $ 651.22 | $ 241.15 | $ 2,267.78 |
| Employee 11 | 1,096.15 | $ 5,018.20 | $ 274.04 | $ 6,388.39 |
| Employee 12 | 2,423.16 | $ 578.85 | $ 4,834.22 | $ 7,836.23 |
| Employee 13 | 1,531.80 | $ 1,821.06 | $ 1,761.49 | $ 5,114.35 |
| Employee 14 | 1,269.20 | $ 3,902.25 | $ 2,268.11 | $ 7,439.56 |
| Employee 15 | 0.00 | $ 1,540.93 | $ 9,146.07 | $ 10,687.00 |
| Employee 16 | 1,076.93 | $ 6,461.55 | $ 1,782.31 | $ 9,320.79 |
| Employee 17 | 817.31 | $ 67.36 | $ 29.27 | $ 913.94 |
| Employee 18 | 2,164.31 | $ 5,512.69 | $ 3,555.31 | $ 11,232.31 |
| Employee 19 | 0.00 | $ 1,936.59 | $ 10,038.46 | $ 11,975.04 |
| Employee 20 | 2,250.00 | $ 1,110.00 | $ 3,617.50 | $ 6,977.50 |
| Employee 21 | 430.00 | $ 2,437.24 | $ 642.64 | $ 3,509.88 |
| Employee 22 | 1,076.88 | $ 3,606.28 | $ 3,076.92 | $ 7,760.08 |
| Employee 23 | 644.00 | $ 88.20 | $ 28.20 | $ 760.40 |
| Employee 24 | 3,557.60 | $ 957.02 | $ 6,403.85 | $ 10,918.46 |
| Employee 25 | 666.19 | $ 1,062.44 | $ 101.14 | $ 1,829.77 |
| Employee 26 | 577.00 | $ 199.90 | $ 26.83 | $ 803.73 |
| Employee 27 | 1,404.00 | $ 378.34 | $ 1,215.73 | $ 2,998.07 |
| Employee 28 | 2,250.00 | $ 783.75 | $ 4,500.00 | $ 7,533.75 |
| Employee 29 | 484.56 | $ 10.50 | $ 10.50 | $ 505.56 |
| Employee 30 | 522.00 | $ 354.38 | $ (54.81) | $ 821.57 |
| Employee 31 | 909.62 | $ 5,457.69 | $ 1,171.13 | $ 7,538.43 |
| | | | | $ - |
| | **38,918.64** | **$ 58,605.22** | **$ 74,269.24** | $ 171,793.10 |

Note (1) Personal Time-Off (PTO), is not payable at termination.

B 6F (Official Form 6F) (12/07) - Cont.

In re **RITZ INTERACTIVE**                    Case No. _____
    **Debtor**                                                (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Amazon Services LLC 8329 West Sunset Road, Suite 400 Las Vegas, NV 92614 | | | Trade Debt | | | | $3,235.59 |
| @once PO Box 3603 Omaha, NE 68103-06 | | | Trade Debt | | | | $4,967.06 |
| AAFES Attn: FA-C/GA (CentricMall Con) PO Box 660792 Dallas, TX 75266-0792 | | | Trade Debt | | | | $2,839.26 |
| Absolute Communication 10682 Trask Ave. Garden Grove, CA 92843 | | | Trade Debt | | | | $576.25 |
| Almo Corporation Box 510783 Philadelphia, PA 19175-0783 | | | Trade Debt | | | | $100,000.00 |
| American Express Attn Brian MacDonald 1 Night Star Irvine, CA 92603 | | | Trade Debt | | | | $434,079.92 |
| AT&T –AZ PO Box 78045 Phoenix, AZ 85062-8045 | | | Trade Debt | | | | $1,888.51 |
| AT&T Data PO Box 13128 Newark, NJ 07101-5628 | | | Trade Debt | | | | $7,597.49 |

Total    $555,184.08

B 6F (Official Form 6F) (12/07) - Cont.

In re **RITZ INTERACTIVE**                                    Case No. _____
       **Debtor**                                                              **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| AT&T TeleConference Services PO Box 100429 Omaha, NE 68103-2840 | | | Trade Debt | | | | $120.88 |
| BDI Laguna PO Box 100429 Atlanta, GA 30384-0429 | | | Trade Debt | | | | $4,690.04 |
| Become 640 W. California Ave. Sunnyvale, CA 94086 | | | Trade Debt | | | | $44.94 |
| Bill-Me-Later 9690 Deereco Rd., Suite 705 Timonium, MD 21093 | | | Trade Debt | | | | $2,532.80 |
| Buy.com 85 Enterprise Suite 100 Aliso Viejo, CA 92656 | | | Trade Debt | | | | $109.00 |
| CA Recycle Tax Board of Equalization PO Box 942879 Sacramento, CA 94279-001 | | | Trade Debt | | | | $1,000.00 |
| Cardinal Commerce 6119 Heisley Road Mentor, OH 44060 | | | Trade Debt | | | | $749.95 |
| Cell Business Equipment 4 Mason #A Irvine, CA 92618 | | | Trade Debt | | | | $42.39 |
| Channel Intelligence PO Box 534351 Atlanta, GA 30353-4351 | | | Trade Debt | | | | $60.61 |

Total:  $9,350.61

B 6F (Official Form 6F) (12/07) - Cont.

In re **RITZ INTERACTIVE**                                       Case No. _____
        **Debtor**                                                        **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Charles, Kane & Dye 1920 Main Street, #1070 Irvine, CA 92614-7212 | | | Legal Fees | | | | $2,500.00 |
| Chase Mastercard PO Box 94014 Palatine, IL 60094-4014 | | | Trade Debt | | | | $707.83 |
| Citibank Advantage World MC PO Box 6409 The Lakes, NV 88901-6409 | | | Trade Debt | | | | $5,000.00 |
| CNB 18111 Von Karman Ave. Suite 120 Irivne, CA 92613 | | | Trade Debt | | | | $1,600.00 |
| Commission Junction #774140 4140 Solutions Center Chicago, IL 60677-4001 | | | Trade Debt | | | | $39,787.85 |
| Cor-O-Van Secured Destruction, Inc. Dept. 6137 Los Angeles, CA 90084-6134 | | | Trade Debt | | | | $48.00 |
| Criteo Corp. 411 High Street Palo Alto, CA 94301 | | | Trade Debt | | | | $3,524.00 |

Total:  $53,167.58

B 6F (Official Form 6F) (12/07) - Cont.

In re **RITZ INTERACTIVE**                                      Case No. _____
　　　　　　Debtor                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| CSC Corporation Domains<br>2711 Centerville Rd, Suite 400<br>Wilmington, DE 19808 | | | Trade Debt | | | | $72.00 |
| Customer Focus<br>137 N Larchmont #431<br>Los Angeles, CA 90004 | | | Trade Debt | | | | $22,572.68 |
| CWR Electronics Corporation<br>18 Butler Ave.<br>Bayville, NJ 08721 | | | Trade Debt | | | | $27,011.43 |
| D&H Distributing Co.<br>PO Box 56731<br>Los Angeles, CA 90074 | | | Trade Debt | | | | $22,608.74 |
| Deer Park Water<br>PO Box 856192<br>Louisville, KY 40285-6192 | | | Trade Debt | | | | $9.69 |
| Delaware Secretary of State<br>Divisions of Corporations<br>PO Box 74072<br>Baltimore, MD 21274-4072 | | | | | | | $13,200.00 |
| E4X, Inc.<br>55 W. 39th St., 18th Fl.<br>New York, NY 10018 | | | Trade Debt | | | | $1,386.60 |
| eBay (Auction Fees)<br>PO Box 5819<br>San Jose, CA 95150 | | | Trade Debt | | | | $56.89 |
| eBay (PayPal)<br>PO Box 5819<br>San Jose, CA 95150 | | | Trade Debt | | | | $78.84 |

Total:  $86,996.87

B 6F (Official Form 6F) (12/07) - Cont.

In re **RITZ INTERACTIVE**                                          Case No. _____
        Debtor                                                                              **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| eBay, Inc. PO Box 5819 San Jose, CA 95150 | | | Trade Debt | | | | $3,146.53 |
| Ekaria LLP 4038 148th Ave NE Redmond, CA 98052 | | | Trade Debt | | | | $12,598.72 |
| Elissa C. Wadds Aeratus Financial Services PO Box 401 Sandpoint, ID 83864 | | | Professional Fees | | | | $276.25 |
| Entertainment Publications, LLC 1414 E. Maple Road Troy, MI 48083 | | | Trade Debt | | | | $210.89 |
| Federal Express PO Box 371599 Pittsburgh PA 15250-7599 | | | Trade Debt | | | | $103,598.43 |
| Fisheries Supply, Inc. 1900 N. Northlake Way #10 Seattle, WA 98103 | | | Trade Debt | | | | $24,539.14 |
| Gomez, Inc. 10 Maguire Road Building 3, Suite 330 Lexington, MA 02421 | | | Trade Debt | | | | $7,428.00 |
| Google Dept. 33654 PO Box 39000 San Francisco, CA 94139-3181 | | | Trade Debt | | | | $45,375.00 |

Total:  $197,172.96

B 6F (Official Form 6F) (12/07) - Cont.

In re **RITZ INTERACTIVE**
      Debtor

Case No. _____
                **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Grant Thornton, LLP<br>PO Box 51552<br>Los Angeles, CA 90051-5852 | | | Professionals | | | | $4,500.00 |
| Haiying Chen<br>8 Campana Drive<br>Irvine, CA 92620 | | | | | | | $354.00 |
| Hansen Wholesale<br>11132 Winners Circle, Ste 100<br>Los Alamitos, CA 90720 | | | Trade Debt | | | | $2,141.81 |
| Ingram Micro, Inc.<br>PO Box 90350<br>Chicago, IL 60696-0350 | | | Trade Debt | | | | $15,914.69 |
| John Segall<br>12001 Ridge Valley Dr<br>Owings Mills, MD 21117 | | | Trade Debt | | | | $70.80 |
| Ken Rockwell, Inc.<br>7149 Aviara Dr.<br>Carlsbad, CA 92011 | | | Trade Debt | | | | $1,439.75 |
| Legal-Wildman<br>225 West Wacker Drive<br>Chicago, IL 60606-1229 | | | Trade Debt | | | | $3,000.00 |
| Linkconnector.com<br>1135 Killdaire Farm Rd., Ste 200<br>Cary, NC 27511 | | | Trade Debt | | | | $2,000.00 |
| Lynn Vic Products<br>1320 N Red Gum St<br>Anaheim, CA 92806 | | | Trade Debt | | | | $2,485.44 |
| M. Rothman & Co., Inc.<br>PO Box 15282<br>Newark, NJ 01792-5282 | | | Trade Debt | | | | $1,268.08 |

Total: $33,174.57

B 6F (Official Form 6F) (12/07) - Cont.

In re **RITZ INTERACTIVE**

**Debtor**

Case No. _____

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Melton Tackle<br>1375 S. State College Blvd.<br>Anaheim, CA 92806 | | | Trade Debt | | | | $35,426.99 |
| Merchant eSolutions<br>3400 Bridge Pkwy Suite 100<br>Redwood City, CA 94065 | | | Trade Debt | | | | $0 |
| Mesa Safe Company<br>337 W Freedom Ave.<br>Orange, CA 92865 | | | Trade Debt | | | | $387.90 |
| Mindeye<br>J.P. Royal<br>218 2nd Floor<br>Sampige Road Malleswaram<br>Bangalore – 560003<br>India | | | Trade Debt | | | | 10,027.25 |
| Missy Leverrette<br>8142 Jade Crossing<br>Pasadena, CA 21122 | | | Trade Debt | | | | $2,272.88 |
| N.E.W. Customer Service Companies, Inc.<br>22660 Executive Dr, Suite 122<br>Sterling, VA 20166 | | | Trade Debt | | | | $2,210.41 |
| Navarre Corporation<br>NW-8510<br>PO Box 1450<br>Minneapolis, MN 55485-8510 | | | Trade Debt | | | | $4,098.07 |

Total:  $86,926.93

B 6F (Official Form 6F) (12/07) - Cont.

In re **RITZ INTERACTIVE**                                                    Case No. _____
          **Debtor**                                                                         **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| NeuStar Ultra Services Bank of America PO Box 277833 Atlanta, GA 30353-7833 | | | Trade Debt | | | | $5,150.00 |
| NexTag.com File 30862 PO Box 60000 San Francisco, CA 94160 | | | Trade Debt | | | | $439.75 |
| Northern Wholesale Supply 6800 Otter Lake Road Lino Lakes, MN 55038 | | | Trade Debt | | | | $18,752.30 |
| Notions Marketing Corporation 1500 Buchanan SW Grand Rapids, MI 49507 | | | Trade Debt | | | | $104,957.50 |
| Optimum Fulfillment 4201 MBL Drive Ottawa, IL 61350 | | | Trade Debt | | | | $2,658.35 |
| Oracle CH 10845 Palatine, IL 60055-0845 | | | Trade Debt | | | | $2,800.00 |
| Paradise Galleries PO Box 57686 Irvine, CA 92619 | | | Trade Debt | | | | $1,750.00 |
| Parcel Insurance Plan PO Box 66708 St. Louis, MO 63166-6780 | | | Trade Debt | | | | $3, 885.75 |

Total:  $140,393.65

B 6F (Official Form 6F) (12/07) - Cont.

In re **RITZ INTERACTIVE**                                      Case No. _____
          **Debtor**                                                              **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Passport Unlimited Inc. Attn: Danielle 801 Kirkland Ave., #200 Kirkland, WA 98033 | | | Trade Debt | | | | $75.59 |
| PayPal 2211 N. First St. San Jose, CA 95131 | | | Trade Debt | | | | $389.03 |
| Petra Industries PO Box 960130 Oklahoma City, OK 73196-0130 | | | Trade Debt | | | | $20,948.94 |
| Power Reviews Attn: Accounts Receivable 22 4th St., 6th Fl. San Francisco, CA 94103 | | | Trade Debt | | | | $40.67 |
| PriceGrabber.com Attn: A/R Dept. 5150 Goldleaf Circle Los Angeles, CA 90056 | | | Trade Debt | | | | $379.78 |
| Professional Staffing Resources PO Box 910569 San Diego, CA 92191-0569 | | | Trade Debt | | | | $1,564.80 |
| Promark International, Inc. 39476 Treasury Center Chicago, IL 60694-9400 | | | Trade Debt | | | | $656.66 |
| Pronto Bank of America Lockbox Services 62195 Collections Center Dirve Chicago, IL 60693-5805 | | | Trade Debt | | | | $39.46 |

Total:  $24,094.93

B 6F (Official Form 6F) (12/07) - Cont.

In re **RITZ INTERACTIVE**                                           Case No. _____
          **Debtor**                                                                    **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Ryan & Co.<br>13155 Noel Road Ste 100<br>Dallas, TX 75420 | | | Trade Debt | | | | $900.00 |
| Ryan Tax Compliance<br>13155 Noel Road Ste 100<br>Dallas, TX 75240 | | | Trade Debt | | | | $1,800.00 |
| SBC-California<br>Payment Center<br>SAC CA 95887-0001 | | | Trade Debt | | | | $32.33 |
| Scott Douglas & McConnico LLP<br>600 Congress Ave., 15th Ave.<br>Austin, TX 78701-2589 | | | Professional Fees | | | | $18,640.22 |
| Seawide Marine Distribution<br>Accounts Receivable<br>41698 Eastman Drive<br>Murrieta, CA 92562 | | | Trade Debt | | | | $48.30 |
| ShopAtShark.com<br>2041 Vista Parkway Level 2<br>West Palm Beach, FL 33401 | | | Trade Debt | | | | $7,825.07 |
| Shopping.com<br>Dept. 9354<br>Los Angeles, CA 90084-9354 | | | Trade Debt | | | | $14,731.29 |
| Shopzilla.com<br>PO Box 79620<br>City of Industry, CA 91716-9620 | | | Trade Debt | | | | $522.71 |

Total: $44,499.92

B 6F (Official Form 6F) (12/07) - Cont.

In re **RITZ INTERACTIVE**                                    Case No. _____
       **Debtor**                                                              **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Sportsman Supply<br>6 Bolte Lane<br>St. Clair, MO 63077 | | | Trade Debt | | | | $1,364.99 |
| StreetPrices.com<br>2700 Augustine Dr., Ste 155<br>Santa Clara, CA 95054-2910 | | | Trade Debt | | | | $225.75 |
| Synnex Corporation<br>File #30110<br>PO Box 60000<br>San Francisco, CA 94160 | | | Trade Debt | | | | $3880.64 |
| Taylor Made<br>Aftermarket Division<br>PO Box 847128<br>Boston, MA 02284-8128 | | | Trade Debt | | | | $35,699.48 |
| TeleCheck Service Inc.<br>PO Box 60028<br>City of Industry, CA 91716-0028 | | | Trade Debt | | | | $79.30 |
| Texas Tax Division<br>Comptroller of Public Accounts<br>Attn: Rick Budd<br>1700 N. Congress Suite 320<br>Austin, TX 78701 | | | Claim | X | X | X | $2,033,074.67 |
| Time Warner Telecom<br>PO Box 172567<br>Denver,  CO 80217-2567 | | | Trade Debt | | | | $3,326.35 |
| UPS – Web Sites<br>Lockbox 577<br>Carolstream, IL 60132-0577 | | | Trade Debt | | | | $44.58 |

Total:  $2,077,695.76

B 6F (Official Form 6F) (12/07) - Cont.

In re **RITZ INTERACTIVE**                           Case No. _____
          Debtor                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Vcommerce<br>PO Box 534778<br>Atlanta, GA 30353-4778 | | | Trade Debt | | | | $15,359.38 |
| Wildman, Harrold, Allen & Dixon, LLP<br>225 West Wacker Drive<br>Chicago, IL 60606-1229 | | | Trade Debt | | | | $1,416.25 |
| Wise<br>5828 Shelby Oaks Drive<br>Memphis, TN 38134 | | | Trade Debt | | | | $1,728.02 |
| Wynit Inc.<br>PO Box 711719<br>Cincinniti, OH 45271-1810 | | | Trade Debt | | | | $15,971.69 |
| Yahoo/Overture, Inc.<br>Accounts Receivable<br>PO Box 3003<br>Carol Stream, IL 60132-3003 | | | Trade Debt | | | | $12,117.35 |
| David J. Margules<br>Bouchard Margules & Friedlander PA<br>222 Delaware Ave., Suite 1400<br>Wilmington, DE 19801 | | | Flashpoint Technology litigation | x | x | x | Unknown |
| Scott E. Stevens<br>Stevens Love<br>PO Box 3427<br>Longview, TX 75605 | | | Charles Hill Patent Infringement Case | X | X | X | Unknown |
| Stephen B. Diamond<br>Beeler Schad & Diamond PC<br>332 S. Michigan Ave., Ste 1000<br>Chicago, IL 60604 | | | Illinois Sales Tax Whistleblower case | X | X | X | Unknown |
| Aetna<br>PO Box 894938<br>Los Angeles, CA 90189-4938 | | | Trade Debt | | | | $15,222.00 |

Total:  61,814.69

B 6F (Official Form 6F) (12/07) - Cont.

In re **RITZ INTERACTIVE**                                    Case No. _____
                 **Debtor**                                                          **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Shorenstein<br>SRI Nine Main Plaza LLC<br>File #749176<br>Los Angeles, CA 90074-9176 | | | | | | | $14,935.10 |

Total  $14,935.10

Grand Total:  $3,352,904.22

In Re: Ritz Interactive, Inc.                    Case No. _____

SCHEDULE G – EXECUTORY CONTRACTS AND UNEXPIRED LEASES

      Describe all executory contracts and leases of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  States whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. Section 112 and Fed. R. Bankr. P. 1007(m).

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTAL REAL PROPERTY, STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| Shorenstein Realty Services, LP<br>1920 Main Street, Suite 110<br>Irvine, CA 92614 | 10th Amended Real property lease for property located at 2010 Main Street, Irvine, CA<br>Debtor is lessee |
| VAR Resource, Inc.<br>2330 Interest 30<br>Mesquite, TX | Equipment Lease, Submission No. 43553<br>Dated 4/27/11 |
| The Wise Co., Inc.<br>5535 Pleasant View Road<br>Memphis, TN 38134 | Vendor Agreement dated 5/5/09 |
| Tech Data Corporation<br>5350 Tech Data Drive<br>Clearwater, FL 33760 | Vendor Agreement dated 5/10/11 |
| Sportsman Supply<br>6 Bolte Lane<br>St. Clair, MO 63077 | Vendor Agreement dated  3/1/10 |
| Seawide Distribution, a California corporation<br>41698 Eastman Drive<br>Murrieta, CA 92562 | Vendor Agreement dated 11/11/09 |
| SED International, Inc.<br>4916 N. Royal Atlanta Drive<br>Tucker, GA 30084 | Vendor Agreement dated 2/6/06 |

| | |
|---|---|
| Petra Industries, Inc.<br>2101 S. Kelly<br>Edmond, OK 73013 | Vendor Agreement dated 2/1/09 |
| Mesa Safe Company<br>337 West Freedom Ave.<br>Orange, CA 92685 | Vendor Agreement date 2/10/10 |
| Maui Surf Company<br>651 S. Federal Hwy<br>Pampano Beach, FL 33052 | Vendor Agreement dated 6/3/10 |
| Lynn Vick Products<br>1320 N. Red Gum St<br>Anaheim, CA 92806 | Vendor Agreement dated 6/3/10 |
| CWS Electronics<br>18 Butler Ave.<br>Bayville, NJ 08721 | Vendor Agreement dated 11/21/08 |
| Coyote Eyewear<br>3800 Monroe Ave., Suite 26<br>Pittsfortd, NY 14534 | Vendor Agreement dated  3/25/09 |
| Almo Fulfillment Services West, LLC<br>2709 Commerce Way<br>Philadelphia, PA 19154-1011 | Vendor Agreement dated 4/14/10 |
| ERisk Services | Insurance contract for Employment Practice Coverage |
| RSUI Group<br>945 East Paces Ferry Road<br>Suite 1800<br>Atlanta, GA 30326-1160 | D&O Insurance 8/7/11 |
| ADP Retirement Services Division<br>71 Hanover Road<br>Florham Park, NJ | 401 K Plan #711099 |
| Ritz Camera Centers, Inc.<br>6711 Ritz Way<br>Beltsville, MD 20705 | Second Amended and Restated Agreement dated 8/1/05 |
| Accertify<br>1051 Perimeter Drive, Suite 510<br>Schaumburg, IL 60173-5833 | License and Hosting Agreement date 11/12/09 |

| | |
|---|---|
| CJ Advantage<br>530 East Monticito St.<br>Santa Barbara, CA 93103 | Advertiser Service Agreement Amendment dated 8/10 |
| Amazon Services LLC<br>8329 West Sunset Road, Suite 400<br>Las Vegas, NV 92614 | Merchants@Amazon.com Program Agreement Dated 8/20/09 |
| Amazon Services LLC<br>8329 West Sunset Road, Suite 400<br>Las Vegas, NV 92614 | Amendment and Addendum to Services product Ad Agreement dated 7/1/10 |
| Assets International<br>24123 Greenfield Rd., Suite 301<br>Southfield, MI 48075 | Memorandum of Understanding dated 3/16/11 |
| AT&T<br>PO Box78045<br>Phoenix, AZ 85062-8042 | Hosting and Application Services Pricing Addendum |
| Buy.com<br>85 Enterprise, Suite 100<br>Alisa Viejo, CA 92656 | Marketplace Seller Agreement Dated 8/31/07 |
| Accertify<br>1075 W. Hawthorn Dr.<br>Itasca, IL  60173 | First Amendment to License Agreement dated 3/21/11 |
| CJ Vantage<br>530 E. Montiecito St.<br>Santa Barbara, CA 93103 | Advertiser Service Agreement Amendment dated 5/12/09 |
| Channeladvisor Corporation<br>2701 Aerial Center Parkway<br>Morrisville, NC 27560 | Amendment 1 to Module Subscription Order dated 5/30/10 |
| Channeladvisor<br>2701 Aerial Center Parkway<br>Morrisville, NC 27560 | Module Subscription Agreement dated |
| Micros Retail<br>1800 West Park Drive<br>Westborough, MA 01581 | Addendum to Lease, Maintenance and Consulting Agreement dated 3/26/09 |
| Dyn Inc.<br>1230 Elm St., 5th Floor<br>Manchester, NH 03101 | Services Agreement dated 3/31/11 |
| E4X, Inc.<br>55 West 39th Street, 18th Fl.<br>New York, NY 10018 | Services Agreement dated 7/10/08 |

| | |
|---|---|
| Ebay, Inc.<br>2145 Hamilton Ave.<br>San Jose, CA 94087 | Listing Agreement |
| Ebay, Inc.<br>2145 Hamilton Ave.<br>San Jose, CA 94087 | Amendment One to Listing Agreement dated 12/4/08 |
| Ebay, Inc.<br>2145 Hamilton Ave.<br>San Jose, CA 94087 | Advertising Agreement |
| Etilize, Inc.<br>609 Deep Valley Drive, Suite 200<br>Rolling Hills Estates, CA 90274 | Contract extension dated 1/29/09 |
| FedEx<br>PO Box 7221<br>Pasadena, CA 91109-7321 | Pricing Agreement Amendment |
| Assets International, LLC<br>24123 Greenfield Rd., Suite 301<br>Southfield, MI 48075 | Full Disclosure Statement and Limited Power of Attorney dated 4/21/11 |
| Data Skill<br>8765 Aero Drive, Suite 226<br>San Diego, CA 92123 | License Agreement |
| IBM<br>PO Box 643600<br>Pittsburgh, PA 15264-3600 | Proof of Entitlement dated 4/1/11 |
| Merchant e-Solutions, Inc.<br>3400 Bridge Pkwy Ste 100<br>Rewood City, CA 94065 | Internet Pin Debit addendum to Merchant Services Agreement dated 10/28/09 |
| Bill Me Later<br>9690 Deereco Road<br>Timonium, MD 21093 | Merchant Agreement dated 11/13/03 |
| Merchant e-Solutions<br>3400 Bridge Pkwy Ste 100<br>Rewood City, CA 94065 | Bankcard Fee Processing Schedule dated 11/2/09 |
| Mindeye<br>1174 2nd Floor<br>HSR Sector VII<br>Bangalore, 560034 India | Contract Addenda Ritz agreement dated 9/15/08 dated 2/16/09 |

| | |
|---|---|
| MindEye<br>1174 2nd Floor<br>HSR Sector VII<br>Bangalore, 560034 India | Renewal Agreement for the Supply of Call Center Services dated 9/1/08 |
| Nikon, Inc.<br>1300 Walt Whitman Road<br>Melville, NY 11747-3064 | Distributor Reseller Policy dated 7/16/10 |
| Owner IQ<br>320 Congress Street<br>Boston, MA 02210 | Data Partner Agreement dated  2/17/11 |
| ShopRunner<br>935 First Ave.<br>King of Prussia, PA 19406 | Participation Agreement dated 12/1/10 |
| Ryan Innovative Solutions<br>601 S. Figueroa Suite 1370<br>Los Angeles, CA 90017 | Sales and Use Tax Compliance Services dated 7/18/08 |
| SAVVIS<br>1 Savvis Pkwy<br>St. Louis, MO 63017 | Master Service Agreement dated 7/27/11 |
| TW Telecom<br>One Time Warner Center<br>New York, NY | Renewal Service Order Form |
| ShopLocal LLC<br>225 N. Michigan Ave., Suite 1600<br>Chicago, IL 60601 | Amendment Agreement dated 3/12/04 |
| VCommerce<br>10001 N. 92nd Street, Suite 120<br>Scottsdale, AZ 85260 | Master Service Agreement dated 3/28/06 |
| InfoUSA<br>5711 S. 86th Circle<br>Omaha, NE 68127 | Master License and Services Agreement dated 9/1/06 |
| TW Telecom<br>One Time Warner Center<br>New York, NY | Voice Service Order form dated 9/24/08 |
| VCommerce Holdings Corporation<br>10001 N. 92nd Street, Suite 120<br>Scottsdale, AZ 85260 | First Amendment to Master Service Agreement dated 5/1/11 |

| | |
|---|---|
| VCommerce Holdings Corporation<br>10001 N. 92nd Street, Suite 120<br>Scottsdale, AZ 85260 | Schedule B Pricing |
| Ritz Camera Centers, Inc.<br>6711 Ritz Way<br>Beltsville, MD 20705 | Lease Agreement dated 1/1/00 |
| Ritz Camera & Image, LLC<br>6711 Ritz Way<br>Beltsville, MD 20705 | Amended and Restated Lease Agreement dated 1/1/05 |
| Ritz Camera & Image, LLC<br>6711 Ritz Way<br>Beltsville, MD 20705 | Agreement of Purchase and Sale of Membership Interest dated 4/29/10 |
| Ritz Camera & Image, LLC<br>6711 Ritz Way<br>Beltsville, MD 20705 | Ancillary Agreement dated 8/1/05 |
| Ritz Camera Centers, Inc.<br>6711 Ritz Way<br>Beltsville, MD 20705 | Agreement dated 8/1/99 |
| Ritz Camera Centers, Inc.<br>6711 Ritz Way<br>Beltsville, MD 20705 | Amended and Restated Agreement dated 11/1/03 |
| Ritz Camera & Image LLC<br>6711 Ritz Way<br>Beltsville, MD 20705 | Second Amended and Restated Agreement dated 8/1/05 |
| Ritz Camera & Image LLC<br>6711 Ritz Way<br>Beltsville, MD 20705 | Second Amendment to Second Amended and Restated Agreement dated 12/23/10 |
| Ritz Camera & Image LLC<br>6711 Ritz Way<br>Beltsville, MD 20705 | Amendment to Second Amended and Restated Agreement dated 5/10/10 |
| Ritz Camera & Image LLC<br>6711 Ritz Way<br>Beltsville, MD 20705 | Perpetual License Agreement dated 8/1/05 |

| | |
|---|---|
| TW AOL<br>One Time Warner Center<br>New York, NY 10019 | Assignment dated 2/5/06 |
| American OnLine, Inc. (TW AOL)<br>One Time Warner Center<br>New York, NY 10019 | Promissory Note dated 5/27/05 |
| TW AOL Holdings, Inc.<br>One Time Warner Center<br>New York, NY 10019 | Second Amendment to Promissory Note dated 1/30/07 |
| TW AOL Holdings, Inc.<br>One Time Warner Center<br>New York, NY 10019 | Third Amendment to Promissory Note 2/1/09 |
| Army & Air Force Exchange Service<br>Attn: MK D/M1 (McCoy)<br>3911 S. Walton Walker Blvd.<br>Dallas, TX 75236 | Amendment of Solicitation/Contract Agreement dated 10/14/07 |
| Canon U.S.A., Inc.<br>One Canon Plaza<br>Lake Success, NY 11042 | Addendum to Image Technology Dealer Sales Agreement dated 8/10/11 |
| Daniel Kluz<br>6030 Oro Court<br>Palmdale, CA 93552 | Product Advertising Agreement with Daniel Kluz dated 1/1/08 |
| Missy Leverett<br>8142 Jade Crossing Ct.<br>Pasadena, MD 21122 | Independent Contract Agreement dated 4/1/07 |
| PowerReviews, Inc.<br>22 Fourth Street, 6th Floor<br>San Francisco, CA 94103 | Participation Agreement dated 10/12/10 |
| WeSay.com<br>53 E. St. Charles Road<br>Villa Park, IL 60181 | Product Advertising Agreement dated 10/13/09 |
| WinBuyer, Inc.<br>1475 N. Scottsdale Road, Suite 200<br>Scottsdale, AZ 85257-3538 | Terms and Conditions Agreement dated 11/20/08 |
| Greg Norman Interactive, LLC<br>501 North A1A<br>Jupiter, FL 33477 | Technical Services/ E-Commerce Agreement dated 12/1/03 |
| Greg Norman<br>501 North A1A<br>Jupiter, FL 33477 | 1999 Stock Option Plan |

| | |
|---|---|
| Greg Norman Interactive, LLC<br>501 North A1A<br>Jupiter, FL 33477 | Endorsement Agreement dated 12/1/03 |
| Army & Air Force Exchange Service<br>PO Box 660202<br>Dallas, TX 75266-0202 | Internet Business Agreement dated 8/29/06 |
| American Boating Association<br>PO Box 887<br>Oswego, NY 13126<br>Attn: Mike Anderson | Agreement |
| Akamai Technologies, Inc. | Addendum dated 4/2/08 |
| American Express Travel Related Services<br>Company, Inc.<br>American Express Tower<br>World Financial Center<br>200 Vesey Street<br>New York, NY 10285 | Affiliate Agreement |
| CardinalCommerce Corporation<br>6119 Heisley Rd.<br>Mentor, OH 44060 | Addendum 2 |
| Channel Intelligence, Inc.<br>1180 Celebration Blvd.<br>Celebration, FL 34747 | Customer Agreement Addendum #2 dated 11/13/08 |
| Comodo CA Limited<br>26 Office Village, 3rd Fl., Exchange Quay<br>Trafford Road<br>Salford, Manchester M5 3EQ<br>United Kingdom | Certificate Agreement |
| Missy Leverett<br>8142 Jade Crossing Ct.<br>Pasadena, MD 21122 | Independent Contract Agreement dated 4/1/07 |
| American Boating Association<br>PO Box 887<br>Oswego, NY<br>Attn: Mike Anderson | Agreement dated 9/30/08 |
| PowerReviews<br>22 4th Street, 6th Floor<br>San Francisco, CA 94103 | Service Order No. Q000418 dated 10/1/11 |

| | |
|---|---|
| Shop.com<br>1 Lower Ragsdale Drive<br>Bldg. 1, Suite 210<br>Monterey, CA 93940 | Merchant Marketing Agreement dated 12/5/06 |
| SmashDirect, LLC<br>303-M Ashcake Road<br>Ashland, VA 23005 | Services Agreement Dated 9/25/08 |
| SmashDirect, LLC<br>303-M Ashcake Road<br>Ashland, VA 23005 | Agreement dated 10/26/09 |
| TW Telecom<br>One Time Warner Center<br>New York, NY | Voice Service Order Form dated 9/24/08 |
| Time Warner Telecom<br>One Time Warner Center<br>New York, NY | Voice and Internet Service Order form dated 11/7/07 |
| Assets International<br>24123 Greenfield Road, Suite 301<br>Southfield, MI 48075 | Full Disclosure and Limited Power of Attorney dated 4/21/11 |
| Bloomreach, Inc.<br>401 Castro St., Suite 230<br>Mountain View, CA | Agreement dated 3/18/11 |
| Catch Marketing Services<br>232 San Carlos Street<br>San Francisco, CA 94110 | Purchase Order & Service Contract |
| Commission Junction, Inc.<br>530 E. Montecito Street<br>Santa Barbara, CA 93103 | CJ Vantage Advertiser Service Agreement Addendum dated 3/22/11 |
| ShopLocal, LLC<br>225 N. Michigan Ave., Suite 1600<br>Chicago, IL 60601 | Amended Agreement 3/16/11 |
| United Way of New England Caring Club | Program Participation Merchant Agreement dated 3/4/11 |

| | |
|---|---|
| Google Inc.<br>Advertising Programs<br>1600 Amphitheatre Pkwy<br>Mountain View, CA 94043 | Advertising Program Terms |
| CustomerFocus Services<br>6380 Wilshire Blvd., Ste 1610<br>Los Angeles, CA 90048 | Amended and Restated Customer Support Agreement |
| Federal Express Corporation and Fedex Ground Package System<br>P.O. Box 7221<br>Pasadena, CA  91109-7321 | FedEx Pricing Agreement |

B 6H (Official Form 6H) (12/07)

In re   Ritz Interactive, Inc.                         ,            Case No. _____
                    **Debtor**                                                        **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

[X]   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| None | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  Ritz Interactive, Inc.  ,                    Case No. _____
                    Debtor                                              (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____                    Signature: _____
                                                                                  Debtor

Date _____                    Signature: _____
                                                                      (Joint Debtor, if any)

[If joint case, both spouses must sign.]

_____
#### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any,          Social Security No.
of Bankruptcy Petition Preparer                      (Required by 11 U.S.C. § 110.)

If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.

_____
_____
_____
Address

X_____          _____
Signature of Bankruptcy Petition Preparer                          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

_____
### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the  President  [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the  Ritz Interactive, Inc.  [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 37 sheets (Total shown on summary page plus 1), and that they are true and correct to the best of my knowledge, information, and belief.

Date  8/19/2011                    Signature: _____
                                                                  Fred H. Lerner
                                                    [Print or type name of individual signing on behalf of debtor.]

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____
Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B 7 (Official Form 7) (04/10)

# UNITED STATES BANKRUPTCY COURT

### Central District of California

In re: Ritz Interactive, Inc. _____,        Case No. _____
               Debtor                                                    (if known)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors.  Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25.  **If the answer to an applicable question is "None," mark the box labeled "None."**  If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."*  A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership.  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time.  An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."*  The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor.  11 U.S.C. § 101.

---

    **1.**   **Income from employment or operation of business**

None
☐
State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the **two years** immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

              AMOUNT                              SOURCE

           See Exhibit 1

**2. Income other than from employment or operation of business**

None

☑ State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                                                          SOURCE

---

**3. Payments to creditors**

*Complete a. or b., as appropriate, and c.*

None

☐ a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| N/A | | | |

None

☐ b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850[*]. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| See Exhibit 3(b) | | | |

---

[*]*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None

☐    c. *All debtors:*  List all payments made within **one year** immediately preceding the commencement of this case
to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must
include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and
a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

See Exhibit 3(c)

---

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None

☐    a.  List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include
information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated
and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

See Exhibit 4

---

None

    b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within **one
year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13
must include information concerning property of either or both spouses whether or not a joint petition is filed, unless
the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**5.  Repossessions, foreclosures and returns**

None

    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu
of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case.
(Married debtors whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)
spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

4

**6.  Assignments and receiverships**

None  a.  Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the
  commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by
either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None  b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year**
  immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must
include information concerning property of either or both spouses whether or not a joint petition is filed, unless the
spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE Of PROPERTY |
|---|---|---|---|

**7.  Gifts**

None  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case
except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member
and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or
chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless
the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8.  Losses**

None  List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement
of this case **or since the commencement of this case**.  (Married debtors filing under chapter 12 or chapter 13 must
include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a
joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY  INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9.   Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

See Exhibit 9

---

**10.   Other transfers**

None
☑

a.   List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
☑

b.   List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

---

**11.   Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| City National Bank | 8060 Brokerage Account | $10,002.99 (8/5/11) |

6

**12.  Safe deposit boxes**

None

☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.  Setoffs**

None

☐

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

See Ex. 13

**14.  Property held for another person**

None

☑

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.  Prior address of debtor**

None

☐

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 2010 Main Street, Suite 400 Irvine, CA 92614 | same | 1/10/11 |

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information**.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None ☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing

8

executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity  securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|-----------------------------------------------------------------------------------------------|---------|--------------------|----------------------------|
| Ritz Camera & Image LLC | 27-0307093 | | Sales | See Attached |

None ☑    b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

       NAME                         ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director,  managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19.  Books, records and financial statements**

None ☐    a.  List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

       NAME AND ADDRESS                         DATES SERVICES RENDERED

See Exhibit 19(a)

None ☑    b.  List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

       NAME                       ADDRESS                 DATES SERVICES RENDERED

9

None ☐    c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

             NAME                                             ADDRESS

       See Exhibit 19 (a)

None ☐    d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

          NAME AND ADDRESS                            DATE ISSUED

       See Exhibit 19(d)

---

**20.  Inventories**

None ☑    a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

                                                     DOLLAR AMOUNT
                                                 OF  INVENTORY
       DATE OF INVENTORY         INVENTORY SUPERVISOR      (Specify cost, market or other basis)

None ☑    b.  List the name and address of the person having possession of the records of each of the inventories reported in a., above.

                                                   NAME AND ADDRESSES
                                                 OF CUSTODIAN
       DATE OF INVENTORY                                 OF INVENTORY RECORDS

---

**21 . Current Partners, Officers, Directors and Shareholders**

None ☐    a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

      NAME AND ADDRESS           NATURE OF INTEREST       PERCENTAGE OF INTEREST

     N/A

None ☐    b.    If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

                                                NATURE AND PERCENTAGE
      NAME AND ADDRESS                 TITLE              OF STOCK OWNERSHIP

    See Exhibit 21(b)

---

10

**22 . Former partners, officers, directors and shareholders**

None ☐ a.   If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|
| N/A  |         |                    |

None ☐ b.   If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|
| See Exhibit 22(b) |      |                     |

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None ☐ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| See attached Exhibit 3(c) | | |

---

**24.  Tax Consolidation Group.**

None ☑ If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER-IDENTIFICATION NUMBER (EIN) |
|---|---|
| | |

---

**25.  Pension Funds.**

None ☐ If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER-IDENTIFICATION NUMBER (EIN) |
|---|---|
| Ritz Interactive 401k Plan 711099 | 33-0842124 |

*  *  *  *  *  *

11

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs
and any attachments thereto and that they are true and correct.

Date _____

Signature
of Debtor _____

Date _____

Signature of
Joint Debtor
(if any) _____

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments
thereto and that they are true and correct to the best of my knowledge, information and belief.

Date ___8/19/2011___

Signature _____

Print Name and
Title           Fred H. Lerner, President

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

___27___ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for
compensation and  have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and
342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy
petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from
the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social-Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal,
responsible person, or partner who signs this document.*

_____
Address

_____          _____
Signature of Bankruptcy Petition Preparer          Date

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is
not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in
fines or imprisonment or both. 18 U.S.C. § 156.*

Ex. 1      Income from employment or operation of business

| Amount | Source |
|---|---|
| $22,800,000 (2011) | Operation of business |
| $38,587,572 (2010) | Operation of business |
| $46,439,417 (2009) | Operation of business |

**RITZ INTERACTIVE**

| Date | Number | Payee | Memo | Payment | |
|------|--------|-------|------|---------|---|

**Register: 1012 · CNB Checking 402 141786**
**From 04/01/2011 through 07/25/2011**

| Date | Number | Payee | Memo | Payment | |
|------|--------|-------|------|---------|---|
| 4/1/2011 | 26370 | @once | | $3,228.91 | X |
| 4/27/2011 | 26504 | @once | | $4,340.06 | X |
| 5/18/2011 | 26618 | @once | | $4,131.07 | * |
| 6/23/2011 | 26779 | @once | | $4,967.06 | |
| | | | | **$16,667.10** | |
| 4/8/2011 | 26414 | AAFES | | $2,476.09 | X |
| 4/8/2011 | 26415 | AAFES | | $525.49 | X |
| 5/11/2011 | 26583 | AAFES | | $717.44 | X |
| 5/11/2011 | 26584 | AAFES | | $1,844.26 | X |
| 6/9/2011 | 26720 | AAFES | | $2,068.58 | * |
| 6/9/2011 | 26721 | AAFES | | $770.68 | * |
| 7/13/2011 | 26863 | AAFES | | $978.12 | |
| 7/13/2011 | 26864 | AAFES | | $4,739.06 | |
| | | | | **$14,119.72** | |
| 5/11/2011 | 26585 | Absolute Communication | | $45.00 | X |
| 5/18/2011 | 26619 | Absolute Communication | | $295.00 | * |
| 6/9/2011 | 26722 | Absolute Communication | | $326.25 | * |
| | | | | $666.25 | |
| 4/1/2011 | 26371 | Accertify | | $6,000.00 | X |
| 4/27/2011 | 26505 | Accertify | | $8,000.00 | X |
| 5/25/2011 | 26659 | Accertify | | $21,537.50 | * |
| | | | | **$35,537.50** | |
| 4/8/2011 | 26416 | Aetna | | $11,533.00 | X |
| 5/4/2011 | 26549 | Aetna | | $11,533.00 | X |
| 5/25/2011 | 26660 | Aetna | | $11,533.00 | * |
| 6/9/2011 | 26723 | Aetna | | $349.00 | * |
| 6/30/2011 | 26837 | Aetna | | $13,830.00 | |
| 4/15/2011 | | Aetna | April 2011- ORTEGA | $245.00 | X |
| 5/15/2011 | | Aetna | May 2011- ORTEGA | $245.00 | X |
| 6/1/2011 | | Aetna | June 2011- ORTEGA | $245.00 | * |
| 7/15/2011 | | Aetna | July 2011- ORTEGA | $245.00 | |
| | | | | **$49,758.00** | |
| 4/4/2011 | 0 | Almo Corporation | | $250,000.00 | X |
| 4/6/2011 | 0 | Almo Corporation | | $250,000.00 | X |
| 5/2/2011 | 0 | Almo Corporation | | $250,000.00 | X |
| 5/10/2011 | 0 | Almo Corporation | | $250,000.00 | X |
| 6/1/2011 | 0 | Almo Corporation | | $200,000.00 | * |
| 6/10/2011 | 0 | Almo Corporation | | $100,000.00 | * |

| | | | | |
|---|---|---|---|---|
| 6/15/2011 | 0 | Almo Corporation | $150,000.00 | * |
| 6/20/2011 | 0 | Almo Corporation | $250,000.00 | * |
| 6/21/2011 | 0 | Almo Corporation | $250,000.00 | * |
| 6/24/2011 | 0 | Almo Corporation | $250,000.00 | * |
| 6/29/2011 | 0 | Almo Corporation | $200,000.00 | * |
| 7/6/2011 | 0 | Almo Corporation | $150,000.00 | |
| 7/11/2011 | 0 | Almo Corporation | $200,000.00 | |
| 7/18/2011 | 0 | Almo Corporation | $250,000.00 | |
| 4/13/2011 | 26473 | Almo Corporation | $91,057.11 | X |
| 4/20/2011 | 26475 | Almo Corporation | $2,877.34 | X |
| 4/27/2011 | 26531 | Almo Corporation | $130,880.18 | X |
| 5/18/2011 | 26616 | Almo Corporation | $253,590.32 | X |
| 6/16/2011 | 26778 | Almo Corporation | $11,036.58 | * |
| | | | **$3,489,441.53** | |
| | | | | |
| 4/20/2011 | 26492 | American Express | $156,674.00 | X |
| 4/27/2011 | 26545 | American Express | $253,427.82 | X |
| 6/9/2011 | 26724 | American Express | $210,349.22 | |
| 7/21/2011 | 26887 | American Express | $91,230.34 | |
| | | | **$711,681.38** | |
| | | | | |
| 4/1/2011 | 26372 | AT&T- Data | $7,597.49 | X |
| 5/4/2011 | 26552 | AT&T- Data | $7,597.49 | X |
| 6/9/2011 | 26726 | AT&T- Data | $7,597.49 | * |
| 6/30/2011 | 26839 | AT&T- Data | $7,599.18 | |
| | | | **$30,391.65** | |
| | | | | |
| 4/1/2011 | 26400 | BDI-Laguna | $4,800.66 | X |
| 4/8/2011 | 26440 | BDI-Laguna | $7,719.53 | X |
| 4/27/2011 | 26532 | BDI-Laguna | $3,516.66 | X |
| 5/11/2011 | 26602 | BDI-Laguna | $1,242.23 | X |
| 5/25/2011 | 26684 | BDI-Laguna | $2,795.06 | * |
| 6/16/2011 | 26760 | BDI-Laguna | $6,787.81 | * |
| | | | **$26,861.95** | |
| | | | | |
| 4/8/2011 | 26417 | Board of Equalization | | $130.00 | X |
| 7/13/2011 | 26865 | Board of Equalization | | $421.00 | |
| 4/13/2011 | | Board of Equalization | CA Sales Tax - March 2011A | $38,702.00 | X |
| 5/24/2011 | | Board of Equalization | CA Sales Tax - April 2011Aut | $29,903.00 | X |
| 6/8/2011 | | Board of Equalization | CA Sales Tax - May 2011 Aut | $25,676.00 | * |
| 7/7/2011 | | Board of Equalization | CA Sales Tax - June 2011 Aut | $34,673.00 | |
| | | | **$129,505.00** | |
| | | | | |
| 5/4/2011 | 26558 | Charles, Kane & Dye, LLP | $5,000.00 | X |
| 5/25/2011 | 26664 | Charles, Kane & Dye, LLP | $2,500.00 | * |
| | | | **$7,500.00** | |

| | | | | |
|---|---|---|---|---|
| 4/27/2011 | 26508 | Commission Junction | $19,278.06 | X |
| 5/31/2011 | 26702 | Commission Junction | $19,095.79 | * |
| 6/30/2011 | 26843 | Commission Junction | $18,705.94 | |
| | | | **$57,079.79** | |
| | | | | |
| 6/23/2011 | 26787 | Comodo CA Ltd. | $6,250.00 | |
| | | | **$6,250.00** | |
| | | | | |
| 6/30/2011 | 26844 | Criteo Corp. | $3,524.00 | |
| 7/13/2011 | 26870 | Criteo Corp. | $2,855.30 | |
| | | | **$6,379.30** | |
| | | | | |
| 4/20/2011 | 26495 | Customer Focus | $31,536.01 | X |
| 5/18/2011 | 26623 | Customer Focus | $30,774.87 | * |
| 6/23/2011 | 26791 | Customer Focus | $25,418.74 | |
| 7/21/2011 | 26890 | Customer Focus | $24,980.39 | |
| | | | **$112,710.01** | |
| | | | | |
| 4/1/2011 | 26401 | CWR Electronics Corporation | $28,397.39 | X |
| 4/8/2011 | 26429 | CWR Electronics Corporation | $26,979.39 | X |
| 4/13/2011 | 26460 | CWR Electronics Corporation | $20,173.82 | X |
| 4/20/2011 | 26476 | CWR Electronics Corporation | $32,941.08 | X |
| 4/27/2011 | 26533 | CWR Electronics Corporation | $27,739.98 | X |
| 5/4/2011 | 26572 | CWR Electronics Corporation | $32,359.24 | X |
| 5/11/2011 | 26603 | CWR Electronics Corporation | $21,694.01 | X |
| 5/18/2011 | 26640 | CWR Electronics Corporation | $32,155.85 | X |
| 5/25/2011 | 26685 | CWR Electronics Corporation | $40,123.47 | X |
| 5/31/2011 | 26716 | CWR Electronics Corporation | $36,364.32 | * |
| 6/9/2011 | 26739 | CWR Electronics Corporation | $39,840.82 | * |
| 6/16/2011 | 26761 | CWR Electronics Corporation | $33,262.27 | * |
| 6/23/2011 | 26812 | CWR Electronics Corporation | $31,908.15 | * |
| 6/30/2011 | 26830 | CWR Electronics Corporation | $42,868.71 | |
| 7/13/2011 | 26877 | CWR Electronics Corporation | $32,561.47 | |
| 7/13/2011 | 26878 | CWR Electronics Corporation | $26,834.45 | |
| 7/21/2011 | 26914 | CWR Electronics Corporation | $25,174.08 | |
| | | | **$531,378.50** | |
| | | | | |
| 4/5/2011 | 0 | D & H Distributing Co. | $54,578.13 | X |
| 4/11/2011 | 0 | D & H Distributing Co. | $47,338.81 | X |
| 4/20/2011 | 0 | D & H Distributing Co. | $41,462.49 | X |
| 4/26/2011 | 0 | D & H Distributing Co. | $20,718.31 | X |
| 5/4/2011 | 0 | D & H Distributing Co. | $35,642.35 | X |
| 5/11/2011 | 0 | D & H Distributing Co. | $29,635.20 | X |
| 5/17/2011 | 0 | D & H Distributing Co. | $14,446.62 | X |
| 5/24/2011 | 0 | D & H Distributing Co. | $25,091.62 | X |
| 5/31/2011 | 0 | D & H Distributing Co. | $24,292.70 | * |
| 6/7/2011 | 0 | D & H Distributing Co. | $21,562.90 | * |

| | | | |
|---|---|---|---|
| 6/13/2011 | 0 D & H Distributing Co. | $24,575.47 | * |
| 6/21/2011 | 0 D & H Distributing Co. | $24,675.00 | * |
| 6/28/2011 | 0 D & H Distributing Co. | $18,913.78 | * |
| 7/6/2011 | 0 D & H Distributing Co. | $31,019.27 | |
| 7/13/2011 | 0 D & H Distributing Co. | $26,018.08 | |
| 7/18/2011 | 0 D & H Distributing Co. | $35,751.78 | |
| | | **$475,722.51** | |
| | | | |
| 4/1/2011 | 26380 Ekaria, LLP | $1,751.06 | X |
| 4/27/2011 | 26512 Ekaria, LLP | $5,254.99 | X |
| 5/18/2011 | 26625 Ekaria, LLP | $3,053.03 | * |
| 6/23/2011 | 26794 Ekaria, LLP | $6,413.88 | |
| | | **$16,472.96** | |
| | | | |
| 4/13/2011 | 26444 First Insurance Funding Corp. | $7,677.90 | X |
| 5/4/2011 | 26562 First Insurance Funding Corp. | $2,501.89 | X |
| 5/31/2011 | 26703 First Insurance Funding Corp. | $2,501.89 | * |
| 6/30/2011 | 26847 First Insurance Funding Corp. | $2,501.89 | |
| | | **$15,183.57** | |
| | | | |
| 4/8/2011 | 26430 Fisheries Supply, Inc. | $19,346.31 | X |
| 4/13/2011 | 26461 Fisheries Supply, Inc. | $2,386.97 | X |
| 4/20/2011 | 26477 Fisheries Supply, Inc. | $12,739.64 | X |
| 4/27/2011 | 26534 Fisheries Supply, Inc. | $12,885.40 | X |
| 5/6/2011 | 26580 Fisheries Supply, Inc. | $34,118.04 | X |
| 5/11/2011 | 26604 Fisheries Supply, Inc. | $12,146.58 | X |
| 5/18/2011 | 26641 Fisheries Supply, Inc. | $13,501.30 | * |
| 5/31/2011 | 26707 Fisheries Supply, Inc. | $13,670.35 | * |
| 6/9/2011 | 26740 Fisheries Supply, Inc. | $18,737.02 | * |
| 6/16/2011 | 26762 Fisheries Supply, Inc. | $14,019.10 | * |
| 6/23/2011 | 26813 Fisheries Supply, Inc. | $15,595.35 | * |
| 6/30/2011 | 26831 Fisheries Supply, Inc. | $22,738.39 | |
| 7/13/2011 | 26879 Fisheries Supply, Inc. | $11,683.17 | |
| | | **$203,567.62** | |
| | | | |
| 4/1/2011 | 26382 Google | $35,790.43 | X |
| 4/27/2011 | 26514 Google | $29,229.03 | X |
| 5/25/2011 | 26670 Google | $26,592.62 | * |
| 6/30/2011 | 26848 Google | $17,666.66 | |
| | | **$109,278.74** | |
| | | | |
| 5/31/2011 | 26704 Grant Thornton LLP | $6,000.00 | * |
| 6/16/2011 | 26751 Grant Thornton LLP | $4,500.00 | * |
| | | **$10,500.00** | |
| | | | |
| 4/13/2011 | 26463 Hansen Wholesale | $2,226.91 | X |
| 5/25/2011 | 26686 Hansen Wholesale | $5,306.21 | * |

| Date | Check # | Payee | Description | Amount | |
|---|---|---|---|---|---|
| 6/16/2011 | 26764 | Hansen Wholesale | | $2,141.81 | |
| | | | | **$9,674.93** | |
| | | | | | |
| 4/1/2011 | 26402 | Ingram Micro, Inc. | | $9,523.22 | X |
| 4/8/2011 | 26431 | Ingram Micro, Inc. | | $255.91 | X |
| 4/13/2011 | 26462 | Ingram Micro, Inc. | | $20,769.01 | X |
| 4/20/2011 | 26478 | Ingram Micro, Inc. | | $17,148.66 | X |
| 4/27/2011 | 26535 | Ingram Micro, Inc. | | $16,665.47 | X |
| 5/4/2011 | 26573 | Ingram Micro, Inc. | | $11,833.37 | X |
| 5/11/2011 | 26605 | Ingram Micro, Inc. | | $11,042.04 | X |
| 5/25/2011 | 26687 | Ingram Micro, Inc. | | $8,917.58 | * |
| 5/31/2011 | 26708 | Ingram Micro, Inc. | | $10,519.53 | * |
| 6/9/2011 | 26741 | Ingram Micro, Inc. | | $12,361.51 | * |
| 6/16/2011 | 26763 | Ingram Micro, Inc. | | $11,841.23 | * |
| 6/16/2011 | 26765 | Ingram Micro, Inc. | | $18,089.82 | * |
| 6/30/2011 | 26832 | Ingram Micro, Inc. | | $19,226.80 | |
| 7/21/2011 | 26902 | Ingram Micro, Inc. | | $7,984.40 | |
| | | | | **$176,178.55** | |
| | | | | | |
| 4/13/2011 | | Kansas Department of Revenue | KS Sales Tax - March 2011 A | $1,361.24 | X |
| 4/13/2011 | | Kansas Department of Revenue | KS Sales Tax - March 2011 A | $399.30 | X |
| 5/24/2011 | | Kansas Department of Revenue | KS Sales Tax - April 2011 Aut | $1,267.41 | X |
| 5/24/2011 | | Kansas Department of Revenue | KS Sales Tax - April 2011 Aut | $305.90 | X |
| 6/8/2011 | | Kansas Department of Revenue | KS Sales Tax - May 2011 Aut | $965.67 | * |
| 6/8/2011 | | Kansas Department of Revenue | KS Sales Tax - May 2011 Aut | $584.99 | * |
| 7/7/2011 | | Kansas Department of Revenue | KS Sales Tax -June 2011 Autl | $1,588.58 | |
| 7/7/2011 | | Kansas Department of Revenue | KS Sales Tax -June 2011 Autl | $470.71 | |
| | | | | **$6,943.80** | |
| | | | | | |
| 4/27/2011 | 26516 | Ken Rockwell, Inc. | | $5,080.70 | X |
| 5/18/2011 | 26629 | Ken Rockwell, Inc. | | $3,220.42 | * |
| 6/23/2011 | 26796 | Ken Rockwell, Inc. | | $1,439.75 | |
| | | | | **$9,740.87** | |
| | | | | | |
| 4/8/2011 | 26420 | Lerner, Fred H. | | $2,613.44 | X |
| 6/9/2011 | 26731 | Lerner, Fred H. | | $2,843.86 | * |
| 7/13/2011 | 26872 | Lerner, Fred H. | | $1,380.61 | |
| | | | | **$6,837.91** | |
| | | | | | |
| 4/8/2011 | 26442 | Leverrett, Missy | | $2,739.00 | X |
| 5/4/2011 | 26563 | Leverrett, Missy | | $2,293.50 | X |
| 6/28/2011 | 26829 | Leverrett, Missy | | $2,272.88 | * |
| 7/21/2011 | 26892 | Leverrett, Missy | | $2,446.13 | |
| | | | | **$9,751.51** | |
| | | | | | |
| 4/1/2011 | 26403 | Lynn Vick Products | | $146.20 | X |
| 4/13/2011 | 26464 | Lynn Vick Products | | $667.49 | X |

| | | | | |
|---|---|---|---|---|
| 5/11/2011 | 26606 | Lynn Vick Products | $1,022.07 | X |
| 5/18/2011 | 26642 | Lynn Vick Products | $600.60 | X |
| 5/25/2011 | 26688 | Lynn Vick Products | $1,592.57 | * |
| 6/9/2011 | 26742 | Lynn Vick Products | $259.13 | * |
| 6/16/2011 | 26766 | Lynn Vick Products | $2,823.07 | * |
| 7/21/2011 | 26903 | Lynn Vick Products | $4,295.44 | |
| | | | **$11,406.57** | |
| | | | | |
| 4/1/2011 | 26404 | M Rothman & Co, Inc. | $1,455.98 | X |
| 4/20/2011 | 26479 | M Rothman & Co, Inc. | $738.21 | X |
| 5/4/2011 | 26579 | M Rothman & Co, Inc. | $1,226.13 | X |
| 5/11/2011 | 26607 | M Rothman & Co, Inc. | $1,546.68 | X |
| 5/18/2011 | 26643 | M Rothman & Co, Inc. | $1,702.43 | X |
| 5/25/2011 | 26689 | M Rothman & Co, Inc. | $2,344.18 | X |
| 6/9/2011 | 26743 | M Rothman & Co, Inc. | $1,800.71 | * |
| 7/21/2011 | 26904 | M Rothman & Co, Inc. | $1,259.14 | |
| | | | **$12,073.46** | |
| | | | | |
| 4/1/2011 | 26405 | Melton Tackle | $19,996.04 | X |
| 4/8/2011 | 26433 | Melton Tackle | $6,542.42 | X |
| 4/20/2011 | 26481 | Melton Tackle | $5,612.08 | X |
| 4/27/2011 | 26536 | Melton Tackle | $9,950.13 | X |
| 5/4/2011 | 26574 | Melton Tackle | $8,140.05 | X |
| 5/18/2011 | 26645 | Melton Tackle | $15,063.19 | X |
| 5/25/2011 | 26690 | Melton Tackle | $6,364.21 | X |
| 6/7/2011 | 26718 | Melton Tackle | $19,742.48 | * |
| 6/9/2011 | 26744 | Melton Tackle | $19,120.49 | * |
| 6/16/2011 | 26767 | Melton Tackle | $18,316.17 | * |
| 6/23/2011 | 26814 | Melton Tackle | $1,699.59 | * |
| 7/13/2011 | 26880 | Melton Tackle | $12,485.13 | |
| 7/14/2011 | 26886 | Melton Tackle | $19,905.17 | |
| | | | **$162,937.15** | |
| | | | | |
| 4/8/2011 | 26432 | Mesa Safe Company | $4,219.50 | X |
| 5/18/2011 | 26646 | Mesa Safe Company | $1,704.82 | X |
| 6/16/2011 | 26768 | Mesa Safe Company | $387.90 | * |
| 6/23/2011 | 26797 | MEZZASALMA, RENEE | $224.95 | |
| | | | **$6,537.17** | |
| | | | | |
| 4/4/2011 | | MHM | ER Fees Section 125 | $127.50 | X |
| 4/4/2011 | | MHM | EE Contribution Section 125 | $1,151.09 | X |
| 4/18/2011 | | MHM | EE Contribution Section 125 | $1,151.09 | X |
| 5/2/2011 | | MHM | EE Contribution Section 125 | $1,151.09 | X |
| 5/16/2011 | | MHM | ER Expenses Section 125 | $127.50 | X |
| 5/30/2011 | | MHM | EE Contribution Section 125 | $1,151.09 | X |
| 6/13/2011 | | MHM | EE Contribution Expense Sec | $1,151.09 | * |
| 6/16/2011 | | MHM | ER Expense Section 125 | $127.50 | * |

| | | | | |
|---|---|---|---|---|
| 6/27/2011 | MHM | EE Contribution Section 125 | $1,151.09 | * |
| 7/11/2011 | MHM | EE Contribution Section 125 | $1,151.09 | |
| 7/18/2011 | MHM | ER Expense Section 125 | $127.50 | |
| 7/25/2011 | MHM | EE Contribution Section 125 | $1,151.09 | |
| | | | **$9,718.72** | |
| | | | | |
| 4/15/2011 | MindEye | MindEye -MARCH 2011 | $11,163.60 | X |
| 5/20/2011 | MindEye | MindEye -APRIL 2011 | $12,074.59 | X |
| 6/20/2011 | MindEye | MindEye -MAY 2011 | $10,027.25 | * |
| 7/18/2011 | MindEye | MindEye -JUNE 2011 | $11,470.82 | |
| | | | **$44,736.26** | |
| | | | | |
| 5/11/2011 | 26592 N.E.W.Customer Service Companies, Inc. | | $4,180.74 | X |
| 7/21/2011 | 26893 N.E.W.Customer Service Companies, Inc. | | $2,210.41 | |
| | | | **$6,391.15** | |
| | | | | |
| 4/20/2011 | 26482 Navarre Corporation | | $8,290.33 | X |
| 5/18/2011 | 26647 Navarre Corporation | | $2,563.98 | X |
| 6/23/2011 | 26826 Navarre Corporation | | $4,098.07 | |
| 7/21/2011 | 26905 Navarre Corporation | | $5,344.82 | |
| | | | **$20,297.20** | |
| | | | | |
| 6/24/2011 | 26827 Neamand, Scott | | $2,764.36 | * |
| 6/28/2011 | 26828 Neamand, Scott | | $8,715.93 | * |
| | | | **$11,480.29** | |
| | | | | |
| 4/1/2011 | 26386 NeuStar Ultra Services | | $2,400.00 | X |
| 5/4/2011 | 26565 NeuStar Ultra Services | | $2,400.00 | X |
| 5/25/2011 | 26671 NeuStar Ultra Services | | $2,400.00 | * |
| 6/30/2011 | 26849 NeuStar Ultra Services | | $2,400.00 | |
| | | | **$9,600.00** | |
| | | | | |
| 4/1/2011 | 26406 Northern Wholesale Supply | | $5,859.70 | X |
| 4/13/2011 | 26465 Northern Wholesale Supply | | $1,386.94 | X |
| 4/20/2011 | 26483 Northern Wholesale Supply | | $3,260.52 | X |
| 5/4/2011 | 26575 Northern Wholesale Supply | | $7,690.87 | X |
| 5/25/2011 | 26691 Northern Wholesale Supply | | $4,253.78 | * |
| 6/16/2011 | 26769 Northern Wholesale Supply | | $17,419.64 | * |
| 7/13/2011 | 26882 Northern Wholesale Supply | | $12,076.84 | |
| 7/21/2011 | 26906 Northern Wholesale Supply | | $7,757.20 | |
| | | | **$59,705.49** | |
| | | | | |
| 4/1/2011 | 26407 Notions Marketing Corporation | | $40,692.15 | X |
| 4/8/2011 | 26434 Notions Marketing Corporation | | $43,061.82 | X |
| 4/13/2011 | 26466 Notions Marketing Corporation | | $39,364.42 | X |
| 4/20/2011 | 26484 Notions Marketing Corporation | | $44,227.57 | X |
| 4/27/2011 | 26537 Notions Marketing Corporation | | $52,331.95 | X |

| Date | Check # | Payee | Amount | |
|---|---|---|---|---|
| 5/4/2011 | 26576 | Notions Marketing Corporation | $35,458.68 | X |
| 5/11/2011 | 26608 | Notions Marketing Corporation | $43,773.23 | X |
| 5/18/2011 | 26648 | Notions Marketing Corporation | $48,384.99 | X |
| 5/25/2011 | 26692 | Notions Marketing Corporation | $14,753.93 | * |
| 5/31/2011 | 26709 | Notions Marketing Corporation | $42,930.95 | * |
| 6/9/2011 | 26745 | Notions Marketing Corporation | $38,902.54 | * |
| 6/16/2011 | 26770 | Notions Marketing Corporation | $34,182.49 | * |
| 6/23/2011 | 26815 | Notions Marketing Corporation | $67,426.23 | |
| 6/30/2011 | 26833 | Notions Marketing Corporation | $32,742.05 | |
| 7/13/2011 | 26881 | Notions Marketing Corporation | $30,342.44 | |
| 7/21/2011 | 26907 | Notions Marketing Corporation | $33,563.11 | |
| | | | **$642,138.55** | |
| | | | | |
| 4/1/2011 | 26408 | Optimum Fulfillment | $2,834.70 | X |
| 4/13/2011 | 26467 | Optimum Fulfillment | $5,494.99 | X |
| 4/20/2011 | 26485 | Optimum Fulfillment | $3,656.09 | X |
| 4/27/2011 | 26538 | Optimum Fulfillment | $1,906.24 | X |
| 5/18/2011 | 26649 | Optimum Fulfillment | $2,966.11 | * |
| 5/25/2011 | 26693 | Optimum Fulfillment | $1,417.00 | * |
| 5/31/2011 | 26715 | Optimum Fulfillment | $603.98 | * |
| 6/9/2011 | 26746 | Optimum Fulfillment | $364.69 | * |
| 6/16/2011 | 26771 | Optimum Fulfillment | $2,494.88 | * |
| 7/21/2011 | 26908 | Optimum Fulfillment | $6,931.42 | |
| | | | **$28,670.10** | |
| | | | | |
| 4/13/2011 | 26450 | Oracle | $2,800.00 | X |
| 5/11/2011 | 26593 | Oracle | $2,800.00 | X |
| 6/9/2011 | 26732 | Oracle | $2,800.00 | * |
| 7/21/2011 | 26895 | Oracle | $2,800.00 | |
| | | | **$11,200.00** | |
| | | | | |
| 4/8/2011 | 26421 | Parcel Insurance Plan | $5,739.24 | X |
| 5/11/2011 | 26594 | Parcel Insurance Plan | $4,743.81 | X |
| 6/16/2011 | 26753 | Parcel Insurance Plan | $3,885.75 | * |
| 7/13/2011 | 26873 | Parcel Insurance Plan | $5,544.10 | |
| | | | **$19,912.90** | |
| | | | | |
| 4/1/2011 | 26387 | Parking Concepts, Inc. | $2,110.00 | X |
| 5/4/2011 | 26566 | Parking Concepts, Inc. | $2,435.00 | X |
| 6/9/2011 | 26733 | Parking Concepts, Inc. | $2,220.00 | * |
| 6/23/2011 | 26824 | Parking Concepts, Inc. | $2,220.00 | |
| | | | **$8,985.00** | |
| | | | | |
| 4/5/2011 | 26412 | Petra Industries Inc. | $26,523.59 | X |
| 4/13/2011 | 26445 | Petra Industries Inc. | $26,551.25 | X |
| 4/20/2011 | 26486 | Petra Industries Inc. | $29,368.01 | X |
| 4/27/2011 | 26539 | Petra Industries Inc. | $20,159.00 | X |

| Date | Check# | Payee | Description | Amount | |
|------|--------|-------|-------------|--------|---|
| 5/4/2011 | 26548 | Petra Industries Inc. | | $26,664.25 | X |
| 5/11/2011 | 26609 | Petra Industries Inc. | | $20,358.20 | X |
| 5/18/2011 | 26651 | Petra Industries Inc. | | $16,802.86 | X |
| 5/25/2011 | 26694 | Petra Industries Inc. | | $25,103.67 | X |
| 5/31/2011 | 26710 | Petra Industries Inc. | | $29,060.08 | * |
| 6/9/2011 | 26747 | Petra Industries Inc. | | $25,433.49 | * |
| 6/16/2011 | 26772 | Petra Industries Inc. | | $18,029.91 | * |
| 6/23/2011 | 26816 | Petra Industries Inc. | | $22,932.44 | * |
| 6/30/2011 | 26834 | Petra Industries Inc. | | $19,084.16 | |
| 7/13/2011 | 26883 | Petra Industries Inc. | | $28,062.75 | |
| 7/13/2011 | 26884 | Petra Industries Inc. | | $19,966.18 | |
| | | | | **$354,099.84** | |
| | | | | | |
| 4/8/2011 | 26423 | PLIC- Principal Financial Group | | $2,000.61 | X |
| 5/4/2011 | 26567 | PLIC- Principal Financial Group | | $2,000.61 | X |
| 5/25/2011 | 26672 | PLIC- Principal Financial Group | | $2,000.61 | * |
| 6/30/2011 | 26850 | PLIC- Principal Financial Group | | $2,000.61 | |
| | | | | **$8,002.44** | |
| | | | | | |
| 4/1/2011 | 26391 | Professional Staffing Resources | | $2,347.20 | X |
| 4/8/2011 | 26424 | Professional Staffing Resources | | $1,543.20 | X |
| 4/20/2011 | 26497 | Professional Staffing Resources | | $775.20 | X |
| 4/27/2011 | 26522 | Professional Staffing Resources | | $789.60 | X |
| 5/4/2011 | 26568 | Professional Staffing Resources | | $782.40 | X |
| 5/11/2011 | 26595 | Professional Staffing Resources | | $1,512.15 | X |
| 5/25/2011 | 26674 | Professional Staffing Resources | | $1,536.00 | * |
| 6/9/2011 | 26735 | Professional Staffing Resources | | $1,564.80 | * |
| 6/16/2011 | 26754 | Professional Staffing Resources | | $614.40 | |
| 6/23/2011 | 26800 | Professional Staffing Resources | | $775.20 | |
| 6/30/2011 | 26852 | Professional Staffing Resources | | $782.40 | |
| 7/13/2011 | 26874 | Professional Staffing Resources | | $768.00 | |
| | | | | **$13,790.55** | |
| | | | | | |
| 4/8/2011 | 26435 | Promark International, Inc. | | $1,670.45 | X |
| 5/18/2011 | 26652 | Promark International, Inc. | | $2,380.85 | X |
| 6/16/2011 | 26773 | Promark International, Inc. | | $840.31 | * |
| 7/21/2011 | 26910 | Promark International, Inc. | | $771.29 | |
| | | | | **$5,662.90** | |
| | | | | | |
| 5/2/2011 | 0 | Ritz Camera and Image, LLC | | $9,635.00 | X |
| 4/1/2011 | 26411 | Ritz Camera and Image, LLC | RCI SOURCED SALES 3/21-3/ | $87,487.24 | X |
| 4/6/2011 | 26413 | Ritz Camera and Image, LLC | RCI SOURCED SALES 3/28-4/ | $39,429.66 | X |
| 4/13/2011 | 26472 | Ritz Camera and Image, LLC | RCI SOURCED SALES 4/4-4/1 | $93,312.53 | X |
| 4/20/2011 | 26500 | Ritz Camera and Image, LLC | VOID: | | X |
| 4/27/2011 | 26543 | Ritz Camera and Image, LLC | RCI SOURCED SALES 4/11-4/ | $201,186.00 | X |
| 4/27/2011 | 26544 | Ritz Camera and Image, LLC | RCI SOURCED SALES 4/18-4/ | $97,272.08 | X |
| 5/4/2011 | 26578 | Ritz Camera and Image, LLC | | $221,274.17 | * |

| Date | Check | Payee | | Amount | |
|---|---|---|---|---|---|
| 5/11/2011 | 26615 | Ritz Camera and Image, LLC | | $67,758.63 | * |
| 5/18/2011 | 26617 | Ritz Camera and Image, LLC | | $101,464.39 | * |
| 5/25/2011 | 26658 | Ritz Camera and Image, LLC | | $167,977.27 | |
| 5/31/2011 | 26700 | Ritz Camera and Image, LLC | | $80,771.71 | |
| 6/9/2011 | 26719 | Ritz Camera and Image, LLC | | $69,462.64 | |
| 6/23/2011 | 26821 | Ritz Camera and Image, LLC | | $124,405.02 | |
| 6/23/2011 | 26822 | Ritz Camera and Image, LLC | | $189,923.01 | |
| | | | | **$1,551,359.35** | |
| | | | | | |
| 5/4/2011 | 26569 | Savvis, Inc. | | $3,928.36 | X |
| 5/25/2011 | 26676 | Savvis, Inc. | | $4,295.86 | * |
| 6/30/2011 | 26854 | Savvis, Inc. | | $3,377.11 | |
| 7/21/2011 | 26896 | Savvis, Inc. | | $3,132.11 | |
| | | | | **$14,733.44** | |
| | | | | | |
| 4/27/2011 | 26524 | Scott, Douglas & McConnico, LLP | | $3,595.03 | X |
| 5/25/2011 | 26677 | Scott, Douglas & McConnico, LLP | | $4,459.32 | * |
| 6/23/2011 | 26803 | Scott, Douglas & McConnico, LLP | | $12,120.25 | |
| 5/18/2011 | 26653 | Seawide Marine Distribution | | $192.00 | X |
| | | | | **$20,366.60** | |
| | | | | | |
| 4/8/2011 | 26436 | SED International, Inc. | | $627.34 | X |
| 4/13/2011 | 26469 | SED International, Inc. | | $615.15 | X |
| 4/20/2011 | 26488 | SED International, Inc. | | $1,956.23 | X |
| 4/27/2011 | 26540 | SED International, Inc. | | $1,251.53 | X |
| 5/11/2011 | 26610 | SED International, Inc. | | $1,519.07 | X |
| 5/18/2011 | 26654 | SED International, Inc. | | $347.42 | * |
| 5/25/2011 | 26695 | SED International, Inc. | | $1,127.98 | * |
| 5/31/2011 | 26711 | SED International, Inc. | | $499.80 | * |
| 6/9/2011 | 26748 | SED International, Inc. | | $1,758.18 | * |
| 6/16/2011 | 26774 | SED International, Inc. | | $513.23 | * |
| 6/23/2011 | 26817 | SED International, Inc. | | $414.13 | |
| | | | | **$10,630.06** | |
| | | | | | |
| 4/13/2011 | 26454 | ShopAtShark.com | | $6,561.04 | X |
| 5/18/2011 | 26634 | ShopAtShark.com | | $6,837.41 | * |
| 6/16/2011 | 26756 | ShopAtShark.com | | $7,825.07 | |
| 7/21/2011 | 26898 | ShopAtShark.com | | $8,090.25 | |
| | | | | **$29,313.77** | |
| | | | | | |
| 4/1/2011 | 26393 | Shopping.com | | $3,970.66 | X |
| 4/13/2011 | 26455 | Shopping.com | | $48.97 | X |
| 4/27/2011 | 26526 | Shopping.com | | $15,790.15 | X |
| 5/18/2011 | 26636 | Shopping.com | VOID: | | X |
| 6/23/2011 | 26804 | Shopping.com | | $10,360.55 | * |
| 6/23/2011 | 26805 | Shopping.com | | $11,415.11 | * |
| | | | | **$41,585.44** | |

| 4/1/2011 | 26394 Shorenstein | | $32,732.88 | X |
| 4/27/2011 | 26528 Shorenstein | | $32,732.88 | X |
| 5/18/2011 | 26637 Shorenstein | | $10.00 | X |
| 5/31/2011 | 26714 Shorenstein | | $32,732.88 | * |
| 6/30/2011 | 26857 Shorenstein | VOID: | | X |
| | | | **$98,208.64** | |

| 4/1/2011 | 26409 Sportsman Supply | | $1,143.81 | X |
| 4/8/2011 | 26437 Sportsman Supply | | $1,253.58 | X |
| 4/13/2011 | 26470 Sportsman Supply | | $1,451.83 | X |
| 5/18/2011 | 26655 Sportsman Supply | | $2,383.36 | * |
| 5/25/2011 | 26696 Sportsman Supply | | $1,070.14 | * |
| 5/31/2011 | 26712 Sportsman Supply | | $443.16 | * |
| 6/16/2011 | 26775 Sportsman Supply | | $1,364.99 | * |
| 7/21/2011 | 26911 Sportsman Supply | | $7,434.10 | |
| | | | **$16,544.97** | |

| 4/13/2011 | State of MD Controller of the Tr | MD Sales Tax March 2011 - | $4,291.22 | X |
| 5/24/2011 | State of MD Controller of the Tr | MD Sales Tax April 2011 -S9 | $3,624.92 | X |
| 6/8/2011 | State of MD Controller of the Tr | MD Sales Tax May 2011 - S4 | $1,716.93 | * |
| 7/7/2011 | State of MD Controller of the Tr | MD Sales Tax June 2011 - S9 | $6,292.74 | |
| | | | **$15,925.81** | |

| 4/1/2011 | 26410 Synnex Corporation | | $11,423.27 | X |
| 4/8/2011 | 26438 Synnex Corporation | | $5,368.70 | X |
| 4/13/2011 | 26471 Synnex Corporation | | $11,081.09 | X |
| 4/20/2011 | 26489 Synnex Corporation | | $6,761.59 | X |
| 4/27/2011 | 26541 Synnex Corporation | | $4,854.26 | X |
| 5/4/2011 | 26577 Synnex Corporation | | $10,416.19 | X |
| 5/11/2011 | 26611 Synnex Corporation | | $9,141.25 | X |
| 5/18/2011 | 26656 Synnex Corporation | | $9,577.09 | X |
| 5/25/2011 | 26697 Synnex Corporation | | $10,684.34 | * |
| 5/31/2011 | 26713 Synnex Corporation | | $12,889.91 | * |
| 6/9/2011 | 26749 Synnex Corporation | | $17,278.03 | * |
| 6/16/2011 | 26776 Synnex Corporation | | $10,730.91 | * |
| 6/23/2011 | 26818 Synnex Corporation | | $7,881.69 | |
| 6/30/2011 | 26835 Synnex Corporation | | $7,134.08 | |
| 7/21/2011 | 26912 Synnex Corporation | | $5,583.77 | |
| | | | **$140,806.17** | |

| 4/20/2011 | 26490 Taylor Made | | $8,204.13 | X |
| 5/11/2011 | 26612 Taylor Made | | $4,774.50 | X |
| 6/23/2011 | 26819 Taylor Made | | $4,501.80 | |
| | | | **$17,480.43** | |

| 5/12/2011 | Var Resources Inc. | 783399 | $75.00 | |

| | | | | | |
|---|---|---|---|---|---|
| 6/15/2011 | | Var Resources Inc. | 178454781 | $8,153.03 | * |
| 6/16/2011 | | Var Resources Inc. | 178454781 | $7,389.85 | * |
| 7/15/2011 | | Var Resources Inc. | 795748 | $7,389.85 | |
| 7/15/2011 | | Var Resources Inc. | 179962196 | $8,036.46 | |
| | | | | **$31,044.19** | |
| | | | | | |
| 4/1/2011 | 26396 | Vcommerce | | $10,111.75 | X |
| 4/13/2011 | 26458 | Vcommerce | | $1,200.00 | X |
| 5/25/2011 | 26681 | Vcommerce | | $12,986.75 | * |
| 6/16/2011 | 26758 | Vcommerce | | $29,015.50 | * |
| 6/23/2011 | 26809 | Vcommerce | | $12,194.00 | |
| | | | | **$65,508.00** | |
| | | | | | |
| 4/1/2011 | 26398 | Wildman, Harrold, Allen & Dixon LLP | | $3,862.50 | X |
| 5/25/2011 | 26682 | Wildman, Harrold, Allen & Dixon LLP | | $6,186.64 | * |
| 6/23/2011 | 26811 | Wildman, Harrold, Allen & Dixon LLP | | $1,416.25 | |
| | | | | **$11,465.39** | |
| | | | | | |
| 4/8/2011 | 26439 | Wynit Inc. | | $22,444.71 | X |
| 4/20/2011 | 26491 | Wynit Inc. | | $5,991.22 | X |
| 4/27/2011 | 26542 | Wynit Inc. | | $7,189.26 | X |
| 5/11/2011 | 26613 | Wynit Inc. | | $15,982.17 | X |
| 5/18/2011 | 26657 | Wynit Inc. | | $3,984.51 | X |
| 5/25/2011 | 26699 | Wynit Inc. | | $7,975.39 | X |
| 5/31/2011 | 26717 | Wynit Inc. | | $20,072.86 | * |
| 6/30/2011 | 26836 | Wynit Inc. | | $1,443.41 | |
| 7/13/2011 | 26885 | Wynit Inc. | | $12,418.03 | |
| 7/21/2011 | 26913 | Wynit Inc. | | $12,954.17 | |
| | | | | **$110,455.73** | |
| | | | | | |
| 5/25/2011 | 26683 | Yahoo | | $5,827.61 | * |
| | | | | **$5,827.61** | |
| | | | | | |
| 4/1/2011 | 26399 | Yahoo / Overture Inc. | | $6,085.07 | X |
| 4/27/2011 | 26530 | Yahoo / Overture Inc. | | $5,919.83 | X |
| 6/30/2011 | 26861 | Yahoo / Overture Inc. | | $4,914.03 | |
| | | | | **$16,918.93** | |
| | | | | | |
| 4/1/2011 | 19193 | | 401k 04/01/11 | $12,628.03 | X |
| 4/15/2011 | 19270 | | 401k 04/15/11 | $11,221.43 | X |
| 4/29/2011 | 19368 | | 401k 04/29/11 | $11,260.95 | X |
| 5/13/2011 | 19436 | | 401k 05/13/11 | $7,258.31 | X |
| 5/27/2011 | 19487 | | 401k 05/27/11 | $6,401.88 | * |
| 6/10/2011 | 19574 | | 401k 06/10/11 | $6,509.46 | * |
| 6/24/2011 | 19647 | | 401k 06/24/11 | $6,951.50 | * |
| 7/8/2011 | 19790 | | 401k 07/08/11 | $6,869.25 | |
| 7/22/2011 | 19842 | | 401k 7/22/11 | $7,257.05 | |

$76,357.86

| | | | | |
|---|---|---|---|---|
| 4/1/2011 | 19192 | Direct Dep Acct Total | $76,458.20 | X |
| 4/15/2011 | 19269 | Direct Dep Acct Total | $63,969.96 | X |
| 4/29/2011 | 19367 | Direct Dep Acct Total | $66,048.00 | X |
| 5/13/2011 | 19435 | Direct Dep Acct Total | $70,827.02 | X |
| 5/27/2011 | 19486 | Direct Dep Acct Total | $70,466.85 | X |
| 6/10/2011 | 19573 | Direct Dep Acct Total | $72,352.14 | * |
| 6/24/2011 | 19646 | Direct Dep Acct Total | $79,441.17 | * |
| 7/8/2011 | 19788 | Direct Dep Acct Total | $70,449.00 | |
| 7/22/2011 | 19841 | Direct Dep Acct Total | $73,594.50 | |
| | | | $643,606.84 | |
| | | | | |
| 4/29/2011 | 19367 | Non-dir Dep A. Troung 8557 | $817.75 | X |
| 4/15/2011 | 19269 | Non-dir Dep Dany Soto 8539 | $1,032.02 | X |
| 4/1/2011 | 19192 | Non-dir Dep H Pfrunder 852 | $537.29 | X |
| 4/1/2011 | 19192 | Non-dir Dep N Perez 852097 | $961.84 | X |
| 4/15/2011 | 19269 | Non-dir Dep N Perez 853942 | $968.93 | X |
| 4/29/2011 | 19367 | Non-dir Dep N Perez 855739 | $933.51 | X |
| 5/27/2011 | 19486 | Non-dir Dep N Perez 859284 | $678.58 | X |
| 6/10/2011 | 19573 | Non-dir Dep N Perez 861249 | $872.59 | * |
| 6/24/2011 | 19646 | Non-dir Dep N Perez 862933 | $849.93 | * |
| 7/8/2011 | 19788 | Non-dir Dep N Perez 865035 | $912.26 | |
| 7/22/2011 | 19841 | Non-dir Dep N Perez 866771 | $878.26 | |
| 5/13/2011 | 19435 | Non-dir Dep N Perez 993820 | $953.33 | X |
| | | | $10,396.29 | |
| | | | | |
| 5/31/2011 | 19699 | reverse April 2011 held chec | $830,004.64 | * |
| 6/30/2011 | 19834 | reverse May 2011 held chec | $670,160.96 | * |
| | | | $1,500,165.60 | |
| | | | | |
| 4/1/2011 | 19192 | Tax Pay Account Total | $46,407.22 | X |
| 4/15/2011 | 19269 | Tax Pay Account Total | $31,432.84 | X |
| 4/29/2011 | 19367 | Tax Pay Account Total | $32,474.40 | X |
| 5/13/2011 | 19435 | Tax Pay Account Total | $33,477.00 | X |
| 5/27/2011 | 19486 | Tax Pay Account Total | $31,975.77 | X |
| 6/10/2011 | 19573 | Tax Pay Account Total | $33,533.66 | * |
| 6/24/2011 | 19646 | Tax Pay Account Total | $39,749.57 | * |
| 7/8/2011 | 19788 | Tax Pay Account Total | $30,806.18 | |
| 7/22/2011 | 19841 | Tax Pay Account Total | $31,873.11 | |
| | | | $311,729.75 | |
| | | | | |
| 4/1/2011 | 19192 | Workers Comp: MD, KS, CA | $524.53 | X |
| 4/15/2011 | 19269 | Workers Comp: MD, KS, CA | $406.06 | X |
| 4/29/2011 | 19367 | Workers Comp: MD, KS, CA | $421.27 | X |
| 5/13/2011 | 19435 | Workers Comp: MD, KS, CA | $426.76 | X |
| 5/27/2011 | 19486 | Workers Comp: MD, KS, CA | $414.01 | X |

| | | | | |
|---|---|---|---|---|
| 6/10/2011 | 19573 | Workers Comp: MD, KS, CA | $435.28 | * |
| 6/24/2011 | 19646 | Workers Comp: MD, KS, CA | $492.11 | * |
| 7/8/2011 | 19788 | Workers Comp: MD, KS, CA | $415.63 | |
| 7/22/2011 | 19841 | Workers Comp: MD, KS, CA | $437.72 | |

EXHIBIT 3(C)

**Register: 1012 · CNB Checking 402 141786**
**INSIDER PAYMENTS**
**From 07/01/2010 through 07/25/2011**

| Date | Number | Payee | Account | Memo | Payment | C | Deposit |
|---|---|---|---|---|---|---|---|
| 8/3/2010 | 25234 | Brysha, Andre | 2000 · Trade Accounts Payable | | 556.99 | X | |
| 12/6/2010 | 25823 | Brysha, Andre | 2000 · Trade Accounts Payable | | 737.98 | X | |
| 1/14/2011 | 26005 | Brysha, Andre | 2000 · Trade Accounts Payable | | 899.65 | X | |
| 2/10/2011 | 26137 | Brysha, Andre | 2000 · Trade Accounts Payable | | 370.92 | X | |
| 3/22/2011 | 26337 | Brysha, Andre | 2000 · Trade Accounts Payable | | 956.96 | X | |
| 5/11/2011 | 26587 | Brysha, Andre | 2000 · Trade Accounts Payable | | 336.97 | X | |
| 6/30/2011 | 26841 | Brysha, Andre | 2000 · Trade Accounts Payable | | 346.73 | | |
| 9/1/2010 | 25383 | Lerner, Fred H. | 2000 · Trade Accounts Payable | | 3,460.60 | X | |
| 11/2/2010 | 25716 | Lerner, Fred H. | 2000 · Trade Accounts Payable | | 2,129.04 | X | |
| 12/30/2010 | 25947 | Lerner, Fred H. | 2000 · Trade Accounts Payable | | 2,188.00 | X | |
| 2/10/2011 | 26141 | Lerner, Fred H. | 2000 · Trade Accounts Payable | | 3,892.71 | X | |
| 4/8/2011 | 26420 | Lerner, Fred H. | 2000 · Trade Accounts Payable | | 2,613.44 | X | |
| 6/9/2011 | 26731 | Lerner, Fred H. | 2000 · Trade Accounts Payable | | 2,843.86 | * | |
| 7/13/2011 | 26872 | Lerner, Fred H. | 2000 · Trade Accounts Payable | | 1,380.61 | | |
| 6/24/2011 | 26827 | Neamand, Scott | 2000 · Trade Accounts Payable | | 2,764.36 | * | |
| 6/28/2011 | 26828 | Neamand, Scott | 2000 · Trade Accounts Payable | | 8,715.93 | * | |
| 7/1/2010 | 0 | Ritz Camera and Image, LLC | 2000 · Trade Accounts Payable | | 420,348.77 | X | |
| 7/12/2010 | 0 | Ritz Camera and Image, LLC | 2000 · Trade Accounts Payable | | 216,701.30 | X | |
| 7/16/2010 | 0 | Ritz Camera and Image, LLC | 2000 · Trade Accounts Payable | | 186,802.26 | X | |
| 7/23/2010 | 0 | Ritz Camera and Image, LLC | 2000 · Trade Accounts Payable | | 290,895.70 | X | |
| 8/2/2010 | 0 | Ritz Camera and Image, LLC | 2000 · Trade Accounts Payable | | 235,774.92 | X | |
| 8/16/2010 | 0 | Ritz Camera and Image, LLC | 2000 · Trade Accounts Payable | | 209,092.00 | X | |
| 8/24/2010 | 0 | Ritz Camera and Image, LLC | 2000 · Trade Accounts Payable | | 146,971.76 | X | |
| 8/31/2010 | 0 | Ritz Camera and Image, LLC | 2000 · Trade Accounts Payable | | 150,000.00 | X | |
| 9/2/2010 | 0 | Ritz Camera and Image, LLC | 2000 · Trade Accounts Payable | | 148,451.53 | X | |
| 9/7/2010 | 0 | Ritz Camera and Image, LLC | 2000 · Trade Accounts Payable | | 100,000.00 | X | |
| 9/16/2010 | 0 | Ritz Camera and Image, LLC | 2000 · Trade Accounts Payable | | 258,372.17 | X | |
| 9/22/2010 | 25501 | Ritz Camera and Image, LLC | 2000 · Trade Accounts Payable | | 2,022.94 | X | |
| 9/27/2010 | 0 | Ritz Camera and Image, LLC | 2000 · Trade Accounts Payable | | 378,300.11 | X | |

| Date | Num | Name | Account | Memo | Amount |
|---|---|---|---|---|---|
| 10/8/2010 |  | Ritz Camera and Image, LLC | 2000 · Trade Accounts Payable | WIRE | 150,000.00 X |
| 10/11/2010 | 0 | Ritz Camera and Image, LLC | 2000 · Trade Accounts Payable |  | 226,571.97 X |
| 10/18/2010 | 0 | Ritz Camera and Image, LLC | 2000 · Trade Accounts Payable |  | 82,993.04 X |
| 10/18/2010 | 0 | Ritz Camera and Image, LLC | 2000 · Trade Accounts Payable |  | 787.96 X |
| 10/19/2010 | 25632 | Ritz Camera and Image, LLC | 2000 · Trade Accounts Payable |  | 60,197.73 X |
| 10/25/2010 | 0 | Ritz Camera and Image, LLC | 2000 · Trade Accounts Payable |  | 194,695.08 X |
| 11/2/2010 | 0 | Ritz Camera and Image, LLC | 2000 · Trade Accounts Payable |  | 82,124.74 X |
| 11/18/2010 | 0 | Ritz Camera and Image, LLC | 2000 · Trade Accounts Payable |  | 191,876.16 X |
| 12/6/2010 | 0 | Ritz Camera and Image, LLC | 2000 · Trade Accounts Payable |  | 568,769.44 X |
| 12/13/2010 | 0 | Ritz Camera and Image, LLC | 2000 · Trade Accounts Payable |  | 511,104.87 X |
| 12/20/2010 | 0 | Ritz Camera and Image, LLC | 2000 · Trade Accounts Payable |  | 496,167.90 X |
| 12/27/2010 | 0 | Ritz Camera and Image, LLC | 2000 · Trade Accounts Payable |  | 75,000.00 X |
| 1/3/2011 | 0 | Ritz Camera and Image, LLC | 2000 · Trade Accounts Payable | WIRE | 85,255.03 X |
| 1/12/2011 | 0 | Ritz Camera and Image, LLC | 2000 · Trade Accounts Payable |  | 108,640.18 X |
| 1/12/2011 | 0 | Ritz Camera and Image, LLC | 2000 · Trade Accounts Payable |  | 131,907.50 X |
| 1/20/2011 | 0 | Ritz Camera and Image, LLC | 2000 · Trade Accounts Payable |  | 46,248.00 X |
| 1/25/2011 | 26069 | Ritz Camera and Image, LLC | 2000 · Trade Accounts Payable |  | 20,000.00 X |
| 1/26/2011 | 0 | Ritz Camera and Image, LLC | 2000 · Trade Accounts Payable |  | 76,176.22 X |
| 1/27/2011 | 0 | Ritz Camera and Image, LLC | 2000 · Trade Accounts Payable |  | 44,134.53 X |
| 1/27/2011 | 26071 | Ritz Camera and Image, LLC | 2000 · Trade Accounts Payable |  | 36,938.45 X |
| 1/27/2011 | 26072 | Ritz Camera and Image, LLC | 2000 · Trade Accounts Payable |  | 28,671.29 X |
| 2/1/2011 | 26098 | Ritz Camera and Image, LLC | 2000 · Trade Accounts Payable | RCI SOURCED SALES 1/24-1/30 | 138,107.17 X |
| 2/7/2011 | 26130 | Ritz Camera and Image, LLC | 2000 · Trade Accounts Payable | 1/30 | 1,924.66 X |
| 2/9/2011 | 26131 | Ritz Camera and Image, LLC | 2000 · Trade Accounts Payable | RCI SOURCED SALES 1/31/11 | 26,978.00 X |
| 2/15/2011 | 26168 | Ritz Camera and Image, LLC | 2000 · Trade Accounts Payable | RCI SOURCED SALES 2/7-2/13 |  |
| 2/24/2011 | 26223 | Ritz Camera and Image, LLC | 2000 · Trade Accounts Payable | RCI SOURCED |  |
| 2/25/2011 | 0 | Ritz Camera and Image, LLC | 2000 · Trade Accounts Payable |  |  |
| 3/10/2011 | 26295 | Ritz Camera and Image, LLC | 2000 · Trade Accounts Payable | RCI SOURCED SALES 2/14-3/6 | 286,858.86 X |

| Date | Num / Payee | Account | Memo | Amount |
|---|---|---|---|---|
| 3/16/2011 | 26298 Ritz Camera and Image, LLC | 2000 · Trade Accounts Payable | RCI SOURCED SALES 3/7-3/13 | 167,988.75 X |
| 3/22/2011 | 26353 Ritz Camera and Image, LLC | 2000 · Trade Accounts Payable | RCI SOURCED SALES 3/14- 3/21 | 118,520.05 X |
| 3/28/2011 | 0 Ritz Camera and Image, LLC | 2000 · Trade Accounts Payable | | 19,270.00 X |
| 4/1/2011 | 26411 Ritz Camera and Image, LLC | 2000 · Trade Accounts Payable | RCI SOURCED SALES 3/21- 3/27 | 87,487.24 X |
| 4/6/2011 | 26413 Ritz Camera and Image, LLC | 2000 · Trade Accounts Payable | RCI SOURCED SALES 3/28-4/3 | 39,429.66 X |
| 4/13/2011 | 26472 Ritz Camera and Image, LLC | 2000 · Trade Accounts Payable | RCI SOURCED SALES 4/4-4/10 | 93,312.53 X |
| 4/20/2011 | 26500 Ritz Camera and Image, LLC | 2000 · Trade Accounts Payable | VOID: RCI SOURCED SALES 4/11- 4/17 | |
| 4/27/2011 | 26543 Ritz Camera and Image, LLC | 2000 · Trade Accounts Payable | RCI SOURCED SALES 4/18- 4/22 | 201,186.00 X |
| 4/27/2011 | 26544 Ritz Camera and Image, LLC | 2000 · Trade Accounts Payable | | 97,272.08 X |
| 5/2/2011 | 0 Ritz Camera and Image, LLC | 2000 · Trade Accounts Payable | | 9,635.00 X |
| 5/4/2011 | 26578 Ritz Camera and Image, LLC | 2000 · Trade Accounts Payable | | 221,274.17 * |
| 5/11/2011 | 26615 Ritz Camera and Image, LLC | 2000 · Trade Accounts Payable | | 67,758.63 * |
| 5/18/2011 | 26617 Ritz Camera and Image, LLC | 2000 · Trade Accounts Payable | | 101,464.39 * |
| 5/25/2011 | 26658 Ritz Camera and Image, LLC | 2000 · Trade Accounts Payable | | 167,977.27 |
| 5/31/2011 | 26700 Ritz Camera and Image, LLC | 2000 · Trade Accounts Payable | | 80,771.71 |
| 6/9/2011 | 26719 Ritz Camera and Image, LLC | 2000 · Trade Accounts Payable | | 69,462.64 |
| 6/23/2011 | 26821 Ritz Camera and Image, LLC | 2000 · Trade Accounts Payable | | 124,405.02 |
| 6/23/2011 | 26822 Ritz Camera and Image, LLC | 2000 · Trade Accounts Payable | | 189,923.01 |
| 7/19/2010 | 25158 ShopAtShark.com | 2000 · Trade Accounts Payable | | 6,202.01 X |
| 8/17/2010 | 25309 ShopAtShark.com | 2000 · Trade Accounts Payable | | 5,575.16 X |

| Date | Invoice | Account | Amount |
|---|---|---|---|
| 9/14/2010 | 25453 ShopAtShark.com | 2000 · Trade Accounts Payable | 6,761.01 X |
| 10/13/2010 | 25599 ShopAtShark.com | 2000 · Trade Accounts Payable | 3,367.32 X |
| 11/9/2010 | 25751 ShopAtShark.com | 2000 · Trade Accounts Payable | 3,124.04 X |
| 12/14/2010 | 25885 ShopAtShark.com | 2000 · Trade Accounts Payable | 5,893.07 X |
| 1/21/2011 | 26060 ShopAtShark.com | 2000 · Trade Accounts Payable | 7,124.92 X |
| 2/10/2011 | 26147 ShopAtShark.com | 2000 · Trade Accounts Payable | 3,371.05 X |
| 3/22/2011 | 26350 ShopAtShark.com | 2000 · Trade Accounts Payable | 4,812.06 X |
| 4/13/2011 | 26454 ShopAtShark.com | 2000 · Trade Accounts Payable | 6,561.04 X |
| 5/18/2011 | 26634 ShopAtShark.com | 2000 · Trade Accounts Payable | 6,837.41 * |
| 6/16/2011 | 26756 ShopAtShark.com | 2000 · Trade Accounts Payable | 7,825.07 |
| 7/21/2011 | 26898 ShopAtShark.com | 2000 · Trade Accounts Payable | 8,090.25 |

Ex. 4    Suits and administrative proceedings, executions, garnishments and attachments

| Caption of Suit and case number | Nature of Proceeding | Court or Agency | Status or disposition |
|---|---|---|---|
| Flashpoint Technology v. Aipteck, Inc., et al. (C.A. No. 08-139-GMS) | Patent Infringement | USDC – Delaware | Pending |
| State of Illinois v. Ritz Camera, Inc., et al. (02-L-869) | False claims Act Complaint | Circuit Court of Cook County, Illinois | Pending |
| Charles E. Hill v. 1-800 Flowers.com, Inc., et al., (2-11-cv-174) | Patent Infringement | USDC Eastern District of Texas | Pending |
| Ritz Interactive, Inc., Hearing number (100,517) | Tax issue | State Office of Administrative Hearings (Texas) | Pending |

Ex. 9    Payments related to debt counseling or bankruptcy

| NAME AND ADDRESS | DATE OF PAYMENT | AMOUNT OF MONEY OR DESCRIPTION OF VALUE |
|---|---|---|
| Peitzman Weg & Kempinsky, LLP<br>2029 Century Park East, Ste. 3100<br>Los Angeles, CA 90067 | July 18, 2011<br>August 11, 2011 | $25,000.00<br>$75,000.00 |
| Morris, Nichols, Arsht & Tunnel, LLP<br>1201 N. Market St., Ste 1201<br>Wilmington, DE 19801 | July 6, 2011 | $25,000.00 |
| Ervin, Cohen & Jessup<br>9401 Wilshire Blvd., 9th Fl.<br>Beverly Hills, CA 90212 | November 2, 2010<br>November 10, 2010 | $10,430.55<br>$1,824.23 |

Ex. 13   Setoffs

Debtor is entitled to certain promotional credits for the sale of Nikon products which debtor sources through two distributors, RCI and Almo.  Nikon remits the Debtor promotional credits to RCI and Almo who in turn use the amount of the credits to offset amounts owed by Debtor  to RCI.

Almo
Box 510783
Philadelphia, PA 19175-0783

Almo – Nikon Promo Credits Received via Almo in the last 90 days

| May-11 | $21,974.00 |
| Jun-11 | $126,907.50 |
| Jul-11 | $121,366.86 |
| | $270,248.36 |

Ritz Camera & Image LLC
6711 Ritz Way
Beltsville, MD 20705

RCI – Nikon, Sony & Olympus Promo Credits received in last 90 days:

| May-11 | $48,717.50 |
| Jun-11 | $1,040.00 |
| Jul-11 | $53,907.50 |
| | $103,665.00 |

Ex. 18   Nature, location and name of business

Debtor invested $2,000,000 in RCI Acquisition, LLC which later changed its name to Ritz Camera &
Image, LLC ("RCI").  On 4/29/2010, RCI bought back $1,500,000 leaving Debtor  with an investment of
$500,000.  RII currently owns 3.79% of RCI.

| Name | Address | Dates |
|---|---|---|
| Ritz Camera & Image LLC | 6711 Ritz Way | 7/23/09 |
| | Beltsville, MD 20705 | 4/29/10 |

Ex. 19(a)          Books Records and Financial Statements

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| Jerry DeCiccio, VP & Controller | 2010 Main Street, #550 Irvine, CA | Past two years |
| Scott Neamand, EVP & CFO | 2010 Main Street, #550 Irvine, CA | Past two years |
| Windy Lee, Accounting Supervisor | 2010 Main Street, #550 Irvine, CA | Past two years |
| Christina Lorton, Accounts Payable Supervisor | 2010 Main Street, #550 Irvine, CA | Past two years |
| Sue Goldsmith Executive Admin and HR | 2010 Main Street, #550 Irvine, CA | Past two years |

Ex. 19 (d)        Companies to which financial statements were issued.

| NAME | ADDRESS | DATE ISSUED |
|---|---|---|
| Almo Corporation | PO Box 510783<br>Philadelphia, PA  19175-0783 | 11/2/10 |
| D&H | 2525 N. Seventh St.<br>Harrisburg, PA  17110-0967 | 4/11/11 |
| Grant Thornton | 18400 Von Karman Ave., #900<br>Irvine, CA 92612 | 6/30/11 |
| IBM | PO box 643600<br>Pittsburgh, PA 15264-3600 | 2/10 |
| Ingram Micro | PO Box 90350<br>Chicago, IL 60696-0350 | 12/9/10 |
| Kingston | 17600 Newhope St.<br>Fountain Valley, CA 92708 | 4/11 |
| Navarrre Corp. | NW-8510<br>PO Box 1450<br>Minneapolis, MN 55485-8510 | 11/9/10 |
| Nikon | 1300 Walt Whitman Rd.<br>Melville, NY 11747-3064 | 12/09 |
| Petra Industries | PO Box 960130<br>Oklahoma City, OK 73196-0130 | 8/09 |
| Synnex | 39 Pelham Ridge Dr.<br>Greensville, SC 29615 | 4/21/11 |
| Ritz Camera & Image | 6711 Ritz Way<br>Beltsville, MD 20705 | 6/28/10 |
| Tech Data | 5350 Tech Data Drive<br>Clearwater, FL 33760 | 1/20/11 |
| Time Warner/AOL | One Time Warner Center<br>New York, NY 10019 | 8/12/11 |
| Transcom Capital | 12300 Wilshire Blvd., Suite 405<br>Los Angeles, CA 90025 | 8/10/11 |
| VAR Resources | 2330 Interstate 30<br>Mesquite, TX 75150 | 4/21/11 |
| VRA Partners | 3630 Peachtree RD NE<br>Suite 1000<br>Atlanta, GA 30326 | 6/10/11 |
| Woodruff Sawyer | 220 Bush St., 7th Fl.<br>San Francisco, CA 94104 | 8/2/11 |

Ex. 21(b)        Current Partners, Officers and Directors and Shareholders

| Name and Address | Title | Nature and Percentage of Stock Ownership |
|---|---|---|
| David Ritz | Chairman of the Board/Director | 18.55% |
| Fred Lerner | President and CEO/Director | 18.19% |
| Scott Neamand | Executive V.P. and CFO/Officer | - |
| Andre Brysha | Sr. V.P. and CMO/Officer | 2.14% |
| Steve LaMastra | Director | - |

Ex. 22 (d)          Former partners, officers and directors

| Name and Address | Title | Nature and Percentage of Stock Ownership |
|---|---|---|
| Wade Mayberry | Director | 14.44% |
| Ted McGrath | Director | - |
| James Joaquin | Director | - |
| Gary Kramer | Director | 0.23% |
| Oscar B. Marx, III | Director | - |
| William Roskin | Director | - |
| Gregory Norman | Director | - |
| Peter Tahmin | Officer | 3.21% |

Form B203 - Disclosure of Compensation of Attorney for Debtor - (1/88)                    1998 USBC, Central District of California

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| In re  RITZ INTERACTIVE, INC. | Case No.: |
|---|---|
| | **DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR** |
| Debtor. | |

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follow:

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  $ N/A

Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  $ 118,200.00

Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  $ 0

2.  The source of the compensation paid to me was:

    ☒ Debtor        ☐ Other *(specify)*

3.  The source of compensation to be paid to me is:

    ☒ Debtor        ☐ Other *(specify)*

4.  ☒  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e.  [Other provisions as needed].

**Form B203 Page Two - Disclosure of Compensation of Attorney for Debtor (1/88)**                              **1998 USBC, Central District of California**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services

---

<div style="border:1px solid black">

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.


August 19, 2011 _____              /s/ Scott F. Gautier _____
*Date*                                         *Signature of Attorney*


                                               Peitzman, Weg & Kempinsky LLP _____
                                               *Name of Law Firm*

</div>

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-1(d)

Name    Scott F. Gautier

Address    2029 Century Park East, Suite 3100, Los Angeles, CA  90067

Telephone    310-552-3100

☑ Attorney for Debtor(s)
☐ Debtor in Pro Per

---

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| List all names including trade names used by Debtor(s) within last 8 years:<br><br>RITZ INTERACTIVE, INC.<br>Trade Name: Photo.com, Inc. | Case No.: |
|---|---|
| | Chapter: 11 |
| | |

---

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __41__ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-1(d) and I/we assume all responsibility for errors and omissions.

Date:    August 19, 2011

_____
*Debtor*

/s/ Scott F. Gautier
_____
*Attorney (if applicable)*

_____
*Joint Debtor*

Ritz Interactive Inc
2010 Main Street Ste 550
Irvine, CA 92614


Scott F Gautier
Peitzman Weg and Kempinsky LLP
2029 Century Park East Ste 3100
Los Angeles, CA 90067


United States Trustee
411 West Fourth Street Suite 9041
Santa Ana, CA 92701-4593

At once
PO Box 3603
Omaha, NE  68103-0603


A3Net Servers Inc
3731 E La Salle St
Phoenix, AZ  85040


AAFES
FA C GA CentricMall Concessions
PO Box 660792
Dallas, TX  75266-0792


AAQHC
23251 Mulholland Drive
Woodland Hills, CA  91364


Absolute Communication
10682 Trask Ave
Garden Grove, CA  92843


Accertify
1075 W Hawthorn Dr
Itasca, IL  60173


Advertisingcom
24143 Network Place
Chicago, IL  60673-1241


Aetna
PO Box 894938
Los Angeles, CA  90189-4938

Almo Corporation
Box 510783
Philadelphia, PA  19175-0783


American Boating Assoc
PO Box 690
New Market, MD  21774


American Express
Attn Brian MacDonald
1 Night Star
Irvine, CA 92603


American Specialty Health Plans
of CA
PO Box 51751
Los Angeles, CA  90051-6051


AT T AZ
PO Box 78045
Phoenix, AZ  85062-8045


AT T Data
P O Box 13128
Newark, NJ  07101-5628


AT T TeleConference Services
PO Box 2840
Omaha, NE  68103-2840


BDI Laguna
PO Box 100429
Atlanta, GA  30384-0429

Bill Me Later
9690 Deereco Road Suite 705
Timonium, MD  21093


Board of Equalization
PO Box 942879
Sacramento, CA  94279-0001


Brown Vance
25151 Darlington
Mission Viejo, CA  92692


Brysha Andre
2010 Main Street 400
Irvine, CA  92614


Bureau of Electronic Appl Repair
Service Contract Seller
PO Box 942512
West Sacramento, CA  94258-0512


Cardinal Commerce
6119 Heisley Road
Mentor, OH  44060


Carmack Insurance
4000 Westerly Place Suite 200
Newport Beach, CA  92660

Channel Intelligence
PO Box 534351
Atlanta, GA  30353-4351


Channeladvisor
75 Remittance Dr
Suite 6589
Chicago, IL  60675-6589


Charles Kane and Dye LLP
1920 Main Street Unit 1070
Irvine, CA  92614-7212


Chase MasterCard
PO Box 94014
Palatine, IL  60094-4014


Cingular Wireless
PO Box 60017
Los Angeles, CA  90060-0017


Citi AAdvantage World MasterCard
PO Box 6409
The Lakes, NV  88901-6409


City of Irvine


CK Media LLC
PO Box 29661 2038
Phoenix, AZ  85038-2038

CM Systems
1533 New Britain Avenue
Farmington, CT  06032


Commercial Ware
1800 West Park Dr
Westborough, MA  01581


Commission Junction
774140
4140 Solutions Center
Chicago, IL  60677-4001


Commonwealth of Virginia
Dept of Taxation
PO Box 1777
Richmond, VA  23218-1777


Comodo CA Ltd
525 Washington Blvd Suite 1400
Jersey City, NJ  07310


Consumer Reports
PO Box 2105
Harlan, IA  51593-0294


Con Way Freight
PO Box 5160
Portland, OR  97208-5160


Cookingcom Inc
4086 Del Ray Avenue
Marina Del Ray, CA 90292-5602

Cor O Van
Secure Destruction Inc
Department 6137
Los Angeles, CA  90084-6137


Costco
6881 8th Street
Buena Park, CA  90620


Creative Crafts Group
PO Box 29661 2038
Phoenix, AZ  85038-2038


Criteo Corp
411 High Street
Palo Alto, CA  94301


CSC Corporate Domains
2711 Centerville Road
Suite 400
Wilmington, DE  19808


Customer Focus
137 North Larchmont Unit 431
Los Angeles, CA  90004


CWR Electronics Corporation
18 Butler Avenue
Bayville, NJ  08721


Cyber Source
File 74009
PO Box 60000
San Francisco, CA  94160

D and H Distributing Co
PO Box 56731
Los Angeles, CA  90074


Dataskill
12520 High Bluff  Unit 300
San Diego, CA  92130


DBL Distributing Inc
15206 Collections Center Dr
Chicago, IL  60693


Delaware Secretary of State
Divisions of Corporations
PO Box 74072
Baltimore, MD  21274-4072


Ditto Sarah
2834 South Haven Road
Annapolis, MD  21401


Dynamic Network Services Inc
150 Dow Street
Tower Two
Manchester, NH  03101


E4X Inc
55 West 39th Street 18th Flr
New York, NY  10018


eBay Inc
PO Box 5819
San Jose, CA  95150

Ekaria LLP
4038 148th Avenue NE
Redmond, WA  98052


Encore Repair Services Inc
PO Box 95199
Palatine, IL  60095-0199


Endeca
PO Box 200445
Pittsburgh, PA  15251-0445


Ervin Cohen and Jessup LLP
9401 Wilshire Blvd Ninth Floor
Beverly Hills, CA  90212-2974


ESI
E and S International
PO Box 643830
Cincinatti, OH  45264-3830


Etilize Inc
File 50928
Los Angeles, CA  90074-0928


Euler Hermes ACI
800 Red Brook Blvd
Owings Mills, MD  21117-1008


Facilities Planning Inc
2151 Michelson Dr Suite 140
Irvine, CA  92612

Federal Express
PO Box 371599
Pittsburgh, PA  15250-7599


FedEx
PO Box 7221
Pasadena, CA  91109-7321


Fedex Cargo Claims
PO Box 256
Pittsburg, PA  15230


Fisheries Supply Inc
1900 N Northlake Way Unit 10
Seattle, WA  98103


Fishnet Security Inc
3701 Solutions Center
Chicago, IL  60677-3007


Franchise Tax Board
PO Box 942857
Sacramento, CA  94257-0531


Gold Coast Video Inc
7657 Winnetka Ave Unit 700
Canoga Park, CA  91306


Goldsmith Sue
2010 Main Street Suite 570
Irvine, CA  92614

Gomez Inc
10 Maguire Road
Building 3 Suite 330
Lexington, MA  02421


Google
Dept 33654
PO Box 39000
San Francisco, CA  94139-3181


Grant Thornton LLP
PO Box 51552
Los Angeles, CA  90051-5852


Hansen Wholesale
11132 Winners Circle Ste 100
Los Alamitos, CA  90720


Harper Mike
1237 Howbert Ave
Roanoke, VA  24015


HireRight
PO Box 51231
Los Angeles, CA  90051-5531


HR Advisors
25411  Cabot Road Suite 212
Laguna Hills, CA  92653


Ingram Micro Inc
PO Box 90350
Chicago, IL  60696-0350

International Photographic Council
Attention James Chung
1116 Warburton Ave Unit 4Q
Greystone, NY  10701


John Segall
12001 Ridge Valley Drive
Owings Mills, MD   21117


Kansas Department of Revenue
915 SW Harrison St
Topeka, KS  66625-5000


Ken Rockwell Inc
7149 Aviara Drive
Carlsbad, CA  92011-4901


Kluz, Daniel
2010 West Ave K Unit 502
Lancaster, CA  93536


Lathem Time Corporation
200 Selig Drive S W
Atlanta, GA  30336


Leader Office Solutions
9088 Rosecrans Ave
Bellflower, CA  90706


Lee Windy
2010 Main St Unit 400
Irvine, CA  92614

Lerner Fred H
2010 Main Street Suite 400
Irvine CA  92614


Leverrett Missy
8142 Jade Crossing
Pasadena, MD  21122


Lynn Vick Products
1320 North Red Gum Street
Anaheim, CA  92806


M Rothman and Co Inc
PO Box 15282
Newark, NJ  07192-5282


Maguire Properties
MP 2010 Main Plaza LLC
PO Box 515161
Los Angeles, CA  90051-5161


Marketwire Inc
Dept 8025
Los Angeles, CA  90084-8025


McAfee Inc
Lock Box 6052
6052 Pay Sphere Circle
Chicago, IL  60674-6052


Melton Tackle
1375 S State College Blvd
Anaheim, CA  92806

MERIT USA
Lasley Marlene J
620 Clark Avenue
Pittsburg, CA  94565


Mesa Safe Company
337 West Freedom Ave
Orange, CA  92865


Microsoft
PO Box 847543
Dallas, TX  75284-7543


Microsoft Corporation
Microsoft MAPS
PO Box 100174
Pasadena, CA  91189


Microsoft MAPS
PO Box 100174
Pasadena, CA  91189


Mixed Greens
27611 Calle Arroyo
San Juan Capistrano, CA  92675


MTM Technologies
PO Box 27986
New York, NY  10087-7986


MyBuys Inc
Attn Accounting Dept
One Lagoon Drive Unit 120
Redwood City, CA  94069

NEWCustomer Service Co Inc
22660 Executive Drive Suite 122
Sterling, VA  20166


Navarre Corporation
NW 8510
PO Box 1450
Minneapolis, MN  55485-8510


Neamand Scott
5 Edendale St
Ladera Ranch, CA  92694


NeuStar Ultra Services
Bank of America
PO Box 277833
Atlanta, GA  30353-7833


New Age Electronics Inc
LOCK BOX 8755
Los Angeles, CA  90084


Northern Wholesale Supply
6800 Otter Lake Road
Lino Lakes, MN  55038


Notions Marketing Corporation
1500 Buchanan SW
Grand Rapids, MI  49507


OCTANE 360
1845 South Elena Ave 4th Floor
Redondo Beach, CA  90277

Optimum Fulfillment
4201 MBL Drive
Ottawa, IL  61350


Oracle
CH 10843
Palatine, IL  60055-0843


Orange Count Tax Collector
PO Box 1982
Santa Ana, CA  92702


Orange County Sheriff
Civil Office
909 N Main St Suite 2
Santa Ana, CA  92701


Pacific Care
Dept No 1581
Los Angeles, CA  90088-1581


Parcel Insurance Plan
PO Box 66708
St Louis, MO  63166-6708


Parking Concepts Inc
SRININE MAIN PLAZA
1970 Main St Suite B
Irvine, CA  92614


Passport Unlimited Inc
Attention Danielle
801 Kirkland Ave Unit 200
Kirkland, WA  98033

Petra Industries Inc
PO BOX 960130
Oklahoma City, OK  73196-0130


PLIC Principal Financial Group
PO Box 10372
Des Moines, IA  50306-0372


PMA
3000 Picture Place
Jackson, MI  49201


Portable USA
25 South Street
Hopkinton, MA  01748


Power Reviews
Attn Accounts Receivable
22 4th Street 6th Floor
San Francisco, CA  94103


PriceGrabbercom
Attn A R Dept
5150 Goldleaf Circle
Los Angeles, CA  90056


Prince Georges County
PO Box 17578
Baltimore, MD  21297-1578


Professional Staffing Resources
PO Box 910569
San Diego, CA  92191-0569

Pronto
Bank of America Lockbox Services
62195 Collections Center Drive
Chicago, IL  60693-5805


Ritz Camera and Image LLC
6711 Ritz Way
Beltsville, MD  20705


Ryan Tax Compliance LLC
13155 Noel Road
Suite 100
Dallas, TX  75240


Saul Ewing
500 East Pratt Street
Baltimore, MD  21202-3133


SBC-California
Payment Center
SAC, CA  95887-0001


Scott, Douglas and McConnico LLP
600 Congress Avenue 15th Floor
Austin, TX  78701-2589


Seawide Marine Distribution
Accounts Receivable
41698 Eastman Drive
Murrieta, CA  92562


Secretary of State
PO Box 944230
Sacremento, CA  94244-2300

SED International Inc
4916 N Royal Atlanta Drive
PO Box 105044
Tucker, GA  30085-5044


ShopAtSharkcom
2041 Vista Parkway Level 2
West Palm Beach, FL  33401


ShopLocal LLC
3512 Paysphere Circle
Chicago, IL  60674


Shoppingcom
Dept9354
Los Angeles, CA  90084-9354


Shorenstein
SRI Nine Main Plaza LLC
File 749176
Los Angeles, CA  90074-9176


Simplicato
148 West 37th Street
Floor 12
New York, NY  10018


Soda Club USA Inc
One Mall Drive Suite 905
Cherry Hill, NJ  08002


Spectrum Settlement Recovery
PO Box 480
San Francisco, CA  94104

Sportsman Supply
6 Bolte Lane
St Clair, MO  63077


State of Maryland
Dept of Assessments and Taxation
Personal Property Division
Baltimore, MD  21201-2395


State of North Carolina EProc
PO Box 752167
Charlotte, NC  28275-2167


Synnex Corporation
File  30110
PO Box 60000
San Francisco, CA  94160


Tahmin Peter
9452 Coastland Drive
Huntington Beach, CA  92646


Targus Information Corp
PO Box 9134
Uniondale, NY  11555-9134


Taylor Made
Aftermarket Division
PO Box 847128
Boston, MA  02284-7128


Ted E McGrath Jr
12 Greenwood CT
Briarcliff Manor, NY  10510

TeleCheck Service Inc
PO Box 60028
City of Industry, CA  91716-0028


Time Warner
One Time Warner Center
New York, NY  10019


Time Warner Telecom
PO Box 172567
Denver, CO  80217-2567


T Mobile
PO BOX 51843
Los Angeles, CA  90051-6143


Trace 3
6400 Oak Canyon Rd Ste 100
Irvine, CA  92618


Transmedia Payment Services
PO Box 110918
Brooklyn, NY  11211


United HealthCare
Dept CH 10151
600550151C0009
Palatine, IL  60055-0151


Unum
Company of America
PO Box 406990
Atlanta, GA  30384-6990

UPS Mail Innovations
UPS SCS Dallas
PO Box 730900
Dallas, TX  75373-0900


US Postal Service
17192 Murphy Ave
Irvine, CA  92623-9998


USPS Topeka KS
220 NW Lyman
Topeka, KS  66608


ValueClick
Dept 9725
Los Angeles, CA  90084-9725


Vcommerce
PO Box 534778
Atlanta, GA  30353-4778


Vertical Web Media
300 South Wacker Dr Unit 602
Chicago, IL  60606


Vid
1750 Dunston Road
Annapolis, MD  21401


Vision and Wireless Sount
3413 Bergenline Avenue
Union City, NJ  07087

Wadds Elissa C
Aeratus Financial Services
PO Box 401
Sandpoint, ID  83864


Water Techniques
2915 Daimler Street
Santa Ana, CA  92705


Wildman Harrold Allen and Dixon LLP
225 West Wacker Drive
Chicago, IL  60606-1229


Wise
5828 Shelby Oaks Drive
Memphis TN  38134


Woodruff Sawyer and Co
PO Box 45057
San Francisco, CA  94145-9950


Wynit Inc
PO Box 711719
Cincinnati, OH  45271-1719


Yahoo
Accounts Receivable
PO Box 3003
Carol Stream, IL  60132-3003


YRC Inc
PO Box 100129
Pasadena, CA  91189-0129

Andre Brysha
120 Vista Trieste
Newport Beach, CA 92663


Andrew Troung
151 Monte Vista
Irvine, CA 92602


Beth Beligan Garcia
253 17th St Unit B
Seal Beach, CA 90740


Christina Lorton
9675 Garden Grove Unit 5
Garden Grove, CA 92844


Colleen Smith
1500 Valencia
Newport Beach, CA


Daniel Huu Nguyen
16108 Mesquite Cir
Fountain Valley, CA 92708


Daniel Soto
679 Center St Unit 2
Costa Mesa, CA 92627


Debbie Whitecotton
355 Avocado St G1
Costa Mesa, CA 92627

Deborah Litsinger
132 Hidden Hills
Odenton, MD 21113


Elyas Peshtaz
56 Via Esperanza
RSM, CA 92688


Fred H Lerner
3311 Easter Cir
Huntington Beach, CA 92649


Gerald DeCiccio
26731 Anadale Dr
Laguna Hills, CA 92653


Gerald Taylor
3603 Ladrillo Aisle
Irvine, CA 92606


H Lamar Stamm
929 Helena Cir
Costa Mesa, CA 92626


Hai Le
8 Regalo Dr
Mission Viejo, CA 92692


Heather Jones
11739 Centralia St
Lakewood, CA 90715

Heather Pfrunder
3662 Garden Court Unit 103
Chino Hills, CA 91709


James Chang
23592 Windsong Unit 40H
Alisa Viejo, CA 92656


Joseph L Nardolilli
4230 E Ransom St
Long Beach, CA 90804


Mark Remington
13712 Rushmore Lane
Santa Ana, CA 92705


Misty Avalos
PO Box 481
Orange, CA 92856


Nancy Perez Bernal
853 Center St Apt 15
Costa Mesa, CA 92627


Nathan Ortega
3113 SW Stone Ave
Topeka, KS 66614


Nhan Cao
15952 Topaz St
Westminster CA 92683

Pamela Waldrop
525 Fairfax Dr
Costa Mesa, CA 92627


Paul M Chiland
1875 Mintwood Pl NW Apt 22
Washington, DC 20009


Randy Lee
1 Primavera
Irvine, CA 92614


Sarah Ditto
2834 S Haven Rd
Annapolis, MD 21401


Scott Stevenson
15777 Silverpointe
Chino Hills, CA 91709


Susan L Goldsmith
11961 Kensington
Rossmoor, CA 90720


Vance L Brown
25151 Darlington
Mission Viejo, CA 92692


Windy Lee
8 Del Ventura
Irvine, CA 92606

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Securities Exchange Commission
5670 Wilshire Blvd 11th Fl
Los Angeles, CA 90036


Employment Development Dept
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001


Franchise Tax Board Chief Counsel
General counsel Section
PO Box 1720 MS A 260
Rancho Cordova, CA 95741-1720


Franchise Tax Board
Bankruptcy Section MS A340
PO Box 2952
Sacramento, CA 95812-2952


Become
640 W California Ave
Sunnyvale, CA 94086


Buycom
85 Enterprise Ste 100
Aliso Viejo, CA 92656

CA Recycle Tax
State Board of Equalization
PO  Box 942879
Sacramento, CA 94279-0001


Cell Business Equipment
4 Mason Unit A
Irvine, CA 92618


CNB
18111 Von Karman Ave Ste 120
Irvine, CA 92612


Deer Park Water
PO Box 856192
Louisville, KY 40285-6192


Entertainment Publications
1414 Maple Rd
Troy, MI 48083


Haiying Chen
8 Campana Dr
Irvine, CA 92620


John Segall
12001 Ridge Valley Drive
Owings Mills, MD 21117


Linkconnectorcom
1135 Kildaire Farm Rd Ste 200
Cary, NC 27511

Merchant eSolutions
3400 Bridge Pkwy Ste 100
Redwood City, CA 94065


Mindeye
J P Royal 218 2nd Fl
Sampige Road Malleswaram
Bangalore-560003 India


Nextagcom
File 30862
PO Box 60000
San Francisco, CA 94160


Paradise Galleries
PO Box 57686
Irvine, CA 92619


Paypal
2211 N First St
San Jose, CA 95131


Promark International
39476 Treasury Center
Chicago, IL 60694


Rent Beltsville Rent
6711 Ritz Way
Beltsville, MD 20705


Ryan and Co
13155 Noel Rd Ste 100
Dallas, TX 75240

Shopzillacom
Po Box 79620
City of Industry, CA 91716-9620


Streetpricescom
2700 Augustine Dr Ste 155
Santa Clara, CA 95054-2910


UPS Web Site
Lockbox 577
Carolstream, IL 60132-0577


David Ritz
9210 Fox Meadow Lane
Potomac, MD 20854


The Fred H and Carol A Lerner
Family Trust
3311 Easter Cr
Huntington Beach, CA 92649


Linda Dolphin
9939 Bentcross Drive
Potomac, MD 20854


Jonathan Speert
9939 Bentcross Drive
Potomac, MD 20854


Bob Elton
824 Coach Way
Annapolis, MD 21401

Jason P Dolphin
9939 Bentcross Drive
Potomac, MD 20854


Wade R and Pam E Mayberry JT
250 West Joyce Lane
Arnold, MD 21012


FPL Holdings Inc
200 Summit Lake Drive
Valhalla, NY 10595


Ritz Camera Centers Inc
6711 Ritz Way
Beltsville, MD 20705


Cove Point Limited Partnership
6711 Ritz Way
Beltsville, MD 20705


Rich Tranchida
1556 Widows Mite Road
Edgewater, MD 21037


Bob Elton
824 Coach Way
Annapolis, MD 21401


Bob DeVita
311 Amberfield Lane
Gaithersburg, MD 21401

Bob OHern
1127 Priscilla Lane
Alexandria, VA 22308

Rick Hancock RI Employee
306 Majorie Lane
Herndon, VA 20170

Mike Gruber
149 Chippewa Trail
Medford Lakes, NJ 08055

Ben Moore
140 Steeplechase Road
Rocky Mount, NC 27804

Jay Jolly
222 Finnegan Drive
Millersville, MD 21108

The Camera Shops Inc
29 Springton Pointe Drive
Newton Square, PA 19073

Eric T Moseson
7180 Springhouse Lane
Curtis Bay, MD 21226

Juan and Carol Mendez
10541 Country Club Drive
Richland, MI 49083

Jenny and Mark Nelson
PO Box 274
Dowell, MD 20629


David B Dimont
106 Malier Drive
Arnold, MD 21012


Steven W Caudill
2024 NE Monroe Street
Topeka, KS 66608


Charles W Pusey
9608 Goldenstraw Lane
Columbia, MD 21045


James T Barnes
5929 Beth Drive
Plano, TX 75093


Ronald W Inkley
1899 27th Street
Ogden, UT 84403


Lori A Stewart
15804 Kerr Road
Laurel, MD 20707


Robert W Fruit
8127 Hillcrest Drive
Manassas, VA 20111

Douglas D Vanderveer
201 Apple Lane
Preston, MD 21655


Allen A McDonald
6400 Heathcliff Lane
Traceys Landing, MD 20779


Jeffrey H Sturman
21317 Ridgecroft Dr
Brookeville, MD 20833


Douglas D Vanderveer
201 Apple Lane
Preston, MD 21655


Ivan Sussman
913 Burnt Crest Lane
Silver Spring, MD 20903


Steven and Marcy Webster
7010 Folded Palm
Columbia, MD 21045


Richard E Williams
221 Whitmoor Terrace
Silber Spring, MD 20901


Robert Klimkiewcz Jr
6170 Downs Ridge Ct
Elkridge,MD 21075

Karen E Lovas
7887 Mayfield Avenue
Elkridge, MD 21075


Michael K Doyle
1013 Tred Avon Court
Arnold, MD 21012


David McLain
5100 Williams Wharf Rd
St Leonard, MD 20685


Stephen J Kopko
17021 Sage Drive
Yorba Linda, CA 92886


Miriam Herrera Wilkinson
2905 Via San Jacinto
San Clemente, CA 92672


Eric Hohl
1963 Port Chelsea
Newport Beach, CA 92660


Sue Goldsmith
11961 Kensington Road
Rossmoor, CA 90720


Brian Comeau
1451 Spectrum
Irvine, CA 92618

Randi Albertson
PO BOX 612
Prinville, OR 97754


Brysha Trust
120 Via Trieste
Newport Beach, CA 92663


David Evans
106 Surreyhill Point
Hendersonville, TN 37075


Vance Brown
25151 Darlington
Mission Viejo, CA 92692


Charles Kane and Dye
1920 Main Street Unit 1070
Irvince, CA 92614


Gary Kramer
200 Summit Lake Drive
Valhalla, NY 10595


Stephen M Kane SEP IRA
UBS as Custodian for
1920 Main Street Unit 1070
Irvince, CA 92614


Joseph J Herron
114 Pacifica Unit 100
Irvine, CA 92618-3318

eAngler
1963 Port Chelsea
Newport Beach, CA 92660


David J Margules
Bouchard Margules Friedlander PA
222 Delaware Ave Ste 1400
Wilmington, DE 19801


Scott E Stevens
Stevens Love
PO Box 3427
Longview, TX 75606-3427


Stephen B Diamond
Beeler Schad and Diamond
332 S Michigan Ave Ste 1000
Chicago, IL 60604


Army and Airforce Exchange Svs
Attn MD D M1 McCoy
3911 S Walter Walker Blvd
Dallas, TX 75236


PowerReviews Inc
22 Fourth St 6th Fl
San Francisco, CA 94103


WinBuyer Inc
1475 N Scottsdale Rd Ste 200
Scottsdale, AZ 85257-3538

Daniel Kluz
6030 Oro Court
Palmdale, CA 93552


Missy Leverett
8142 Jade Crossing Ct
Pasadena,  MD 21122


WeSaycom
53 E St Charles Road
Villa Park, IL 60181


Greg Norman Interactive LLC
501 North  A1A
Jupiter, FL 33477


Army and Air Force Exchange Srvc
PO Box 660202
Dallas, TX 75266-0202


American Boating Association
PO Box 887
Oswego, NY 13126
Attn: Mike Anderson


Akamai Technologies Inc


Amex Travel Related Srvs Co Inc
American Express Tower
World Financial Ctr 200 Vesey St
New York, NY 10285

CardinalCommerce Corporation
6119 Heisley Rd
Mentor, OH 44060


Channel Intelligence Inc
1180 Celebration Blvd
Celebration, FL 34747


Comodo CA Limited
26 Office Village 3rd Fl Exchange Quay
Trafford Road
Salford, Manchester M5 3EQ UK


Missy Leverett
8142 Jade Crossing Ct
Pasadena,  MD 21122


American Boating Association
PO Box 887
Oswego, NY
Attn Mike Anderson


PowerReviews
22 4th Street 6th Floor
San Francisco, CA 94103


Shopcom
1 Lower Ragsdale Drive
Bldg 1 Suite 210
Monterey, CA 93940


SmashDirect LLC
303 M Ashcake Road
Ashland, VA 23005

Assets International
24123 Greenfield Road Suite 301
Southfield, MI 48075


Bloomreach Inc
401 Castro St Suite 230
Mountain View, CA 94040


Catch Marketing Services
232 San Carlos Street
San Francisco, CA 94110


Commission Junction Inc
530 E Montecito Street
Santa Barbara, CA 93103


ShopLocal LLC
225 N Michigan Ave Suite 1600
Chicago, IL 60601


United Way of New England Caring Club


Army and Airforce Exchange Service
Attn MK DM1 McCoy
3911 S Walton Walker Blvd
Dallas, TX 75236