1   Daniel H. Reiss (SBN 150573)
    dhr@lnbyb.com
2   LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
    10250 Constellation Boulevard, Suite 1700
3   Los Angeles, California 90067
    Telephone: (310) 229-1234
4   Facsimile: (310) 229-1244

5   Attorneys for Customer Focus, LLC

6

7

8                   **UNITED STATES BANKRUPTCY COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10                          **SANTA ANA DIVISION**

11

12   In re                                  )   Case No.  8:11-bk-21690-ES
                                            )
13   RITZ INTERACTIVE, INC.,                )   Chapter 11
                                            )
14          Debtor and Debtor-in-Possession.)   SMALL BUSINESS CASE UNDER FRBP
                                            )   1020
15                                          )
                                            )   OPPOSITION        BY     CREDITOR
16                                          )   CUSTOMER FOCUS, LLC TO EX PARTE
                                            )   MOTION PURSUANT TO L.B.R. 3017-2
17                                          )   FOR CONDITIONAL APPROVAL OF
                                            )   DISCLOSURE     STATEMENT     AND
18                                          )   SOLICITATION PROCEDURES
                                            )
19   _____ )

20          Creditor Customer Focus, LLC hereby objects to the "Ex Parte Motion Pursuant to L.B.R.

21   3017-2 for Conditional Approval of Disclosure Statement and Solicitation Procedures" (the "Ex

22   Parte Motion") as follows:[1]

23

24

25

26   _____

27
    [1] This Opposition relates only to the expedited procedure that the Debtor seeks to improperly invoke. Customer
28   Focus reserves all rights to object to the Debtor's proposed disclosure statement.

I.    **THE DEBTOR IS NOT A "SMALL BUSINESS DEBTOR"; THEREFORE, THE**
      **EX PARTE MOTION IS IMPROPER AND SHOULD BE DENIED.**

The Ex Parte Motion is facially and fatally flawed.  The Debtor improperly characterizes itself as a "small business debtor" and thereby wrongfully seeks to benefit from the accelerated disclosure statement and plan procedures that only apply to true small business debtors as defined under 11 U.S.C. § 101(51D).

Section 101(51D) states, in pertinent part:

The term "small business debtor" --

(A) subject to paragraph (B), means a person engaged in commercial or business activities . . . that has aggregate noncontingent liquidated secured and unsecured debts as of the date of the petition or the date of the order for relief in an amount not more than $2,343,300 (excluding debts owed to one or more or more affiliates or insiders) for a case in which the United States trustee has not appointed under section 1102(a)(1) a committee of unsecured creditors . . . .

The Debtor lists total secured, priority and unsecured debt of $7,212,463.32 in its initial filings in this case.[2]    The Debtor fails to explain in the Ex Parte Motion how the Debtor's liabilities do not substantially exceed the debt limit expressed in Section 101(51D) necessary to qualify as a small business debtor.  It appears, however, that there are at least two large potential creditors that the Debtor would have to exclude from the debt limit calculation to reach below the $2,343,300 threshold.

///

///

///

///

---

[2] See "Summary of Schedules" filed on August 18, 2011, pg. 24 of docket number 1, annexed hereto as Exhibit "A" of which this Court is requested to take judicial notice.

1    **A.      The Undisputed Secured Claim of Ritz Camera & Image LLC Should Not be**

2    **Excluded In Calculating the Total Noncontingent Liquidated Debt of the Debtor for**

3    **Purposes of Section 101(51D).**

4         Ritz Camera & Image LLC ("Ritz Camera") is listed in the Debtor's Schedule D[3] as

5    secured creditor holding a noncontingent, liquidated and undisputed claim of $3,550,000.  This

6    claim alone exceeds the maximum debt that a small business debtor is able to have under Section

7    101(51D).  Further, the Debtor has not established that Ritz Camera is an "affiliate or insider"

8    such that the total amount of its claim should be excluded.

9         Ritz Camera does not own 20 percent or more of the Debtor, nor (to the knowledge of

10   Customer Focus) is the Debtor operated by Ritz Camera.  See 11 U.S.C. § 101(2). Therefore, Ritz

11   Camera is not an "affiliate" of the Debtor under the Bankruptcy Code.

12        Additionally, Ritz Camera is not (to the knowledge of Customer Focus): a director or

13   officer of the Debtor, a person in control of the Debtor, a partnership in which the Debtor is a

14   general partner, or a relative of a general partner, director, officer, or person in control of the

15   Debtor.  See 11 U.S.C. §101(31).     Therefore, Ritz Camera is not an "insider" of the Debtor

16   under the Bankruptcy Code.

17        Therefore, because the $3.5 million claim of Ritz Camera should not be excluded from the

18   calculation of the debt limit in Section 101(51D), and this amount far exceeds such debt limit, the

19   Debtor does not qualify as a "small business debtor".

20   **B.      The Debtor Does Not Explain Why the Claim of the Texas Tax Division in**

21   **Excess of $2 Million Should Not be Included in Determining Whether the Debtor Meets the**

22   **Small Business Debt Limit.**

23        On Schedule F, [4] the Debtor lists the Texas Tax Division with a claim of $2,033,074.67

24   and checks the boxes "contingent", "unliquidated" and "disputed".  However, to determine

25   _____

26

27   [3] See "Schedule D" filed on August 18, 2011, pg. 32 of docket number 1, annexed hereto as Exhibit "B" of which
     this Court is requested to take judicial notice.

28   [4] See "Schedule F" filed on August 18, 2011, as part of docket number 1, and in particular pg. 47 of that filing,
     annexed hereto as Exhibit "C" of which this Court is requested to take judicial notice.

3

1   whether the Debtor meets the debt limitation for a small business designation, the Debtor must

2   state the amount of the Texas Tax Division claim that is *not* contingent, unliquidated and

3   disputed.  By way of example only, even if the entire Ritz Camera claim was excluded (and there

4   does not appear to be a basis to do this), the total scheduled debt of the Debtor would be

5   approximately $3.7 million ($7,212,463.32 less $3,550,000).  The Debtor would then have to

6   show that the noncontingent liquidated amount of the Texas Tax Division claim is less than

7   approximately $300,000 (a $1.7 million reduction from the scheduled amount).  Failing this, the

8   Debtor's liabilities exceed the debt limit under Section 101(51D) and, therefore, the Debtor does

9   not qualify as a small business Debtor.

10  **II.   CONCLUSION.**

11          For the foregoing reasons, the Ex Parte Motion should be denied.  If the Debtor wishes to

12  seek approval of its disclosure statement, it should do so on regular notice and in compliance the

13  local and federal bankruptcy rules of procedures so that apply in non-small business bankruptcy

14  cases.  This will insure proper notice and due process in connection with the Debtor's efforts to

15  confirm a chapter 11 plan.

16  Dated:  September 15, 2011                    CUSTOMER FOCUS, LLC

17

18                                        By:  _____*/s/ Daniel H. Reiss*_____
19                                             DANIEL H. REISS
                                             LEVENE, NEALE, BENDER, YOO
20                                           & BRILL L.L.P.
                                             Counsel for Creditor
21                                           Customer Focus, LLC

22

23

24

25

26

27

28

                                        4

# EXHIBIT "A"

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

Central District of California

In re Ritz Interactive, Inc. _____ ,                    Case No. _____ _____

          Debtor

                                                                   Chapter 11 _____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 0 | | |
| B - Personal Property | Yes | 6 | $809,192.15 | | |
| C - Property Claimed as Exempt | N/A | | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 3,687,766.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 4 | | $ 171,793.10 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 13 | | $ 3,352,904.22 | |
| G - Executory Contracts and Unexpired Leases | Yes | 10 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | | | | | $ |
| J - Current Expenditures of Individual Debtors(s) | | | | | $ |
| TOTAL | | 36 | $ 809,192.15 | $7,212,463.32 | |

# EXHIBIT "B"

B 6D (Official Form 6D) (12/07)

In re  Ritz Interactive, Inc.                              ,          Case No. _____
                    **Debtor**                                                                    **(If known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐          Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | 12/20/2010 | | | | | |
| Ritz Camera & Image LLC 6711 Ritz Way Beltsville, MD 20705 | | | All collateral | | | | $3,550,000.00 | |
| | | | VALUE $ Unknown | | | | | |
| ACCOUNT NO. | | | Equipment | | | | $68,883.00 | |
| U.S. Bancorp Business | | | | | | | | |
| Equipment Fin. Group | | | | | | | | |
| 1310 Madrid St., Ste 105 | | | | | | | | |
| Marshall, MN 56258 | | | VALUE $ Unknown | | | | | |
| ACCOUNT NO. | | | 5/11/11 | | | | $68,883.00 | |
| Western Finance & Lease Inc. PO Box 640 Devils Lake, ND 58301 | | | Equipment and proceeds; inventory | | | | | |
| | | | VALUE $ Unknown | | | | | |

| | | |
|---|---|---|
| _0_ continuation sheets attached | Subtotal (Total of this page) | $    3,687,766.00 | $ |
| | Total ▶ (Use only on last page) | $    3,687,766.00 | $ |

(Report also on Summary of Schedules.)                 (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

# EXHIBIT "C"

B 6F (Official Form 6F) (12/07) - Cont.

In re **RITZ INTERACTIVE**                        **Case No.** _____
        **Debtor**                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Amazon Services LLC 8329 West Sunset Road, Suite 400 Las Vegas, NV 92614 | | | Trade Debt | | | | $3,235.59 |
| @once PO Box 3603 Omaha, NE 68103-06 | | | Trade Debt | | | | $4,967.06 |
| AAFES Attn: FA-C/GA (CentricMall Con) PO Box 660792 Dallas, TX 75266-0792 | | | Trade Debt | | | | $2,839.26 |
| Absolute Communication 10682 Trask Ave. Garden Grove, CA 92843 | | | Trade Debt | | | | $576.25 |
| Almo Corporation Box 510783 Philadelphia, PA 19175-0783 | | | Trade Debt | | | | $100,000.00 |
| American Express Attn Brian MacDonald 1 Night Star Irvine, CA 92603 | | | Trade Debt | | | | $434,079.92 |
| AT&T –AZ PO Box 78045 Phoenix, AZ 85062-8045 | | | Trade Debt | | | | $1,888.51 |
| AT&T Data PO Box 13128 Newark, NJ 07101-5628 | | | Trade Debt | | | | $7,597.49 |

Total    $555,184.08

B 6F (Official Form 6F) (12/07) - Cont.

In re **RITZ INTERACTIVE**                                    Case No. _____
      **Debtor**                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| AT&T TeleConference Services PO Box 100429 Omaha, NE 68103-2840 | | | Trade Debt | | | | $120.88 |
| BDI Laguna PO Box 100429 Atlanta, GA 30384-0429 | | | Trade Debt | | | | $4,690.04 |
| Become 640 W. California Ave. Sunnyvale, CA 94086 | | | Trade Debt | | | | $44.94 |
| Bill-Me-Later 9690 Deereco Rd., Suite 705 Timonium, MD 21093 | | | Trade Debt | | | | $2,532.80 |
| Buy.com 85 Enterprise Suite 100 Aliso Viejo, CA 92656 | | | Trade Debt | | | | $109.00 |
| CA Recycle Tax Board of Equalization PO Box 942879 Sacramento, CA 94279-001 | | | Trade Debt | | | | $1,000.00 |
| Cardinal Commerce 6119 Heisley Road Mentor, OH 44060 | | | Trade Debt | | | | $749.95 |
| Cell Business Equipment 4 Mason #A Irvine, CA 92618 | | | Trade Debt | | | | $42.39 |
| Channel Intelligence PO Box 534351 Atlanta, GA 30353-4351 | | | Trade Debt | | | | $60.61 |

Total: $9,350.61

B 6F (Official Form 6F) (12/07) - Cont.

**In re RITZ INTERACTIVE**                                          **Case No. _____ _____**
      **Debtor**                                                                          **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Charles, Kane & Dye<br>1920 Main Street, #1070<br>Irvine, CA 92614-7212 | | | Legal Fees | | | | $2,500.00 |
| Chase Mastercard<br>PO Box 94014<br>Palatine, IL 60094-4014 | | | Trade Debt | | | | $707.83 |
| Citibank Advantage World MC<br>PO Box 6409<br>The Lakes, NV 88901-6409 | | | Trade Debt | | | | $5,000.00 |
| CNB<br>18111 Von Karman Ave. Suite 120<br>Irivne, CA 92613 | | | Trade Debt | | | | $1,600.00 |
| Commission Junction<br>#774140<br>4140 Solutions Center<br>Chicago, IL 60677-4001 | | | Trade Debt | | | | $39,787.85 |
| Cor-O-Van<br>Secured Destruction, Inc.<br>Dept. 6137<br>Los Angeles, CA 90084-6134 | | | Trade Debt | | | | $48.00 |
| Criteo Corp.<br>411 High Street<br>Palo Alto, CA 94301 | | | Trade Debt | | | | $3,524.00 |

Total: $53,167.58

Page **3** of **13**

B 6F (Official Form 6F) (12/07) - Cont.

**In re RITZ INTERACTIVE**                     Case No. _____
        **Debtor**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| CSC Corporation Domains<br>2711 Centerville Rd, Suite 400<br>Wilmington, DE 19808 | | | Trade Debt | | | | $72.00 |
| Customer Focus<br>137 N Larchmont #431<br>Los Angeles, CA 90004 | | | Trade Debt | | | | $22,572.68 |
| CWR Electronics Corporation<br>18 Butler Ave.<br>Bayville, NJ 08721 | | | Trade Debt | | | | $27,011.43 |
| D&H Distributing Co.<br>PO Box 56731<br>Los Angeles, CA 90074 | | | Trade Debt | | | | $22,608.74 |
| Deer Park Water<br>PO Box 856192<br>Louisville, KY 40285-6192 | | | Trade Debt | | | | $9.69 |
| Delaware Secretary of State<br>Divisions of Corporations<br>PO Box 74072<br>Baltimore, MD 21274-4072 | | | | | | | $13,200.00 |
| E4X, Inc.<br>55 W. 39th St., 18th Fl.<br>New York, NY 10018 | | | Trade Debt | | | | $1,386.60 |
| eBay (Auction Fees)<br>PO Box 5819<br>San Jose, CA 95150 | | | Trade Debt | | | | $56.89 |
| eBay (PayPal)<br>PO Box 5819<br>San Jose, CA 95150 | | | Trade Debt | | | | $78.84 |

Total:  $86,996.87

B 6F (Official Form 6F) (12/07) - Cont.

**In re RITZ INTERACTIVE**                                            **Case No.** _____
          Debtor                                                                              **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| eBay, Inc. PO Box 5819 San Jose, CA 95150 | | | Trade Debt | | | | $3,146.53 |
| Ekaria LLP 4038 148th Ave NE Redmond, CA 98052 | | | Trade Debt | | | | $12,598.72 |
| Elissa C. Wadds Aeratus Financial Services PO Box 401 Sandpoint, ID 83864 | | | Professional Fees | | | | $276.25 |
| Entertainment Publications, LLC 1414 E. Maple Road Troy, MI 48083 | | | Trade Debt | | | | $210.89 |
| Federal Express PO Box 371599 Pittsburgh PA 15250-7599 | | | Trade Debt | | | | $103,598.43 |
| Fisheries Supply, Inc. 1900 N. Northlake Way #10 Seattle, WA 98103 | | | Trade Debt | | | | $24,539.14 |
| Gomez, Inc. 10 Maguire Road Building 3, Suite 330 Lexington, MA 02421 | | | Trade Debt | | | | $7,428.00 |
| Google Dept. 33654 PO Box 39000 San Francisco, CA 94139-3181 | | | Trade Debt | | | | $45,375.00 |

Total: $197,172.96

B 6F (Official Form 6F) (12/07) - Cont.

In re **RITZ INTERACTIVE**                           Case No. _____
     Debtor                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Grant Thornton, LLP<br>PO Box 51552<br>Los Angeles, CA 90051-5852 | | | Professionals | | | | $4,500.00 |
| Haiying Chen<br>8 Campana Drive<br>Irvine, CA 92620 | | | | | | | $354.00 |
| Hansen Wholesale<br>11132 Winners Circle, Ste 100<br>Los Alamitos, CA 90720 | | | Trade Debt | | | | $2,141.81 |
| Ingram Micro, Inc.<br>PO Box 90350<br>Chicago, IL 60696-0350 | | | Trade Debt | | | | $15,914.69 |
| John Segall<br>12001 Ridge Valley Dr<br>Owings Mills, MD 21117 | | | Trade Debt | | | | $70.80 |
| Ken Rockwell, Inc.<br>7149 Aviara Dr.<br>Carlsbad, CA 92011 | | | Trade Debt | | | | $1,439.75 |
| Legal-Wildman<br>225 West Wacker Drive<br>Chicago, IL 60606-1229 | | | Trade Debt | | | | $3,000.00 |
| Linkconnector.com<br>1135 Killdaire Farm Rd., Ste 200<br>Cary, NC 27511 | | | Trade Debt | | | | $2,000.00 |
| Lynn Vic Products<br>1320 N Red Gum St<br>Anaheim, CA 92806 | | | Trade Debt | | | | $2,485.44 |
| M. Rothman & Co., Inc.<br>PO Box 15282<br>Newark, NJ 01792-5282 | | | Trade Debt | | | | $1,268.08 |

Total: $33,174.57

B 6F (Official Form 6F) (12/07) - Cont.

**In re RITZ INTERACTIVE**                                    Case No. _____
        **Debtor**                                                              **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Melton Tackle 1375 S. State College Blvd. Anaheim, CA 92806 | | | Trade Debt | | | | $35,426.99 |
| Merchant eSolutions 3400 Bridge Pkwy Suite 100 Redwood City, CA 94065 | | | Trade Debt | | | | $0 |
| Mesa Safe Company 337 W Freedom Ave. Orange, CA 92865 | | | Trade Debt | | | | $387.90 |
| Mindeye J.P. Royal 218 2nd Floor Sampige Road Malleswaram Bangalore – 560003 India | | | Trade Debt | | | | 10,027.25 |
| Missy Leverrette 8142 Jade Crossing Pasadena, CA 21122 | | | Trade Debt | | | | $2,272.88 |
| N.E.W. Customer Service Companies, Inc. 22660 Executive Dr, Suite 122 Sterling, VA 20166 | | | Trade Debt | | | | $2,210.41 |
| Navarre Corporation NW-8510 PO Box 1450 Minneapolis, MN 55485-8510 | | | Trade Debt | | | | $4,098.07 |

Total:  $86,926.93

B 6F (Official Form 6F) (12/07) - Cont.

**In re RITZ INTERACTIVE**                                    **Case No.** _____
          Debtor                                                                            (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| NeuStar Ultra Services<br>Bank of America<br>PO Box 277833<br>Atlanta, GA 30353-7833 | | | Trade Debt | | | | $5,150.00 |
| NexTag.com<br>File 30862<br>PO Box 60000<br>San Francisco, CA 94160 | | | Trade Debt | | | | $439.75 |
| Northern Wholesale Supply<br>6800 Otter Lake Road<br>Lino Lakes, MN 55038 | | | Trade Debt | | | | $18,752.30 |
| Notions Marketing Corporation<br>1500 Buchanan SW<br>Grand Rapids, MI 49507 | | | Trade Debt | | | | $104,957.50 |
| Optimum Fulfillment<br>4201 MBL Drive<br>Ottawa, IL 61350 | | | Trade Debt | | | | $2,658.35 |
| Oracle<br>CH 10845<br>Palatine, IL 60055-0845 | | | Trade Debt | | | | $2,800.00 |
| Paradise Galleries<br>PO Box 57686<br>Irvine, CA 92619 | | | Trade Debt | | | | $1,750.00 |
| Parcel Insurance Plan<br>PO Box 66708<br>St. Louis, MO 63166-6780 | | | Trade Debt | | | | $3, 885.75 |

Total: $140,393.65

B 6F (Official Form 6F) (12/07) - Cont.

**In re RITZ INTERACTIVE**                           Case No. _____
                Debtor                                               (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Passport Unlimited Inc. Attn: Danielle 801 Kirkland Ave., #200 Kirkland, WA 98033 | | | Trade Debt | | | | $75.59 |
| PayPal 2211 N. First St. San Jose, CA 95131 | | | Trade Debt | | | | $389.03 |
| Petra Industries PO Box 960130 Oklahoma City, OK 73196-0130 | | | Trade Debt | | | | $20,948.94 |
| Power Reviews Attn: Accounts Receivable 22 4th St., 6th Fl. San Francisco, CA 94103 | | | Trade Debt | | | | $40.67 |
| PriceGrabber.com Attn: A/R Dept. 5150 Goldleaf Circle Los Angeles, CA 90056 | | | Trade Debt | | | | $379.78 |
| Professional Staffing Resources PO Box 910569 San Diego, CA 92191-0569 | | | Trade Debt | | | | $1,564.80 |
| Promark International, Inc. 39476 Treasury Center Chicago, IL 60694-9400 | | | Trade Debt | | | | $656.66 |
| Pronto Bank of America Lockbox Services 62195 Collections Center Dirve Chicago, IL 60693-5805 | | | Trade Debt | | | | $39.46 |

Total: $24,094.93

B 6F (Official Form 6F) (12/07) - Cont.

**In re RITZ INTERACTIVE**                                    **Case No.** _____
       **Debtor**                                                             **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Ryan & Co. 13155 Noel Road Ste 100 Dallas, TX 75420 | | | Trade Debt | | | | $900.00 |
| Ryan Tax Compliance 13155 Noel Road Ste 100 Dallas, TX 75240 | | | Trade Debt | | | | $1,800.00 |
| SBC-California Payment Center SAC CA 95887-0001 | | | Trade Debt | | | | $32.33 |
| Scott Douglas & McConnico LLP 600 Congress Ave., 15th Ave. Austin, TX 78701-2589 | | | Professional Fees | | | | $18,640.22 |
| Seawide Marine Distribution Accounts Receivable 41698 Eastman Drive Murrieta, CA 92562 | | | Trade Debt | | | | $48.30 |
| ShopAtShark.com 2041 Vista Parkway Level 2 West Palm Beach, FL 33401 | | | Trade Debt | | | | $7,825.07 |
| Shopping.com Dept. 9354 Los Angeles, CA 90084-9354 | | | Trade Debt | | | | $14,731.29 |
| Shopzilla.com PO Box 79620 City of Industry, CA 91716-9620 | | | Trade Debt | | | | $522.71 |

Total: $44,499.92

B 6F (Official Form 6F) (12/07) - Cont.

**In re RITZ INTERACTIVE**                                    **Case No.** _____
           **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Sportsman Supply<br>6 Bolte Lane<br>St. Clair, MO 63077 | | | Trade Debt | | | | $1,364.99 |
| StreetPrices.com<br>2700 Augustine Dr., Ste 155<br>Santa Clara, CA 95054-2910 | | | Trade Debt | | | | $225.75 |
| Synnex Corporation<br>File #30110<br>PO Box 60000<br>San Francisco, CA 94160 | | | Trade Debt | | | | $3880.64 |
| Taylor Made<br>Aftermarket Division<br>PO Box 847128<br>Boston, MA 02284-8128 | | | Trade Debt | | | | $35,699.48 |
| TeleCheck Service Inc.<br>PO Box 60028<br>City of Industry, CA 91716-0028 | | | Trade Debt | | | | $79.30 |
| Texas Tax Division<br>Comptroller of Public Accounts<br>Attn: Rick Budd<br>1700 N. Congress Suite 320<br>Austin, TX 78701 | | | Claim | X | X | X | $2,033,074.67 |
| Time Warner Telecom<br>PO Box 172567<br>Denver, CO 80217-2567 | | | Trade Debt | | | | $3,326.35 |
| UPS – Web Sites<br>Lockbox 577<br>Carolstream, IL 60132-0577 | | | Trade Debt | | | | $44.58 |

Total:  $2,077,695.76

B 6F (Official Form 6F) (12/07) - Cont.

**In re RITZ INTERACTIVE**                                    **Case No.** _____
　　　　**Debtor**                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Vcommerce<br>PO Box 534778<br>Atlanta, GA 30353-4778 | | | Trade Debt | | | | $15,359.38 |
| Wildman, Harrold, Allen & Dixon, LLP<br>225 West Wacker Drive<br>Chicago, IL 60606-1229 | | | Trade Debt | | | | $1,416.25 |
| Wise<br>5828 Shelby Oaks Drive<br>Memphis, TN 38134 | | | Trade Debt | | | | $1,728.02 |
| Wynit Inc.<br>PO Box 711719<br>Cincinniti, OH 45271-1810 | | | Trade Debt | | | | $15,971.69 |
| Yahoo/Overture, Inc.<br>Accounts Receivable<br>PO Box 3003<br>Carol Stream, IL 60132-3003 | | | Trade Debt | | | | $12,117.35 |
| David J. Margules<br>Bouchard Margules & Friedlander PA<br>222 Delaware Ave., Suite 1400<br>Wilmington, DE 19801 | | | Flashpoint Technology litigation | x | x | x | Unknown |
| Scott E. Stevens<br>Stevens Love<br>PO Box 3427<br>Longview, TX 75605 | | | Charles Hill Patent Infringement Case | X | X | X | Unknown |
| Stephen B. Diamond<br>Beeler Schad & Diamond PC<br>332 S. Michigan Ave., Ste 1000<br>Chicago, IL 60604 | | | Illinois Sales Tax Whistleblower case | X | X | X | Unknown |
| Aetna<br>PO Box 894938<br>Los Angeles, CA 90189-4938 | | | Trade Debt | | | | $15,222.00 |

Total:  61,814.69

B 6F (Official Form 6F) (12/07) - Cont.

In re **RITZ INTERACTIVE**          Case No. _____
        **Debtor**                              **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Shorenstein<br>SRI Nine Main Plaza LLC<br>File #749176<br>Los Angeles, CA 90074-9176 | | | | | | | $14,935.10 |

Total  $14,935.10

Grand Total:  $3,352,904.22

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 10250 Constellation Boulevard, Suite 1700, Los Angeles, California 90067.

A true and correct copy of the foregoing document described OPPOSITION BY CREDITOR CUSTOMER FOCUS, LLC TO EX PARTE MOTION PURSUANT TO L.B.R. 3017-2 FOR CONDITIONAL APPROVAL OF DISCLOSURE STATEMENT AND SOLICITATION PROCEDURES will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On September 15, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Frank Cadigan frank.cadigan@usdoj.gov
- Ana Damonte ana.damonte@pillsburylaw.com
- Lauren N Gans lgans@pwkllp.com
- Scott F Gautier sgautier@pwkllp.com
- Leib M Lerner leib.lerner@alston.com
- Daniel H Reiss dhr@lnbyb.com
- Adam M Starr starra@gtlaw.com
- United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On September __, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

N/A

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on September 15, 2011, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

**Served via Personal Delivery by Overnight Express**
Hon Erithe A. Smith
United States Bankruptcy Court
411 West Fourth Street
Chambers 504
Santa Ana, CA 92701-4593

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 15, 2011 | John Berwick | |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                **F 9013-3.1.PROOF.SERVICE**