Scott F. Gautier (State Bar No. 211742)
*sgautier@pwkllp.com*
Lauren N. Gans (State Bar No. 247542)
*lgans@pwkllp.com*
PEITZMAN, WEG & KEMPINSKY LLP
2029 Century Park East, Suite 3100
Los Angeles, CA  90067
Telephone: (310) 552-3100
Facsimile: (310) 552-3101

Proposed Attorneys for Debtor and Debtor in Possession

**FILED & ENTERED**

**SEP 16 2011**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY deramus  DEPUTY CLERK**

**CHANGES MADE BY COURT**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

In re:

RITZ INTERACTIVE, INC.,

  Debtor and Debtor-in-Possession.

Case No.:  8:11-bk-21690-ES

Chapter 11

SMALL BUSINESS CASE UNDER FRBP 1020

**ORDER DENYING *EX PARTE*  MOTION PURSUANT TO L.B.R. 3017-2 FOR CONDITIONAL APPROVAL OF DISCLOSURE STATEMENT AND SOLICITATION PROCEDURES**

  The Court considered the *Ex Parte* Motion Pursuant To L.B.R. 3017-2 For Conditional Approval Of Disclosure Statement And Solicitation Procedures (the "Motion"), filed by Ritz Interactive, Inc. (the "Debtor") for an order conditionally approving the Disclosure Statement For The Debtor's Plan Of Reorganization, Dated as of September 14, 2011 (the "Disclosure Statement") and certain specified solicitation, voting, and confirmation procedures concerning the Disclosure Statement and the Debtor's Plan Of Reorganization, Dated as of August 30, 2011 (the "Plan").

  After consideration of the Motion and accompanying supporting papers, the Disclosure Statement and the Plan, the files and records in this chapter 11 case, as well as the Opposition to the Motion filed by creditor Customer Focus, LLC [Docket #55], the Court hereby

  FINDS THAT:

1. The procedure for the conditional approval of disclosure statements set forth in Local Bankruptcy Rule 3017-2 applies to "small businesses" within the meaning of 11 U.S.C. 101(57)(D);

2. Debtor has not presented evidence in support its asserted status as a "small business" within the meaning of 11.U.S.C. 101(51(D);

3. Debtor's schedules show non-contingent, liquidated debt well in excess of the statutory limit for small businesses of $2,343.300; and

4. In particular, Debtor provides no evidence that Ritz Camera & Image, LLC, listed in Debtor's Schedule D as having a non-contingent, liquidated secured claim in excess of $3,500,000, is an insider or affiliate of Debtor within the meaning of 11 U.S.C. 101(2) or 101(31)(B) respectively; and the Court, therefore,

ORDERS THAT:

The Motion is DENIED.

###

DATED: September 16, 2011

_____
United States Bankruptcy Judge

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Peitzman, Weg & Kempinsky LLP, 2029 Century Park East, Suite 3100, Los Angeles, CA 90067

A true and correct copy of the foregoing document described as **ORDER GRANTING *EX PARTE* MOTION PURSUANT TO L.B.R. 3017-2 FOR CONDITIONAL APPROVAL OF DISCLOSURE STATEMENT AND SOLICITATION PROCEDURES** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On *September 15, 2011,* I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Via Overnight. Mail
Hon. Erithe Smith
United States Bankruptcy Court
411 W. Fourth Street, Courtroom 5A
Santa Ana, CA 92701

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *Fill in Date Document is Filed,* I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*               **F 9013-3.1.PROOF.SERVICE**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 15, 2011 | Denise Wymore | /s/ Denise Wymore |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*          **F 9013-3.1.PROOF.SERVICE**

**NOTE TO USERS OF THIS FORM**:

**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.

**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.

**3)  Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.

**4**)  **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. <u>DO NOT</u> list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER GRANTING *EX PARTE* MOTION PURSUANT TO L.B.R. 3017-2 FOR CONDITIONAL APPROVAL OF DISCLOSURE STATEMENT AND SOLICITATION PROCEDURES** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of ***September 14, 2011***, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Frank Cadigan     frank.cadigan@usdoj.gov
- Ana Damonte     ana.damonte@pillsburylaw.com
- Lauren N Gans     lgans@pwkllp.com
- Scott F Gautier     sgautier@pwkllp.com
- Leib M Lerner     leib.lerner@alston.com
- Daniel H Reiss     dhr@lnbyb.com
- Adam M Starr     starra@gtlaw.com
- United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*     **F 9013-3.1.PROOF.SERVICE**

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Ritz Interactive Inc.
2010 Main Street
Suite 550
Irvine, CA 92614

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

Via U.S. Mail
TW Telecom
c/o Linda Boyle
10475 Park meadows Drive #400
Littleton, CO 80124

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*    **F 9013-3.1.PROOF.SERVICE**