Scott F. Gautier (State Bar No. 211742)
*sgautier@pwkllp.com*
Lauren N. Gans (State Bar No. 247542)
*lgans@pwkllp.com*
PEITZMAN, WEG & KEMPINSKY LLP
2029 Century Park East, Suite 3100
Los Angeles, CA  90067
Telephone: (310) 552-3100
Facsimile: (310) 552-3101

Attorneys for Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>RITZ INTERACTIVE, INC.,<br><br>    Debtor and Debtor-in-Possession. | Case No.: 8:11-bk-21690-ES<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON MOTION OF THE DEBTOR FOR ORDER APPROVING DISCLOSURE STATEMENT AND SOLICITATION, VOTING, AND CONFIRMATION PROCEDURES**<br><br><u>**Disclosure Statement Hearing**</u><br>Date:  November 3, 2011<br>Time: 10:30 a.m.<br>Place: Courtroom 5A<br>     411 West Fourth Street<br>     Santa Ana, CA 92701 |

**TO THE HONORABLE ERITHE SMITH, UNITED STATES BANKRUPTCY JUDGE, THE UNITED STATES TRUSTEE AND ALL CREDITORS AND PARTIES IN INTEREST:**

    **PLEASE TAKE NOTICE** that on November 3, 2011 at 10:30 a.m. or as soon thereafter as the matter can be heard, before the Honorable Erithe A. Smith, United States Bankruptcy Judge, in Courtroom 5A, located at 411 West Fourth Street, Santa Ana, California, the Bankruptcy Court will consider and act upon the Motion of the Debtor For Order Approving Disclosure Statement and

Soliciting, Voting, And Confirmation Procedures (the "Motion"), filed by the above-captioned debtor (the "Debtor").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Motion, the Debtor is seeking approval of the Debtor's Disclosure Statement Describing Chapter 11 Plan Dated September 20, 2011 (the "Disclosure Statement") and a finding that the Disclosure Statement contains "adequate information," as required by section 1125 of the Bankruptcy Code.  Additionally, the Debtor requests that the Court approve the proposed solicitation and voting procedures with respect to the Debtor's Chapter 11 Plan Dated September 20, 2011 (the "Plan") and fix the dates for the solicitation, voting and confirmation process, as set forth in the Motion.

**PLEASE TAKE FURTHER NOTICE** that the Motion is based upon this Notice, the attached Memorandum of Points and Authorities and Declaration of Fred Lerner attached to the Motion, the separately-filed Disclosure Statement and Plan, the records and files in this chapter 11 case, and such additional evidence and argument as may be presented at or before the hearing on the Motion.  Upon written request to the Debtors' bankruptcy counsel (Lauren Gans, Esq., Peitzman, Weg & Kempinsky LLP, 2029 Century Park East, , Ste. 3100, Los Angeles, CA 90067, email: lgans@pwkllp.com), the Motion and supporting documents will be provided to you.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Federal Rule of Bankruptcy Procedure 3017(a) and Local Bankruptcy Rule 3017-1(b), any party who wishes to object to the Motion must file a written objection with the Bankruptcy Court and serve the same upon the following parties no later than 5:00 p.m. (PST), on October 20, 2011: (a) counsel for the Debtor: Lauren Gans, Peitzman, Weg & Kempinsky LLP, 2029 Century Park East, Suite 3100, Los Angeles, CA 90067, fax: (310) 552-3101; (b) counsel for RCI: Adam M. Starr, Greenberg Traurig, LLP, 2450 Colorado Avenue, Suite 400E, Santa Monica, CA 90404; and (c) the Office of the United States Trustee: Frank Cadigan, Office of the U.S. Trustee, 411 West Fourth Street, Suite 9041, Santa Ana, CA  92701-8000, fax: (714) 338-3422. Pursuant to Local Bankruptcy Rule 9013-1(h), failure to file and serve timely a response in accordance

///

///

///

with the Rules may be deemed by the Bankruptcy Court to be consent to the granting of the relief requested in the Motion.

Dated:  September 27, 2011               PEITZMAN, WEG & KEMPINSKY LLP


                                         By:   /s/ Scott F. Gautier
                                               Scott F. Gautier
                                               Lauren N. Gans

                                         Attorneys for Debtor and Debtor in Possession